AO 442 (Rev. 12/85) Warrant for Arrest   AUSA STUART

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

HANNIBAL PENNEY

**TO:** The United States Marshal
and any Authorized United States Officer

FILED by D.C.
SEP 1 4 2000
U.S. DIST.
S.D. of FLA. FT. LAUD.

## WARRANT FOR ARREST

**CASE NUMBER:**
00-6270
CR - GRAHAM

YOU ARE HEREBY COMMANDED to arrest  **HANNIBAL PENNEY**

Name **MAGISTRATE TURNOFF**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully conspiring with others to commit an offense and conspiracy to commit wire fraud against the U.S., that is, having devised a scheme to defraud persons throughout the U.S., by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause the transmission of interstate wire (telephone) communications and the willful transmission of such wire communications in execution of said scheme and artifice so devised

in violation of Title **18** United States Code, Sections **371(conspiracy);1343 (wire fraud), and 2**

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ **50,000 PSB**
not to be incarcerated overnight

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL
Date and Location

_signature_ Lurana S. Snow
UNITED STATES MAGISTRATE JUDGE

by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |