UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

v.

HANNIBAL PENNY

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

_____

COMES NOW _Joel Kaplan, Esq_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __11-7-00__

Attorney __Joel Kaplan__

Address _____

City_____ State_____ Zip Code_____

Telephone (___) _____

Florida Bar No. _____

defendant(s) hereby consent(s) to the above counsel.

_____

_____

_____

(305) 374-2111

JOEL KAPLAN
ATTORNEY AT LAW

SUITE 1100
NEW WORLD TOWER
100 N. BISCAYNE BOULEVARD
MIAMI, FLORIDA 33132