koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

v.

HANNIBAL PENNY

      Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**

Language _English_

Tape No. 00C- _80 - 54C_

AUSA _Ed STAMM_

Agent _____

DOB        # _____

    The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on __11/07/00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Joel Kaplan_ appeared as permanent/temporary counsel of record.
   Address: _100 no BISCAYNe BLVD # 1100, miami, FL_
   Zip Code: _33132_    Telephone: _374-2111_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____    Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am held 11-7_, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)   because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _$ 50,000 PSB_

_____
bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
  ✓ b. Report to Pretrial Services as follows: _2_ times a week by phone, _0_ time a week in person; other: _may travel to CALIFORNIA_
  __ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  __ d. Maintain or actively seek full time gainful employment.
  __ e. Maintain or begin an educational program.
  __ f. Avoid all contact with victims of or witnesses to the crimes charged.
  __ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  __ h. Comply with the following curfew: _____

NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, etc. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED

<u>HANNIBAL PENNY</u>

___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

     If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this 7TH day of ~~OCTOBER~~ November, 2000.

_____
BARRY L. GARBER
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation