UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

HANNIBAL PENNY
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: on bond

Language: English

    The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

Tel. No: _____

Defense Counsel:    Name: Joel Kaplan, Esq.

Address: 100 No Biscayne Blvd
Suite 1100
Miami, FL 33132

Tel. No: 374-2111

Bond Set/Continued: $ 50,000 PSB

Dated this 7th day of Nov., 2000.

CLARENCE MADDOX, CLERK

BY Karen Sussmann
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney Ed Stamm
   Defense Counsel
   Pretrial Services
formarra.ign

TAPE NO. 00C 80
DIGITAL START NO. 540