AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  STUART

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA        507/39

UNITED STATES OF AMERICA

V.

HANNIBAL PENNEY

TO:  The United States Marshal
     and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:
**00-6270**
**CR-GRAHAM**

YOU ARE HEREBY COMMANDED to arrest ___HANNIBAL PENNEY___

Name  MAGISTRATE
      TURNOFF

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully conspiring with others to commit an offense and conspiracy to commit wire fraud against the U.S., that is, having devised a scheme to defraud persons throughout the U.S., by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause the transmission of interstate wire (telephone) communications and the willful transmission of such wire communications in execution of said scheme and artifice so devised

in violation of Title __18__ United States Code, Sections __371 (conspiracy); 1343 (wire fraud), and 2__

CLARENCE MADDOX
Name of Issuing Officer

_Signature of Issuing Officer_

Bail fixed at $ 50,000 PSB
not to be incarcerated overnight

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL
Date and Location

by _____
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

00 NOV 13 PM 5:39

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED 9/16/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Pruchase, SDUSM |
| DATE OF ARREST 11/07/00 | | |