UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

11-16-00
Miami

## COURTROOM MINUTES

Case No. 00-6270-CR-DLG  Date: 11-16-00

Style: U.S.A. Vs. Hexter et al

Pltf/AUSA: Annie Martinez, Debra Stewart

Defense Counsel: Joel Kaplan, Patrick Hunt

Reporter: BARBARA MEDINA          Deputy Clerk: CLARA FOSTER

Status Conference/Hearing on Motion: _____

All defense motions must be filed in 90 days; Govt responses in 10 days & 7 days to reply; plea cut-off date: 2-21-01

Calendar Call _____  Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____  TRIAL HELD _____ DAY # ___

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____

Rec'd in MIA Dkt 11-20-00