UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-Cr-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HANNIBAL PENNEY,

    Defendant,
_____/

## WAIVER OF SPEEDY TRIAL RIGHTS

I, **HANNIBAL PENNEY**, hereby waive all my rights to a speedy trial provided me under Title 18, United States Code, §3161 et. seq. I do so freely and voluntarily and after fully consulting about this matter with my attorney, Joel Kaplan, Esquire.

_____
HANNIBAL PENNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ana Martinez, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this ____ day of November, 2000.

_____
Joel Kaplan, Esq.

Rec'd in MIA Dkt 11-20-00