UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

**Declaration of Victim Losses**

|  |  |  |
|---|---|---|
| United States | ) | |
| v. | ) | 00-6270-Cr-Graham |
| Mark Goldberg et. al. | ) | (Case Number) |
|  | ) | |

Name: _The Olde Store - Jonell Spedale_

Social Security (optional): _____

Address: _Box 188_

City & State: _Gallatin TX 75764_

I am victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $ _120.00_ . _8 mo @ 15.00 + Dec Jan & Feb 2001 would be 150.00_

My specific losses as a result of this offense are summarized as follows:

_No payment on pay phone has been made to me since April 2000. I should receive approx. $15.00 monthly._

___ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $____. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_Jonell Spedale_
(Signature)

Executed on
_9_ day of _February, 2001_

(Additional Pages May be Attached)