UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-Cr-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant,
_____/



## MOTION TO WITHDRAW

    Counsel for Defendant **HANNIBAL PENNEY** moves this Court to enter an Order allowing him to withdraw as counsel of record in this case and terminating his responsibilities to the defendant-**PENNEY** and in support of this request states the following:

    1. The attorney/client relationship between defendant-**PENNEY** and the undersigned is fraught with irreconcilable differences that are hindering the undersigned's ability to provide effective assistance of counsel to the defendant. For example, notwithstanding the undersigned's repeated requests that he provide the identities of potential defense witnesses and the funds to hire an investigator to locate and interview these individuals, defendant-**PENNEY** has failed to do so. Despite the undersigned's numerous requests, defendant-**PENNEY** has failed to make himself available, in

CASE NO. 00-6270-Cr-GRAHAM

person, to prepare his defense in this case. In this regard, defendant-**PENNEY** has resisted the undersigned's efforts to discuss with him in person his activities at and his relationship to the business whose operations underlie the charges in this case, his desire, right and ability to testify, etc.

2. Moreover, defendant-**PENNEY** has reneged on every promise he made to the undersigned regarding paying the fees and expenses associated with preparing and trying his case. Even though he signed a written fee agreement that sets forth his obligations in terms of paying attorney's fees and costs and then defaulted on his promises, defendant-**PENNEY** now insists he does not owe the undersigned anything for preparing and trying his case and, more importantly, that he will not pay the costs preparing it will incur. Based on defendant-**PENNEY'S** conduct, the undersigned believes defendant-**PENNEY** may be manipulating the situation to create an issue to raise under Title 28, United States Code, §2255 in the event he is convicted.

3. Under these circumstances (which just reached a "flash" point that the undersigned believes compelled the filing of this motion), the undersigned feels he cannot continue to represent defendant-**PENNEY**. Defendant-**PENNEY** faces a lengthy period of incarceration if convicted in this case. Yet, he has engaged, and is engaging, in a course of conduct that shows he is unwilling to work with counsel. As

2

CASE NO. 00-6270-Cr-GRAHAM

such, it is clear that there are irreconcilable differences between defendant-**PENNEY** and the undersigned and their relationship must be terminated.

**WHEREFORE**, counsel for defendant **PENNEY** moves this Court to enter an Order granting him leave to withdraw and terminating his responsibilities as counsel of record in this case.

Respectfully submitted,

_____
JOEL KAPLAN, ESQUIRE
Attorney for Defendant
1100 - NEW WORLD TOWER
100 N. Biscayne Blvd.
Miami, Florida 33132
Phone: (305) 374-2111
Florida Bar No. 219371

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been mailed to Ana Martinez, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and Hannibal Penney, 3417 N. Fernando Boulevard, Burbank, CN. 97504, this 10th day of May, 2001.

_____
JOEL KAPLAN, ESQUIRE

3