UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
ASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HANNIBAL PENNY,

    Defendant.
_____/

**O R D E R**



**THIS CAUSE** came before the Court as a result of Defendant's Memorandum Response, faxed May 18, 2001. Local Rule 7.7 provides that no party who has appeared by attorney may appear or act in his own behalf in an action or proceeding without prior order of the court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this court will not consider any pro se pleadings or papers of any type by the defendant in as much as he is represented by counsel. All pleadings must be filed by the attorney of record from the date of this order.

**DONE AND ORDERED** in chambers, at Miami, Florida, this ___ day of May, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: Joel Kaplan, Esq.
          Ana Fernandez, AUSA
          Hannibal Penny

