UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HANNIBAL PENNY,

        Defendant.
_____/



### ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** came before the Court upon counsel's Motion to Withdraw, filed May 10, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Counsel's Motion to Withdraw is **Denied** without prejudice.

**DONE AND ORDERED** in chambers, at Miami, Florida this 22nd day of May, 2001.

                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Joel Kaplan, Esq.
        Ana Fernandez, AUSA

