UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-Cr-GRAHAM

UNITED STATES OF AMERICA

      Plaintiff,

v.

HANNIBAL PENNEY,

      Defendant,
_____/



### SUPPLEMENT TO RENEWED MOTION TO WITHDRAW

Undersigned counsel of record for defendant-**PENNEY** hereby supplements the Renewed Motion to Withdraw he filed on May 23, 2001, with the following:

1. Since the hearing on May 18, 2001, this Court conducted on the original Motion to Withdraw the undersigned filed, defendant-**PENNEY** had failed to cooperate with the undersigned in the preparation of his defense. In specific, the undersigned requested that defendant-**PENNEY** provide information about a list of people culled from the discovery who may be prospective government witnesses in this case. Defendant **PENNEY** has failed to do so without explanation.

2. The undersigned also asked defendant-**PENNEY** to provide information he could use in preparing his direct examination should he choose to testify. Defendant-**PENNEY** has failed to do so. The undersigned sent defendant-**PENNEY**

a personal financial statement to fill out so the undersigned could use it to seek government assistance under Rule 17(c), Federal Rules of Criminal Procedure, and Title 18, United States Code, §3006A in light of defendant-**PENNEY'S** professed financial inability to pay the expenses incurred in preparing and presenting his defense. Defendant-**PENNEY** has failed to return to the undersigned a completed financial statement, again without explanation.

3. Finally, the undersigned requested that defendant-**PENNEY** have the investigator he hired contact the undersigned. The purpose of this request was to allow the undersigned to see if the information the investigator has uncovered supports, or tends to support, defendant-**PENNEY'S** defense(s). Like the other requests, defendant-**PENNEY** has ignored this request.

4. Finally, in instead of providing the requested information, defendant-**PENNEY** has opted to continue to direct a barrage of insults toward the undersigned. He has accused the undersigned of engaging in obstructionist tactics that have hindered the preparation of defendant-**PENNEY'S** defense. Under these circumstances, which Defendant-**PENNEY** alone is responsible for creating, it is now even clearer that the undersigned should be permitted to withdraw.

CASE NO. 00-6270-Cr-GRAHAM

Respectfully submitted,

_____
JOEL KAPLAN, ESQUIRE
Attorney for Defendant
1100 - NEW WORLD TOWER
100 N. Biscayne Blvd.
Miami, Florida 33132
Phone: (305) 374-2111
Florida Bar No. 219371

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been mailed to Ana Martinez, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and sent via telefax no. 818-558-3353 and mailed to Hannibal Penney, 3417 N. Fernando Boulevard, Burbank, CN. 91505, this 31st day of May, 2001.

_____
JOEL KAPLAN, ESQUIRE

3