UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HANNIBAL PENNEY,

        Defendant.
_____/

# O R D E R

**THIS CAUSE** came before the Court upon Defendant's Motion to Vacate Order of May 31, 2001, filed June 5, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Vacate Order of May 31, 2001 is **Denied.**

**DONE AND ORDERED** in chambers, at Miami, Florida this 7th day of June, 2001.

_____
DONALD   L.   GRAHAM
UNITED STATES DISTRICT JUDGE

copied: Joel Kaplan, Esq.
       Ana Martinez, AUSA

