UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DG
DATE: 6-20-01

United States of America,

vs.

Robey Dudley
~~Hannibal Penny~~

JUDGE: DONALD L. GRAHAM

CRIMINAL COURT MINUTES

TYPE OF HEARING: Status

AUSA: Annie Martinez, Debra Stuart
DEFENSE COUNSEL: Patrick Hunt  Joel Kaplan

INTERPRETER: None      COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING:

△ sworn as to Indigency to retain counsel, court will Appoint CJA Csl.
△ shall present to the court the last 6 month financial transactions within 10 days. Joel Kaplan Allowed to withdraw time sheets must be submitted in Ten days ex parte to the court

MOTION: ___ GRANTED   ___ DENIED   ___ TAKEN UNDER ADV.
SETTING
STATUS: _____        NEW TRIAL DATE: _____
CHANGE OF PLEA: _____   OTHER: _____