*CRIMINAL MINUTES/CALENDAR*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MAGISTRATE JUDGE** _____WILLIAM C. TURNOFF_____   **COURTROOM X**

Case No. __00-6270-CR-GRAHAM__   Date __6/20/01__

Clerk __P. MITCHELL__   Time: __10:00AM__

Court Reporter _____   Tape No. _____

USPO _____   Interpreter _____

**UNITED STATES OF AMERICA v.** __HANNIBAL PENNEY__

AUSA _____   Defense Counsel _____

Defendant(s): Present _____ Not Present _____ In Custody _____

Reason for Hearing: __Status re: EFFECTIVE ASSISTANCE OF COUNSEL__

Result of Hearing: __Status held. Deft. advises he wish to have new counsel. The court to advise Judge Graham of same.__

Case Continued to: _____ Time _____ For _____

Misc.: _____