UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

HANNIBAL PENNY,

        Defendant.
_____/

FILED by CF D.C.
JUL 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## O R D E R

**THIS CAUSE** came before the Court upon the Status Conference held on June 21, 2001, on the Defendant's Motion for Appointment of New Counsel.

**THE COURT** has previously ruled from the bench upon this matter. This order memorializes the ruling as set forth below. It is

**ORDERED AND ADJUDGED** that Defendant's Motion for Appointment of Counsel is **Granted.** Joel Kaplan Esq., is hereby relieved of any further responsibility for representing the defendant Counsel's Motion is **Granted.** It is Further,

**ORDERED AND ADJUDGED** William Norris Esquire, of 3225 Aviation Avenue Suite 300, Coconut Grove, Florida 33133 is hereby, appointed as counsel to represent the defendant in this cause.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 23 day of July, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: William Norris, Esq.
        Joel Kaplan, Esq.
        Annie Martinez, AUSA
        Patrick Hunt, AFPD