

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-Cr-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant,

_____/



Unsealed by DE 215

## SEALED NOTICE OF FILING
## FINANCIAL STATEMENT

Defendant HANNIBAL PENNEY respectfully submits the enclosed financial statements in compliance with this Court's order of June 20, 2001. The documents are postmarked within the ten-day period ordered, the first day being June 21, 2001, counting the working days Monday through Friday, with the exception of the Independence Day Holiday of July 4, 2001:

LIST OF ASSETS

1. BANK STATEMENT (CHECKING)

2. CREDIT CARDS (STATEMENTS)

3. BONDS (NONE)

4. IRA'S (NONE)

5. PENSIONS (NONE)

6. STOCKS (STATEMENTS)

CASE NO. 00-6270-Cr-GRAHAM

7. REAL ESTATE (RESIDENCE ONLY)

8. CARS (NONE)

9. OVERSEAS OR SHELTERED BANK ACCOUNTS (NONE)

10. LEASES (NONE)

11. TRUSTS (NONE)

Respectfully submitted,

Hannibal Penney
1317 N. San Fernando Bl.
Burbank, CA 91504
(818)512-8681

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been mailed to William M. Norris, Esquire, Attorney for Defendant, 7685 S.W. 104th Street, Suite 220, Miami, FL 33156, this 5th day of July, 2001.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.
_____/

## INVENTORY OF ATTACHMENTS TO FINANCIAL STATEMENT

Counsel for Hannibal Penney submits the following inventory of documents

attached to Mr. Penney's Sealed Notice of Filing Financial Statement:

1.  Monthly Billing Statements from Wells Fargo for home mortgage showing principal

balances of $260,000 with monthly payments of $1684.38 for the months of December,

2000 through May, 2001.

2.  World Savings and Loan statements for Hannibal Penny, Jr. dba Penwheel Productions

for January to June, 2001 showing balances in the $150 to $1,000 range.

3. Brokerage statements

      a. Prudential Securities, 1st quarter, 2001 (balance $124.00).

      b. American Century, 1st quarter 2001, (balance $359.21).

      c. Yamner & Co., 1st quarter, 2001 (balance $202.34).

      d.  Scotttrade, January 2001, (balance $4.12).

      e.  Cybertrader, January to May, 2001 (balance $.00).

      f.  E*trade, January, 2001 (balance $26.92).

g. Invest Financial Corporation, 1st quarter, 2001 (balance $96.90).

4. Ira: Invest Financial Corporation, 1st quarter 2001 (balance $166.23).

5. Credit cards:

a. American Express Optima, balance 7-15-2001: $26,724.26.

b American Express Platinum, balance 6-7-2001: $7,008.69.

c. Sun Trust VISA, balance 7-20-2001: $17,668.69.

d. First USA Bank VISA, balance 7-17-2001: $30,899.89.

e. MBNA America VISA, balance 6-19-2001: $34,478.64.

f. Colonial Bank VISA, balance 7-14-2001: $4,787.22.

g. Associates Mastercard, balance 4-15-2001: $11,431.76.

h. Capital One, balance 4-16-2001: $10,348.17.

i. Citbank USA Quicken VISA, balance 2-22-2001: $37,268.71.

j. Citibank Premier Edition, balance 3-26-2001: $15,275.97.

k. Peoples Bank VISA, balance 3-17-2001: $8,056.66.

l. Providian Mastercard, balance 4-14-2001: $18,951.34.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

**WELLS FARGO**

PO Box 9020, San Bernardino, CA 92427

| | |
|---|---|
| Mortgagor: | HANNIBAL PENNEY JR |
| Co-Mortgagor: | |
| Property Address: | |

| | |
|---|---|
| Statement Date | 04/16/01 |
| Payment Due Date | 05/01/01 |

| | |
|---|---|
| Primary ID Number: | 41-0-80-5665 |
| Secondary ID Number: | |
| Home Telephone: | |
| Work Telephone: | |

| | |
|---|---|
| *Current Principal Balance: | 261,949.48 |
| Escrow Balance: | .00 |
| Year To Date Interest: | 6,206.77 |
| Principal & Interest: | 1,884.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,884.38 |

HANNIBAL  PENNEY JR

Upon receipt of payment, your next statement will be generated.

* The Principal Balance does not reflect the total amount required to pay your loan in full.

## IMPORTANT MESSAGES

Regular or US Postal Overnight Payments ONLY............PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY......2445 W Dunlap, Ste. 100, Phoenix AZ 85021
**Please write your account number on your check**

| ACCOUNT INFORMATION SINCE LAST STATEMENT | | PAYMENTS FROM ESCROW SINCE LAST STATEMENT | |
|---|---|---|---|
| Principal | 245.66 | Taxes | .00 |
| Interest | 1,638.72 | Insurance | .00 |
| Escrow | .00 | Other | .00 |
| Fees | .00 | Misc. | .00 |
| Misc. | .00 | | |
| Additional Principal Received | .00 | | |

**HOME MORTGAGE**

O Box 9020, San Bernardino, CA 92427

| | |
|---|---|
| Mortgagor: | HANNIBAL PENNEY JR |
| Co-Mortgagor: | |
| Property Address: | |

Statement Date    03/16/01
Payment Due Date    04/01/01

| | |
|---|---|
| Primary ID Number: | 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 |
| Secondary ID Number: | |
| Home Telephone: | |
| Work Telephone: | |

| | |
|---|---|
| *Current Principal Balance: | 262,195.15 |
| Escrow Balance: | .00 |
| Year To Date Interest: | 6,570.05 |
| Principal & Interest: | 1,884.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,884.38 |

HANNIBAL PENNEY JR

Upon receipt of payment, your next statement will be generated.

\* The Principal Balance does not reflect the total amount required to pay your loan in full.

## IMPORTANT MESSAGES

NOTE - PLEASE CONTINUE TO MAIL YOUR MONTHLY MORTGAGE PAYMENT, ALONG WITH THE REMIT COUPON, IN THE ENVELOPE PROVIDED.
At this time, we are not able to accept your monthly mortgage payments at our Wells Fargo Banking facilities. We realize this would be an added convenience to you and apologize for the delay. We are working to provide this payment option to you in the future. We appreciate your patience and look forward to servicing your home mortgage needs.

   ***2000 Interest paid was      $13,166.64
   ***2000 Taxes paid were       $.00

If you have questions regarding the deductibility of this information or would like assistance in preparing your tax return, please consult a tax advisor or contact the IRS at 1-800-829-1040. If your questions pertain to the amount reported on the 1098, please contact our Customer Service Department for assistance.

Regular or US Postal Overnight Payments ONLY............PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY......2445 W Dunlap, Ste. 100, Phoenix AZ 85021
                              Please write your account number on your check

| ACCOUNT INFORMATION SINCE LAST STATEMENT | | PAYMENTS FROM ESCROW SINCE LAST STATEMENT | |
|---|---|---|---|
| Principal | 244.13 | Taxes | .00 |
| Interest | 1,640.25 | Insurance | .00 |
| Escrow | .00 | Other | .00 |
| Fees | .00 | Misc. | .00 |
| Misc. | .00 | | |
| Additional Principal Received | .00 | | |

**WELLS FARGO HOME MORTGAGE**

**MONTHLY BILLING STATEMENT**

PO Box 9020, San Bernardino, CA 92427

| | |
|---|---|
| Mortgagor: | HANNIBAL PENNEY JR |
| Co-Mortgagor: | |
| Property Address: | |

| | |
|---|---|
| Statement Date | 02/15/01 |
| Payment Due Date | 03/01/01 |

| | |
|---|---|
| Primary ID Number: | 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 |
| Secondary ID Number: | |
| Home Telephone: | |
| Work Telephone: | |

| | |
|---|---|
| *Current Principal Balance: | 262,439.25 |
| Escrow Balance: | .00 |
| Year To Date Interest: | 4,826.80 |
| Principal & Interest: | 1,884.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,884.38 |

HANNIBAL PENNEY JR

Upon receipt of payment, your next statement will be generated.

\* The Principal Balance does not reflect the total amount required to pay your loan in full.

---

## IMPORTANT MESSAGES

**NOTE - PLEASE CONTINUE TO MAIL YOUR MONTHLY MORTGAGE PAYMENT, ALONG WITH THE REMIT COUPON, IN THE ENVELOPE PROVIDED.**
At this time, we are not able to accept your monthly mortgage payments at our Wells Fargo Banking facilities. We realize this would be an added convenience to you and apologize for the delay. We are working to provide this payment option to you in the future. We appreciate your patience and look forward to servicing your home mortgage needs.

Regular or US Postal Overnight Payments ONLY............PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY......2445 W Dunlap, Ste. 100, Phoenix AZ 85021
Please write your account number on your check

| | |
|---|---|
| \*\*\*2000 Interest paid was | $18,166.64 |
| \*\*\*2000 Taxes paid were | $.00 |

If you have questions regarding the deductibility of this information or would like assistance in preparing your tax return, please consult a tax advisor or contact the IRS at 1-800-829-1040. If your questions pertain to the amount reported on the 1098, please contact our Customer Service Department for assistance.

**Welcome to Wells Fargo Home Mortgage.**
We are delighted to welcome you as our new customer. Discover why millions of families across America have chosen Wells Fargo Home Mortgage to help fulfill their dream of home ownership. As a valued customer, you may be eligible for streamlined home financing programs. We look forward to fulfilling your current and future home mortgage needs.

To contact us, please refer to the phone numbers on your statement.

---

## ACCOUNT INFORMATION SINCE LAST STATEMENT

| | |
|---|---|
| Principal | 217.62 |
| Interest | 1,641.76 |
| Escrow | .00 |
| Fees | 25.00 |
| Misc. | .00 |
| Additional Principal Received | 25.00- |

## PAYMENTS FROM ESCROW SINCE LAST STATEMENT

| | |
|---|---|
| Taxes | .00 |
| Insurance | .00 |
| Other | .00 |
| Misc. | .00 |

**HOME MORTGAGE**

PO Box 9023, San Bernardino, CA 92427

| | | | MONTHLY BILLING STATEMENT |
|---|---|---|---|
| | | Mortgagor: | HANNIBAL PENNEY JR |
| | | Co-Mortgagor: | |
| | | Property Address: | |

| Statement Date | 01/15/01 |
|---|---|
| Payment Due Date | 02/01/01 |

Primary ID Number:     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
Secondary ID Number:
Home Telephone:
Work Telephone:

01/17/01 604218A DEVTX611 H55A     43472 16.05 12/29/00

HANNIBAL PENNEY JR

| *Current Principal Balance: | 262,656.90 |
|---|---|
| Escrow Balance: | .00 |
| Year To Date Interest: | 3,288.54 |
| Principal & Interest: | 1,584.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,584.38 |

Upon receipt of payment, your next statement will be generated.

* The Principal Balance does not reflect the total amount required to pay your loan in full.

## IMPORTANT MESSAGES

THIS IS YOUR NEW MONTHLY STATEMENT FROM WELLS FARGO HOME MORTGAGE.
For all payments, please make checks payable to Wells Fargo Home Mortgage, Inc. Should you have questions regarding this information, please call our Customer Service Department at (800) 222-0238.
REMINDER: This statement includes all year-end information for reporting to the Internal Revenue Service. All information relating to your mortgage, interest and real estate taxes paid are for the entire year of 2000.

NOTE - PLEASE CONTINUE TO MAIL YOUR MONTHLY MORTGAGE PAYMENT, ALONG WITH THE REMIT COUPON, IN THE ENVELOPE PROVIDED.
At this time, we are not able to accept your monthly mortgage payments at our Wells Fargo Banking facilities. We realize this would be an added convenience to you and apologize for the delay. We are working to provide this payment option to you in the future. We appreciate your patience and look forward to servicing your home mortgage needs.

Regular or US Postal Overnight Payments ONLY...........PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY.....2448 W Dunlap, Ste. 100, Phoenix AZ 85021
                Please write your account number on your check

"Additional Principal Received" identifies all excess funds applied to principal from your last payment. This amount is also reflected in the "principal" total.

| ACCOUNT INFORMATION SINCE LAST STATEMENT | | PAYMENTS FROM ESCROW SINCE LAST STATEMENT | |
|---|---|---|---|
| Principal | 266.11 | Taxes | .00 |
| Interest | 1,943.27 | Insurance | .00 |
| Escrow | .00 | Other | .00 |
| Fees | .00 | Misc. | .00 |
| Misc. | .00 | | |
| Additional Principal Received | 25.00 | | |

**GE Capital**
Mortgage Services

| | | | | |
|---|---|---|---|---|
| Statement Date | 12/12/00 | | | |
| Payment Due Date | 01/01/01 | | | |

Mortgagor: HANNIBAL PENNEY JR
Co-Mortgagor:
Property Address:

Primary ID Number: 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
Secondary ID Number:
Home Telephone:
Work Telephone:

| | |
|---|---|
| *Current Principal Balance: | 262,923.01 |
| Escrow Balance: | .00 |
| Year To Date Interest: | 19,833.41 |
| Principal & Interest: | 1,884.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,884.38 |

HANNIBAL PENNEY JR

* The Principal Balance does not reflect the total amount required to pay your loan in full.

Upon receipt of payment, your next statement will be generated.

---

### IMPORTANT MESSAGES

Regular or US Postal Overnight Payments ONLY..........PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY......2445 W Dunlap, Ste. 100, Phoenix AZ 85021
Please write your account number on your check

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

| | |
|---|---|
| Principal | 239.61 |
| Interest | 1,644.77 |
| Escrow | .00 |
| Fees | .00 |
| Misc. | .00 |
| Additional Principal Received | .00 |

### PAYMENTS FROM ESCROW SINCE LAST STATEMENT

| | |
|---|---|
| Taxes | .00 |
| Insurance | .00 |
| Other | .00 |
| Misc. | .00 |

MONTHLY BILLING STATEMENT

**WELLS FARGO**

PO Box 9020, San Bernardino, CA 92427

| | |
|---|---|
| Statement Date | 05/18/01 |
| Payment Due Date | 06/01/01 |

| | |
|---|---|
| Mortgagor: | HANNIBAL PENNEY JR |
| Co-Mortgagor: | |
| Property Address: | |
| | |
| Primary ID Number: | 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 |
| Secondary ID Number: | |
| Home Telephone: | |
| Work Telephone: | |

HANNIBAL PENNEY JR

| | |
|---|---|
| *Current Principal Balance: | 251,702.23 |
| Escrow Balance: | .00 |
| Year To Date Interest: | 9,845.95 |
| Principal & Interest: | 1,884.38 |
| Escrow: | .00 |
| Other Products / Services: | .00 |
| Interest Rate: | 7.500 |
| Total Monthly PMT: | 1,884.38 |

Upon receipt of payment, your next statement will be generated

* The Principal Balance does not reflect the total amount required to pay your loan in full.

---

**IMPORTANT MESSAGES**

Regular or US Postal Overnight Payments ONLY...........PO Box 78614, Phoenix, AZ 85062-8614
All other Overnight (Express) Mail - Payments ONLY......2445 W Dunlap, Ste. 100, Phoenix AZ 85021
Please write your account number on your check

---

| ACCOUNT INFORMATION SINCE LAST STATEMENT | | PAYMENTS FROM ESCROW SINCE LAST STATEMENT | |
|---|---|---|---|
| Principal | 247.20 | Taxes | .00 |
| Interest | 1,637.18 | Insurance | .00 |
| Escrow | .00 | Other | .00 |
| Fees | .00 | Misc. | .00 |
| Misc. | .00 | | |
| Additional Principal Received | .00 | | |

# WORLD SAVINGS

*Loans • Savings • Investments*

```
                              WORLD SAVINGS AND LOAN, FSLA
                              TOLUCA LAKE  #096
                              10064 RIVERSIDE DRIVE
ACCOUNTS INSURED TO LEGAL     TOLUCA LAKE, CA  91602
MAXIMUM BY THE FDIC           FOR INFORMATION CALL
                              (818) 980-4505
```

```
                  096                    PAGE                              1
   HANNIBAL PENNEY JR                    ACCOUNT NUMBER         3-393446-4
   DBA PENWHEEL PRODUCTIONS              BEGINNING STATEMENT DATE  01-14-01
   1317 N. SAN FERNANDO BLVD            ENDING STATEMENT DATE     02-13-01
   BURBANK CA  91504                     CHECKS ENCLOSED                 10
```

## WORLD SAVINGS AND LOAN UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

## CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 1,037.76 | 2,016.85 | 0.41 | 2,369.10 | 0.00 | 684.92 |

## SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01-19 | 481.00 | 3401* | 01-16 | 123.00 | 3406 | 01-19 | 263.83 | 3409 | 01-19 | 368.00 |
| 2969* | 02-13 | 307.00 | 3404* | 01-16 | 123.00 | 3407 | 01-19 | 33.95 | | | |
| 3000* | 01-18 | 419.65 | 3405 | 01-18 | 109.00 | 3408 | 01-22 | 120.67 | | | |

\* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 01 14 | | BEGINNING BALANCE | 1,037.76 |
| 01 16 | 123.00 | CHECK 3404 | 914.76 |
| 01 16 | 123.00 | CHECK 3401 | 791.76 |
| 01 18 | 109.00 | CHECK 3405 | 682.76 |
| 01 18 | 419.65 | CHECK 3000 | 263.11 |
| 01 19 | 1,000.00+ | TRANSFER DEPOSIT | 1,263.11 |
| 01 19 | 33.95 | CHECK 3407 | 1,229.16 |
| 01 19 | 263.83 | CHECK 3406 | 965.33 |
| 01 19 | 368.00 | CHECK 3409 | 597.33 |
| 01 19 | 481.00 | CHECK | 116.33 |
| 01 19 | 10.00 | MISCELLANEOUS CHARGE | 106.33 |
| 01 22 | 1,000.00+ | TRANSFER DEPOSIT | 1,106.33 |
| 01 22 | 120.67 | CHECK 3408 | 985.66 |
| 01 22 | 10.00 | MISCELLANEOUS CHARGE | 975.66 |
| 02 09 | 15.85+ | DEPOSIT CHECK | 991.51 |
| 02 13 | 307.00 | CHECK 2969 | 684.51 |
| 02 13 | 0.41+ | INTEREST CREDIT | 684.92 |

## CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.57%.
INTEREST PAID YEAR-TO-DATE  $    0.84
NOTE:  2000 INTEREST PAID ON THIS ACCOUNT WAS $    82.09



# WORLD SAVINGS
### Loans • Savings • Investments

WORLD SAVINGS AND LOAN, FSLA
TOLUCA LAKE #096
10064 RIVERSIDE DRIVE
TOLUCA LAKE, CA 91602
FOR INFORMATION CALL
(818) 980-4505

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

|  |  |
|---|---|
| 096 | PAGE 1 |
| HANNIBAL PENNEY JR | ACCOUNT NUMBER 3-393446-4 |
| DBA PENWHEEL PRODUCTIONS | BEGINNING STATEMENT DATE 12-14-00 |
| 1317 N. SAN FERNANDO BLVD | ENDING STATEMENT DATE 01-13-01 |
| BURBANK CA 91504 | CHECKS ENCLOSED 8 |

### WORLD SAVINGS AND LOAN UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

### CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 2,032.56 | 4,065.00 | 1.27 | 5,059.07 | 0.00 | 1,037.76 |

### SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2981 | 12-21 | 14.47 | 2994* | 12-21 | 53.18 | 2996 | 12-18 | 154.57 | 2998 | 12-22 | 3,500.00 |
| 2990* | 12-14 | 16.81 | 2995 | 12-18 | 140.15 | 2997 | 12-19 | 125.00 | 2999 | 01-08 | 1,044.89 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 12 14 |  | BEGINNING BALANCE | 2,032.56 |
| 12 14 | 16.81 | CHECK 2990 | 2,015.75 |
| 12 18 | 140.15 | CHECK 2995 | 1,875.60 |
| 12 18 | 154.57 | CHECK 2996 | 1,721.03 |
| 12 19 | 3,500.00+ | DEPOSIT CASH | 5,221.03 |
| 12 19 | 125.00 | CHECK 2997 | 5,096.03 |
| 12 21 | 14.47 | CHECK 2981 | 5,081.56 |
| 12 21 | 53.18 | CHECK 2994 | 5,028.38 |
| 12 22 | 3,500.00 | CHECK 2998 | 1,528.38 |
| 12 27 | 543.00+ | TRANSFER DEPOSIT | 2,071.38 |
| 12 27 | 10.00 | MISCELLANEOUS CHARGE | 2,061.38 |
| 12 30 | 0.84+ | INTEREST CREDIT | 2,062.22 |
| 01 08 | 1,044.89 | CHECK 2999 | 1,017.33 |
| 01 11 | 20.00+ | DEPOSIT CASH | 1,037.33 |
| 01 13 | 0.43+ | INTEREST CREDIT | 1,037.76 |

### CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS 0.75%.
INTEREST PAID YEAR-TO-DATE $ 0.43
NOTE: 2000 INTEREST PAID ON THIS ACCOUNT WAS $ 82.89

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
current interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD



# WORLD SAVINGS
*Loans • Savings • Investments*

WORLD SAVINGS BANK, FSB
TOLUCA LAKE #096
10544 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
FOR INFORMATION CALL
(818) 980-4505

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

| | | |
|---|---|---|
| | 096 | PAGE 1 |
| HANNIBAL PENNEY JR | | ACCOUNT NUMBER 3-393446-4 |
| DBA PENWHEEL PRODUCTIONS | | BEGINNING STATEMENT DATE 04-14-01 |
| 1317 N. SAN FERNANDO BLVD | | ENDING STATEMENT DATE 05-13-01 |
| BURBANK CA 91504 | | CHECKS ENCLOSED 4 |

## WORLD SAVINGS BANK UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

## CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 147.03 | 890.00 | 0.07 | 787.98 | 0.00 | 189.12 |

## SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2947 | 05-08 | 200.00 | 3412 | 04-23 | 105.01 | 3562* | 05-07 | 151.00 | 3563 | 05-08 | 181.97 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 04 14 | | BEGINNING BALANCE | 147.03 |
| 04 23 | 105.01 | CHECK 3412 | 42.02 |
| 05 03 | 890.00+ | TRANSFER DEPOSIT | 842.02 |
| 05 05 | 10.00 | MISCELLANEOUS CHARGE | 832.02 |
| 05 07 | 151.00 | CHECK 3562 | 681.02 |
| 05 08 | 181.97 | CHECK 3563 | 399.05 |
| 05 08 | 200.00 | CHECK 2947 | 189.05 |
| 05 12 | 0.07+ | INTEREST CREDIT | 189.12 |

## CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS 0.39%.
INTEREST PAID YEAR-TO-DATE $ 1.37



# WORLD SAVINGS®
*Loans • Savings • Investments*

WORLD SAVINGS BANK, FSB
TOLUCA LAKE #096
10064 RIVERSIDE DRIVE
TOLUCA LAKE, CA 91602
FOR INFORMATION CALL
(818) 980-4505

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

HANNIBAL PENNEY JR            096
DBA PENWHEEL PRODUCTIONS
1317 N. SAN FERNANDO BLVD
BURBANK CA 91504

PAGE                                    1
ACCOUNT NUMBER            3-393446-4
BEGINNING STATEMENT DATE  03-14-01
ENDING STATEMENT DATE     04-13-01
CHECKS ENCLOSED                   3

## WORLD SAVINGS BANK UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

## CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 722.56 | 20.48 | 0.20 | 596.21 | 0.00 | 147.03 |

## SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3414 | 04-04 | 506.04 | 3415 | 04-06 | 35.00 | 3416 | 04-13 | 55.17 | | | |

## CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 03 14 | | BEGINNING BALANCE | 722.56 |
| 03 16 | 20.48+ | DEPOSIT CHECK | 743.04 |
| 04 04 | 506.04 | CHECK 3414 | 237.00 |
| 04 06 | 35.00 | CHECK 3415 | 202.00 |
| 04 13 | 55.17 | CHECK 3416 | 146.83 |
| 04 13 | 0.20+ | INTEREST CREDIT | 147.03 |

## CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS 0.42%.
INTEREST PAID YEAR-TO-DATE $      1.30
NOTE:  2000 INTEREST PAID ON THIS ACCOUNT WAS $      82.09



# WORLD SAVINGS™

*Loans • Savings • Investments*

```
                           WORLD SAVINGS BANK, FSB
                           TOLUCA LAKE   #096
                           10064 RIVERSIDE DRIVE
                           TOLUCA LAKE, CA  91602
ACCOUNTS INSURED TO LEGAL  FOR INFORMATION CALL
MAXIMUM BY THE FDIC        (818) 980-4505
```

```
                  096              PAGE                        1
   HANNIBAL PENNEY JR             ACCOUNT NUMBER      3-393446-4
   DBA PENWHEEL PRODUCTIONS       BEGINNING STATEMENT DATE  02-14-01
   1317 N. SAN FERNANDO BLVD      ENDING STATEMENT DATE     03-13-01
   BURBANK CA  91504              CHECKS ENCLOSED            0
```

## WORLD SAVINGS BANK UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

## CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 684.92 | 37.38 | 0.26 | 0.00 | 0.00 | 722.56 |

## CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 02 14 | | BEGINNING BALANCE | 684.92 |
| 02 16 | 15.39+ | DEPOSIT CHECK | 700.31 |
| 03 02 | 21.99+ | DEPOSIT CHECK | 722.30 |
| 03 13 | 0.26+ | INTEREST CREDIT | 722.56 |

## CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS 0.48%.
INTEREST PAID YEAR-TO-DATE $    1.10
NOTE: 2000 INTEREST PAID ON THIS ACCOUNT WAS $    82.09

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
current interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD
(1-888-226-5967) for recent activity on your checking account.



# Prudential
## Securities

# Client Statement

Page 1 of 2

SIPC

**Securities Account**

Account Number:
0YG-181684-86

Phone: 954-491-7750

Your Financial Advisor:
IRWIN BLOOMBERG
VICE PRESIDENT INVESTMENTS
6550 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE FL 33308-1977
E-mail Address: irwin_bloomberg@prusec.com
Your Branch Manager: NEIL GOLDBERG

MR HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA 91504-4236

## Securities Account Net Worth

For the Period:
January 1 - March 31, 2001

| | This Period | Year to Date |
|---|---|---|
| Money Market Funds | $123.00 | $124.00 |
| **Total Net Worth** | **$123.00** | **$124.00** |

## Income & Distributions

| | This Period | Year to Date |
|---|---|---|
| Money Fund Dividends | $1.00 | $1.00 |
| **Total Income** | **$1.00** | **$1.00** |

## Portfolio Detail

| | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| MONEY MARKET FUNDS | | | | | | | |
| PRUDENTIAL MONEYMART ASSETS FUND | 124 | 1.000 | $124.00 | | $6 | 4.72% 7-Day Yield | |
| **MONEY MARKET FUNDS** | | | **$124.00** | | **$6** | | |

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| MONEYMART DIV REINV  01/24 - 02/22 | | | | | |
| 02/23 | Dividend | 1 | Money Fund | | |

THE KEY TO DEVELOPING A SOUND PORTFOLIO IS STRIKING THE RIGHT BALANCE BETWEEN POTENTIAL RISK AND REWARD. TO LEARN MORE ABOUT MANAGING RISK IN YOUR PORTFOLIO, CALL YOUR FINANCIAL ADVISOR FOR A COPY OF SOLUTIONS FOR INVESTORS: BALANCING RISK AND REWARD.

NT812BAL-0YG-001834

# Quarterly Statement
## Period Ending March 31, 2001

Page  1 of  3

I R A
Hannibal Penney
1317 N San Fernando Blvd
Burbank CA  91504-4236

. . . .

Investor Relations
1-800-345-2021
www.americancentury.com

AMERICAN
CENTURY.

IId...ulIdtId.....dtd.dadadadd.Id.....IIId.dtdd

---

# Investment Portfolio Summary

## Portfolio value on 03-31-2001                    $359.21

Your portfolio value on 12-31-2000.............................$407.47
Change this quarter...........................................-48.26

---

## Personal Portfolio Performance

### Portfolio Value

This graph compares the total value of your portfolio to the net amount you've invested. Your portfolio is all of your American Century accounts included in this statement. Net investment is the total amount you put in minus the total amount you withdrew (including any dividends and capital gains paid to you as cash).

A negative net investment means that you have withdrawn more than you have invested.

### Portfolio Return

Your year-to-date total portfolio return since 12-31-2000............-11.84%
Your 12-month total portfolio return since 03-31-2000..............-5.17%
Your average annual return since 06-27-1993..................20.67%



SH-CPP-24490R

---

## Asset Allocation

### Entire Portfolio

Domestic Equity                          100%
  Equity Growth



International........................0%
Domestic Equity..................100%
Asset Allocation/Balanced..............0%
Specialty........................0%
Bonds...........................0%
Tax-Free Bonds..................0%
Money Market.....................0%
Tax-Free Money Market.............0%





**AMERICAN CENTURY.**

Investment Portfolio Summary, continued
I R A
Hannibal Penney

## Portfolio Asset Summary

| ion-retirement | Account Value On 12-31-2000 | Account Value On 03-31-2001 | Change This Quarter | Year-To-Date | Account Returns 12-Month | Average Annual |
|---|---|---|---|---|---|---|
| Jltra | | | | | | |
| 022-001067088 | $0.00 | $0.00 | 0.00 | 0.00% | N/A | 20.26% |
| Account opened 06-27-1993 | | | | | | |
| Retirement | | | | | | |
| Equity Growth | | | | | | |
| 982-009004034 IRA | $407.47 | $359.21 | -48.26 | -11.84% | -1.63% | 22.55% |
| Account opened 12-30-1996 | | | | | | |
| Total portfolio | $407.47 | $359.21 | -48.26 | -11.84% | -5.17% | 20.67% |

## For Your Information

- Statements for other members of your household were mailed separately from yours this quarter. In the future, to reduce the amount of mail you receive, statements may be mailed in the same envelope. If you would prefer to receive separate envelopes, please call us.

## Retirement Contribution Summary

**Traditional IRA**

Tax Year 2000. . . . . . . . . . . . . . . . . . . . . . . . . $0.00
Tax Year 2001. . . . . . . . . . . . . . . . . . . . . . . . . 0.00
Rollovers in 2001. . . . . . . . . . . . . . . . . . . . . . 0.00

## Portfolio Income Summary

Your income is reported on your account income summary.

SH-CPP-24490R



**AMERICAN CENTURY.**

# Equity Growth

| | | | |
|---|---|---|---|
| Account number | 982-009004034 | Account owners | |
| Account opened | 12-30-1996 | I R A | |
| Investor Class | | Hannibal Penney | |

| | |
|---|---|
| Fund code | 982 |
| Ticker symbol | BEQGX |
| Newspaper listing | EqGro |

## Account Summary

| | |
|---|---|
| Value on 12-31-2000 . . . . . . . . . . . . . . | $407.47 |
| Additions. . . . . . . . . . . . . . . . . . . . . . . . . . . | +0.00 |
| Withdrawals . . . . . . . . . . . . . . . . . . . . . . . | -0.00 |
| Appreciation/depreciation . . . . . . . . . . . . . | -48.26 |
| Value on 03-31-2001. . . . . . . . . . . . . . . | $359.21 |
| | |
| Distributions earned . . . . . . . . . . . . . . . . . | +0.59 |
| Distributions reinvested . . . . . . . . . . . . . . | +0.59 |
| | |
| Shares on 03-31-2001 . . . . . . . . . . . . . . | 18.748 |
| Current price per share . . . . . . . . . . . . . | $19.16 |

## Account Income Summary

| | Year-To-Date |
|---|---|
| Dividends | $0.59 |

## Activity This Quarter

| Date | Transaction | Dollar Amount | Share Price | Shares This Transaction | Total Shares |
|---|---|---|---|---|---|
| 01-01-2001 | Balance forward | | | | 18.717 |
| 03-30-2001 | Dividend Reinvest  .0315 | $0.59 | 19.16 | 0.031 | 18.748 |
| 03-31-2001 | **Total account value** | 359.21 | 19.16 | | 18.748 |

SH CPP-24480R



**AMERICAN CENTURY.**

Account number   982-009004034

R A

Hannibal Penney

Amount enclosed: $_____

# Equity Growth

**To make an additional investment of $50 or more into your account, please detach and return this slip with your check made payable to American Century Investments.**

Type of contribution: (Check one.)
☐ Regular IRA contribution, Tax year_____
☐ Funds from another IRA

American Century Investments
P.O. Box 419311
Kansas City MO 64141-6311



# YOUR BROKERAGE
# ACCOUNT STATEMENT

HAMNER & CO INC
299 MARKET STREET 4TH FL
SADDLE BROOK NJ 07663
TEL:(201)587-2424 (800)221-5676
FAX:(201)587-9477

**Statement Period:**
December 30, 2000
**through:** March 30, 2001

**Account Number:** 6D8-038164
**Soc. Sec. Number:** 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
**Phone Number:** (954) 328-8619

## Statement for the account of:

HANNIBAL PENNEY
1317 N. SAN FERNANDO BLVD
BURBANK CA 91504-4236

llll.....lll.lll......l..ll...ll..ll.ll..l.l

## Your Account Executive:

Steven Goldman, Esq
299 Market Street 4th Floor
Saddle Brook NJ 07663
(201) 300-1919
ID : 705

## ASSET VALUATION

| | This Period Value | % of Assets | Last Period Value | % of Assets |
|---|---|---|---|---|
| Cash Balance | 202.34 | 100.00 | 202.34 | 100.00 |
| **Total Brokerage Account Assets** | **$202.34** | **100.00** | **$202.34** | **100.00** |
| **Total Assets** | **$202.34** | **100.00** | **$202.34** | **100.00** |

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| **Opening Balance** | | **$202.34** |
| **Closing Balance** | | **$202.34** |

## PURCHASING POWER SUMMARY

*You may be able to borrow against the value of your brokerage account assets to buy additional securities or for other purposes. For more information, please call your account executive.*

| | |
|---|---|
| Cash and Money Market Funds Available | 202.34 |
| Borrowing Power | 124.70 |
| **Total Purchasing Power** | **$327.04** |

## MESSAGES

### PERSHING PRIVACY POLICY

AT PERSHING, WE RECOGNIZE THE IMPORTANCE OF PROTECTING YOUR PRIVACY AND WE HAVE POLICIES IN PLACE TO MAINTAIN THE CONFIDENTIALITY AND SECURITY OF YOUR PERSONAL INFORMATION. THE FOLLOWING POLICY IS DESIGNED TO HELP YOU UNDERSTAND WHAT INFORMATION WE COLLECT FROM YOU AND HOW WE USE THAT INFORMATION TO SERVE YOUR ACCOUNT, WORKING ON BEHALF OF YOUR FINANCIAL ORGANIZATION.



Clearing Through **Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

A00009930

SIPC

# Scottrade
FINANCIAL SERVICES

12855 Flushing Meadow P.O. Box 31759
St. Louis, MO 63131-0759 · 314-965-1555

2965-1/1.2000 (C)

| BRANCH OFFICE |
| --- |
| CENTURY CITY, CA |
| 9911 W. PICO BLVD SUITE 848 |
| LOS ANGELES CA 90035-2720 |
| 310-286-1925 |
| 888-829-1980 |

| ACCOUNT NUMBER | PAGE NUMBER |
| --- | --- |
| 65973526 | 1 |

| TAX ID NUMBER |
| --- |
| 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 |

| PERIOD ENDING | PRIOR STATEMENT |
| --- | --- |
| 01/26/01 | 12/29/00 |

| OFFICE | AE |
| --- | --- |
| 04F | 0406 |

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA  91504-4236

## Information Update

OPEN AN IRA AT SCOTTRADE TODAY. REMEMBER, YEAR 2000 IRA'S ARE STILL AVAILABLE THROUGH APRIL 12, 2001. PLUS, AT SCOTTRADE OVER 7000 MUTUAL FUNDS ARE AVAILABLE WITH NO TRANSACTION FEE. SEE THE MUTUAL FUND CENTER AT SCOTTRADE.COM FOR ALL THE DETAILS.

## ACCOUNT VALUE

| | Market Value | Allocation |
| --- | --- | --- |
| ACCOUNT VALUE PRIOR PERIOD | 4.11 | |
| | -------------------- | |
| TYPE 6 CASH | 4.12 | 100.00% |
| TOTAL VALUE | 4.12 | 100.00% |

## TRANSACTION SUMMARY

| | |
| --- | --- |
| OPENING BALANCE | 4.11 |
| INTEREST | 0.01 |
| CLOSING BALANCE | 4.12 |

## EARNINGS SUMMARY

| | Current | Year-to-Date |
| --- | --- | --- |
| CREDIT INTEREST | 0.01- | 0.01- |

## TYPE 6 CASH ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | | | OPENING BALANCE | | | 4.11 |
| 01/26/01 | INTEREST | | CREDIT INTEREST 28 DAYS AVG BL | | .01 | 4.12 |
| | | | 4.11 AVG RATE 4.878 | | | |
| | | | CLOSING BALANCE | | | 4.12 |

\* End of Statement \*

CYBERTRADER
A Charles Schwab Company

Austin, TX 78746
(512) 320-5444

ACCOUNT STATEMENT
05/01/01 to 05/31/01

Page 2 of 2

HANNIBAL PENNEY                                    ACCOUNT NUMBER: 19016807

## TRADING ACTIVITY

| DESCRIPTION | ACCT TYPE | TRADE DATE | ACTIVITY | QUANTITY | MARKET PRICE | AMOUNT CHARGED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| AUDIBLE INC | CSH | 4/26 | SELL | (100) | 1.14 | | 112.99 |
| AUDIBLE INC | CSH | 4/26 | SELL | (100) | 1.15 | | 104.04 |
| AUDIBLE INC | CSH | 4/26 | SELL | (100) | 1.13 | | 111.99 |
| AUDIBLE INC | CSH | 4/26 | SELL | (500) | 1.13 | | 563.98 |
| CLOSING BALANCE | | | | | | | .00 |

## ALLIANCE MONEY FUND DETAILS

| PROCESSED DATE | ACTIVITY | AMOUNT CHARGED | AMOUNT CREDITED | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE FOR ALLIANCE CAPITAL RESERVES | | | | 453.54 |
| 5/01 | DEPOSIT: CAPITAL RESERVES | | 893.00 | |
| 5/02 | 4.162% 04/16-05/01  $509 | | .93 | |
| 5/02 | REDEEM SD CAPITAL RESERVES | 1,347.47 | | |
| CLOSING BALANCE FOR ALLIANCE CAPITAL RESERVES | | | | .00 |

SUMMARY:

| | | | | |
|---|---|---|---|---|
| TOTAL DOLLARS PURCHASED : | 0.00 | TOTAL SHARES PURCHASED : | 0.00 |
| TOTAL DOLLARS SOLD : | 893.00 | TOTAL SHARES SOLD : | 800.00 |

THE NATIONAL ASSOCIATION OF SECURITIES DEALERS ('NASD') REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD REGULATION'S ('NASDR') PUBLIC DISCLOSURE PROGRAM ('PROGRAM'). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASDR, CONTACT THE NASDR PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASDR WEB SITE AT WWW.NASDR.COM.

Case 0:01-cr-06083-DTKH   Document 9   Entered on FLSD Docket 09/12/2002   Page 23 of 72

# CYBERTRADER

A Charles Schwab Company

Page 1 of 2

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD.
BURBANK, CA 91504

ACCOUNT NUMBER: 19016807

BRANCH & REP:   CY00

FINANCIAL CONSULTANT:

CYBERTRADER, INC. HOUSE REP

OFFICE SERVING YOU:

Member NASD/SIPC
115 Wild Basin Road, Suite 100
Austin, TX 78746

TELEPHONE: (512) 320-5444

## ACCOUNT VALUE

| | THIS PERIOD | LAST PERIOD |
|---|---|---|
| STOCKS | | 952.00 |
| MONEY FUNDS | | 453.54 |
| LONG MARKET VALUE | | 1,405.54 |
| MARGIN ACCOUNT BALANCE | | 1.00 |
| TOTAL CASH | | 1.00 |
| TOTAL ACCOUNT VALUE | | 1,406.54 |

## INCOME SUMMARY

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | 1.39 | 3.97 |
| MARGIN INTEREST | | (8.54) |
| MONEY FUND DIVIDEND | 0.93 | 20.34 |
| TOTAL INCOME | 2.32 | 15.77 |

## CASH MOVEMENT DETAIL

| DESCRIPTION | ACCT TYPE | DATE | ACTIVITY | QUANTITY | MARKET PRICE | AMOUNT CHARGED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| OPENING BALANCE | | | | | | | 1.00 |
| DEPOSIT: CAPITAL RESERVES | CSH | 5/01 | DISBURSE | | | 893.00 | |
| REDEEM SD CAPITAL RESERVES | MGN | 5/02 | DEPOSIT | | | | 1,347.47 |
| check/wire fee | CSH | 5/03 | JOURNAL | | | 15.00 | |
| Wire Transfer | CSH | 5/03 | JOURNAL | | | 800.00 | |
| TO MRGN | CSH | 5/04 | JOURNAL | | | | 815.00 |
| FROM CASH | MGN | 5/04 | JOURNAL | | | 815.00 | |
| 3.187% 05/01-05/29   $543 | CSH | 5/30 | INTEREST | | | | 1.39 |
| TO MGN | CSH | 5/30 | JOURNAL | | | 1.39 | |
| FRM CASH | MGN | 5/30 | JOURNAL | | | | 1.39 |
| check/wire fee | MGN | 5/30 | JOURNAL | | | 15.00 | |
| Wire Transfer | MGN | 5/30 | JOURNAL | | | 519.86 | |
| RVS WIRE TRANSFER | MGN | 5/30 | JOURNAL | | | | 519.86 |
| WIRE TRANSFER | MGN | 5/31 | JOURNAL | | | 519.86 | |
| | | | | | | | OVER |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.
MEMBER NASD AND SIPC

# CyBerCorp, Inc.

Member NASD/SIPC, 115 Wild Basin Road, Suite 100
Austin, TX 78746
(512) 320-5444

## YOUR BROKERAGE
## ACCOUNT STATEMENT

**03/01/01 to 03/31/01**

Case 0:00-cv-06270-DLG   Document 79   Entered on FLSD Docket 00/12/2001   Page 24 of 72

Page 1 of 2

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD.
BURBANK, CA 91504

ACCOUNT NUMBER: 19016807

BRANCH & REP: CY00

FINANCIAL CONSULTANT:

CYBERCORP, INC. HOUSE REP

OFFICE SERVING YOU:

Member NASD/SIPC
115 Wild Basin Road, Suite 100
Austin, TX 78746

TELEPHONE: (512) 320-5444

## ACCOUNT VALUE

| | THIS PERIOD | LAST PERIOD |
|---|---|---|
| STOCKS | 775.20 | 949.60 |
| MONEY FUNDS | 451.87 | 448.71 |
| LONG MARKET VALUE | 1,227.07 | 1,398.31 |
| CASH ACCOUNT BALANCE | | 1.47 |
| MARGIN ACCOUNT BALANCE | 1.00 | 1.00 |
| TOTAL CASH | 1.00 | 2.47 |
| TOTAL ACCOUNT VALUE | 1,228.07 | 1,400.78 |

## INCOME SUMMARY

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | | 2.58 |
| MARGIN INTEREST | | (8.54) |
| MONEY FUND DIVIDEND | 1.69 | 17.74 |
| TOTAL INCOME | 1.69 | 11.78 |

## PORTFOLIO POSITIONS

| MONEY FUNDS | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | % OF PORT. | EST CUR YIELD | ESTIMATED ANN INCOME |
|---|---|---|---|---|---|---|---|
| ALLIANCE CAPITAL RESERVES | MMF | 451.870 | 1.00 | 451.87 | 36.81 | | |
| TOTAL VALUE OF MONEY FUNDS | | | | 451.87 | 36.81 | | |

| STOCKS | SYMBOL | | | | | | |
|---|---|---|---|---|---|---|---|
| AUDIBLE INC | ADBL | CASH | 800 | .969 | 775.20 | 63.11 | |
| CUSIP 05069A104 | | | | | | | |
| TOTAL VALUE OF STOCKS | | | | | 775.20 | 63.11 | |

| TOTAL LONG MARKET VALUE | | | | | 1,227.07 | 99.91 | |

| CASH BALANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARGIN ACCOUNT BALANCE | | | | | 1.00 | .08 | |
| TOTAL CASH BALANCES | | | | | 1.00 | .08 | |

| TOTAL VALUE OF PRICED SECURITIES | | | | | 1,228.07 | 99.99 | |

PERCENT OF PORTFOLIO FIGURES ARE APPROXIMATE. DEPENDING UPON THE SPECIFIC COMPONENTS OF YOUR PORTFOLIO, THE TOTAL PERCENT OF PORTFOLIO MAY OR MAY NOT EQUAL 100%.

ACCOUNT VALUE AND TOTALS ARE BASED ONLY ON PRICED SECURITIES. WE MAY BE UNABLE TO PRICE ALL SECURITIES IN YOUR ACCOUNT. FOR MUNICIPAL SECURITIES AND SOME OTHER FIXED INCOME SECURITIES, PRICES ARE APPROXIMATE (NOT ACTUAL MARKET BIDS) AND ARE PROVIDED ONLY AS A GENERAL GUIDE. THEY DO NOT NECESSARILY REFLECT ACTUAL MARKET PRICES. FOR CURRENT PRICES, PLEASE CONTACT YOUR FINANCIAL CONSULTANT.

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.

OVER

Member NASD/SIPC 2705 Wild Basin Road Suite 150 Entered on FLSD Docket 09/12/2002    Page 25 of 72
Austin, TX  78746
(512) 320-5444

Page 1 of 4

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD.
BURBANK, CA  91504

**FINANCIAL CONSULTANT:**

CYBERCORP, INC. HOUSE REP

OFFICE SERVING YOU:

Member NASD/SIPC
115 Wild Basin Road, Suite 100
Austin, TX  78746

ACCOUNT NUMBER: 19016807

TELEPHONE: (512) 320-5444

BRANCH & REP:  CY00

## ACCOUNT VALUE

|  | THIS PERIOD | LAST PERIOD |
|---|---|---|
| STOCKS | 949.60 |  |
| MONEY FUNDS | 448.71 | 20.51 |
| LONG MARKET VALUE | 1,398.31 | 20.51 |
| CASH ACCOUNT BALANCE | 1.47 | 3,015.74 |
| MARGIN ACCOUNT BALANCE | 1.00 | (7.54) |
| TOTAL CASH | 2.47 | 3,008.20 |
| TOTAL ACCOUNT VALUE | 1,400.78 | 3,028.71 |

## INCOME SUMMARY

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | 1.47 | 2.58 |
| MARGIN INTEREST |  | (8.54) |
| MONEY FUND DIVIDEND | 8.40 | 16.05 |
| TOTAL INCOME | 9.87 | 10.09 |

## PORTFOLIO POSITIONS

| MONEY FUNDS | | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | % OF PORT. | EST CUR YIELD | ESTIMATED ANN INCOME |
|---|---|---|---|---|---|---|---|---|
| ALLIANCE CAPITAL RESERVES | | MMF | 448.710 | 1.00 | 448.71 | 32.05 | | |
| TOTAL VALUE OF MONEY FUNDS | | | | | 448.71 | 32.05 | | |
| STOCKS | SYMBOL | | | | | | | |
| AUDIBLE INC<br>CUSIP 05069A104 | ADBL | CASH | 800 | 1.187 | 949.60 | 67.82 | | |
| TOTAL VALUE OF STOCKS | | | | | 949.60 | 67.82 | | |
| TOTAL LONG MARKET VALUE | | | | | 1,398.31 | 99.87 | | |
| CASH BALANCES | | | | | | | | |
| CASH ACCOUNT BALANCE | | | | | 1.47 | .07 | | |
| MARGIN ACCOUNT BALANCE | | | | | 1.00 | .07 | | |
| TOTAL CASH BALANCES | | | | | 2.47 | .14 | | |

OVER

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.
MEMBER NASD AND SIPC

Member NASD/SIPC, 115 Wild Basin Road, Suite 100
Austin, TX 78746
(512) 320-5444

Case 0:00-cr-06270-DLG   Document 79   Entered on FLSD Docket 09/13/2002   Page 26 of 72

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD.
BURBANK, CA 91504

ACCOUNT NUMBER: 19016807

BRANCH & REP:  CY00

FINANCIAL CONSULTANT:

CYBERCORP, INC. HOUSE REP

OFFICE SERVING YOU:

Member NASD/SIPC
115 Wild Basin Road, Suite 100
Austin, TX 78746

TELEPHONE: (512) 320-5444

## ACCOUNT VALUE

| | THIS PERIOD | LAST PERIOD |
|---|---|---|
| MONEY FUNDS | 20.51 | 7,268.48 |
| LONG MARKET VALUE | 20.51 | 7,268.48 |
| CASH ACCOUNT BALANCE | 3,015.74 | 4.66 |
| MARGIN ACCOUNT BALANCE | (7.54) | 430.42 |
| SHORT ACCOUNT BALANCE | | 26.60 |
| TOTAL CASH | 3,008.20 | 461.68 |
| TOTAL ACCOUNT VALUE | 3,028.71 | 7,730.16 |

## INCOME SUMMARY

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | 1.11 | 1.11 |
| MARGIN INTEREST | (8.54) | (8.54) |
| MONEY FUND DIVIDEND | 7.65 | 7.65 |
| TOTAL INCOME | 0.22 | 0.22 |

## PORTFOLIO POSITIONS

| MONEY FUNDS | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | % OF PORT. | EST CUR YIELD | ESTIMATED ANN INCOME |
|---|---|---|---|---|---|---|---|
| ALLIANCE CAPITAL RESERVES | MMF | 20.510 | 1.00 | 20.51 | .69 | | |
| TOTAL VALUE OF MONEY FUNDS | | | | 20.51 | .69 | | |
| TOTAL LONG MARKET VALUE | | | | 20.51 | .69 | | |

| CASH BALANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH ACCOUNT BALANCE | | | | 3,015.74 | 99.33 | | |
| MARGIN ACCOUNT BALANCE | | | | (7.54) | | | |
| TOTAL CASH BALANCES | | | | 3,008.20 | 99.33 | | |
| TOTAL VALUE OF PRICED SECURITIES | | | | 3,028.71 | 100.02 | | |

PERCENT OF PORTFOLIO FIGURES ARE APPROXIMATE.  DEPENDING UPON THE SPECIFIC COMPONENTS OF YOUR PORTFOLIO, THE TOTAL PERCENT OF PORTFOLIO MAY OR MAY NOT EQUAL 100%.

ACCOUNT VALUE AND TOTALS ARE BASED ONLY ON PRICED SECURITIES.  WE MAY BE UNABLE TO PRICE ALL SECURITIES IN YOUR ACCOUNT.  FOR MUNICIPAL SECURITIES AND SOME OTHER FIXED INCOME SECURITIES, PRICES ARE APPROXIMATE (NOT ACTUAL MARKET BIDS) AND ARE PROVIDED ONLY AS A GENERAL GUIDE.  THEY DO NOT NECESSARILY REFLECT ACTUAL MARKET PRICES.  FOR CURRENT PRICES, PLEASE CONTACT YOUR FINANCIAL CONSULTANT.

OVER

# E✶TRADE

E*TRADE Securities, Inc.
P.O BOX 989030
West Sacramento, CA 95798-9030
(800)786-2575
Federal I.D. No: 77-0116489

## CONSOLIDATED 1099.
### TAX YEAR 2000
Copy B for Recipient

Department of the Treasury, Internal Revenue Service
(Keep for your records)

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

AT 01 030734 42417B144 A✶✶3DGT

HANNIBAL PENNEY
1317 N SAN FERNANDO BL
BURBANK CA 91504-4236

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

| | |
|---|---|
| REP: | FL01 |
| ACCOUNT: | 8868-1602 |
| ISSUE DATE: | 01/12/01 |
| PAGE: | 1 OF 1 |

## 1099-DIV - DIVIDENDS AND DISTRIBUTIONS

| DIVIDENDS AND DISTRIBUTIONS DESCRIPTIONS | ACTIVITY | AMOUNT | IRS BOX | COUNTRY |
|---|---|---|---|---|
| CAT MONEY MKT | DIVIDEND | $26.92 | 1 | |
| TOTAL DIVIDENDS | | $26.92 | | |

### FORM 1099-DIV - DIVIDENDS AND DISTRIBUTIONS
OMB #1545-0110
### TOTALS FOR TAX YEAR 2000

| IRS BOX | | AMOUNT |
|---|---|---|
| 1. | ORDINARY DIVIDENDS | $26.92 |
| 2A. | TOTAL CAPITAL GAIN DISTR | $0.00 |
| 2B. | 28% RATE GAIN | $0.00 |
| 2C. | UNRECAP. SEC. 1250 GAIN | $0.00 |
| 2D. | SECTION 1202 GAIN | $0.00 |
| 3. | NONTAXABLE DISTRIBUTIONS | $0.00 |
| 4. | FEDERAL INCOME TAX WITHHELD | $0.00 |
| 5. | INVESTMENT EXPENSES | $0.00 |
| 6. | FOREIGN TAX PAID | $0.00 |
| 8. | CASH LIQUIDATION DISTR | $0.00 |

# E✶TRADE

INVEST FINANCIAL CORPORATION
9...MIDDLE RIVER DR STE 418/420
FORT LAUDERDALE, FL 33304



INVEST FINANCIAL
CORPORATION
MEMBER NASD, SIPC
The power to achieve.

**YOUR REPRESENTATIVE:**
ROGER KROEGER
RR Number BYZ

Account Number:    ESE-009164

For Questions Call:    Local    954 568 2313

HANNIBAL PENNEY

1317 N SAN FERNANDO BLVD
BURBANK CA 91504

Statement Period February 01, 2001 Thru March 31, 2001

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| Opening Net Money Balance | 19.60 | .00 |
| Closing Net Money Balance | 19.60 | .00 |

## ACCOUNT VALUATION

| | Percentage of Your Portfolio | This Period | Last Period |
|---|---|---|---|
| Cash/Cash Equivalents | .0% | -19.60 | -19.60 |
| Equities | 100.0% | 135.80 | 116.40 |
| Total Assets | | 116.20 | 96.80 |

**DON'T PROCRASTINATE**
YOU CAN STILL MAKE A 2000 IRA CONTRIBUTION BEFORE APRIL 16, 2001.
THE SOONER YOU PUT YOUR MONEY ASIDE,
THE MORE TIME IT MAY HAVE TO GROW ON A TAX-DEFERRED BASIS.
CALL OR VISIT YOUR INVESTMENT REPRESENTATIVE TODAY!
VISIT US ONLINE AT WWW.INVESTFINANCIAL.COM

| SETTLEMENT DATE | TRANSACTION | DESCRIPTION | CUSIP | QUANTITY | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 02-01-01 | | *** OPENING BALANCE *** | | | 19.60 | |
| 03-31-01 | | *** CLOSING BALANCE *** | | | 19.60 | |

INVEST FINANCIAL CORPORATION IS NOT AFFILIATED WITH THE DEPOSITORY INSTITUTION AND/OR ITS SUBSIDIARIES. SECURITIES AND INSURANCE PRODUCTS SOLD BY INVEST FINANCIAL CORPORATION (INVEST), MEMBER NASD, SIPC, AND AFFILIATED INSURANCE AGENCIES AND/OR INSURANCE AGENTS: ARE NOT FDIC INSURED OR NCUA ARE NOT A DEPOSIT OR OTHER OBLIGATION OF OR GUARANTEED BY, ANY BANK OR CREDIT UNION ARE SUBJECT TO INVESTMENT RISKS INCLUDING THE POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED.

| ACCOUNT TYPE | DESCRIPTION | CUSIP | QUANTITY | PRICE ON 03/31/01 | MARKET VALUE |
|---|---|---|---|---|---|
| CASH | EURO DISNEY SCA FF5(DEP RECPT)/REGD ISIN #FR0000317687 SEDOL #0322599 | | 200 | .661 | 132.20 |
| CASH | EURO DISNEY SCA WTS EXP 07/31/2004 (3 WTS + 40 FRENCH FRANCS = 1 ORD SH) ISIN #FR0000514721 SEDOL #4181611 | | 200 | .018 | 3.60 |
| | **EQUITIES** | | **100.0 % Of Portfolio** | | **135.80** |

END OF STATEMENT

INVEST FINANCIAL CORPORATION
INVEST FORT LAUDERDALE
915 MIDDLE RIVER DR. STE 418/420
FORT LAUDERDALE, FL 33304

**INVEST FINANCIAL CORPORATION**
MEMBER NASD, SIPC
The power to achieve.

*YOUR REPRESENTATIVE:*
*ROGER KROEGER*
*RR Number BYZ*

Account Number:     E6E-009164

For Questions Call:    Local        954 568 2313

HANNIBAL PENNEY

1317 N SAN FERNANDO BLVD
BURBANK CA 91504

**Statement Period January 01, 2001 Thru January 31, 2001**

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| Opening Net Money Balance | .00 | .00 |
| Closing Net Money Balance | 19.60 | .00 |

## ACCOUNT VALUATION

| | Percentage of Your Portfolio | This Period | Last Period |
|---|---|---|---|
| Cash/Cash Equivalents | 0.0% | -19.60 | .40 |
| Equities | 100.0% | 116.40 | 102.40 |
| **Total Assets** | | **96.80** | **102.80** |

FREE ONLINE ACCESS TO YOUR BROKERAGE ACCOUNT INFORMATION
CALL INVEST'S SUPPORT UNIT AT 800-998-4726 TO GET SET UP!
(NOTE: YOU MUST USE A 128-BIT ENCRYPTED BROWSER TO GAIN ACCESS.)

IS ONE OF YOUR NEW YEAR'S RESOLUTIONS FUNDING AN IRA?
DON'T WAIT UNTIL THE LAST MINUTE CRUNCH!
FUND YOUR TRADITIONAL, ROTH OR EDUCATION IRA NOW!
CONTACT YOUR INVESTMENT REPRESENTATIVE TODAY!
VISIT US ONLINE AT WWW.INVESTFINANCIAL.COM!

| SETTLEMENT DATE | TRANSACTION | DESCRIPTION | CUSIP | QUANTITY | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 01-01-01 | | *** OPENING BALANCE *** | | | | .0 |
| 01-02-01 | YOU SOLD | PRIME FUND - CAPITAL RESERVES | | 4 | | 4 |
| | | CLASS @ 1 | | | | |
| 01-02-01 | FEE PAID | ANNUAL CUSTODY FEE | | | 20.00 | |
| 01-31-01 | | *** CLOSING BALANCE *** | | | 19.60 | |

INVEST FINANCIAL CORPORATION IS NOT AFFILIATED WITH THE DEPOSITORY INSTITUTION AND/OR ITS SUBSIDIARIES. SECURITIES AND INSURANCE PRODUCTS ARE OFFERED THROUGH INVEST FINANCIAL CORPORATION, MEMBER NASD, SIPC, AND AFFILIATED INSURANCE AGENCIES AND ARE NOT INSURED BY THE FDIC OR ANY ARE NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, ANY BANK OR CREDIT UNION, ARE SUBJECT TO INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED.

| ACCOUNT TYPE | DESCRIPTION | SYMBOL CUSIP | QUANTITY | PRICE ON 01/31/01 | MARKET VALUE |
|---|---|---|---|---|---|
| CASH | EURO DISNEY SCA FF5(DEP RECPT)REGD ISIN #FR0009317870 SEDOL #0322599 | ERDDF F28887112 | 200 | .563 | 112 |



*Silver Anniversary*

# Quarterly Statement

January 1, 2001 – March 30, 2001

ITC CUST IRA FBO
HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
PMB 901
BURBANK CA 91504

INVEST FINANCIAL CORPORATION
915 MIDDLE RIVER DR
SUITE 420
FT LAUDERDALE  FL  33304

ROGER KROEGER
031735 BYZ BYZ

| ACCOUNT NUMBER | FUND | INVESTMENT OBJECTIVE | SHARES | PRICE | MARKET VALUE |
|---|---|---|---|---|---|
| *Retirement Accounts* | | | | | |
| 4025315559 | AIM Blue Chip Fund Class A (515) | Growth | 13.193 | $ 12.60 | $ 166.23 |
| | | | | TOTAL $ | 166.23 |

..........Have the market's ups and downs got you down? The past year has been a rough ride for everyone. But it's during the rough times when it's most important to stick to a disciplined strategy. For a discussion of the four investment disciplines that AIM steers by, through good times and bad, see the enclosed AIM Investor. ..........Tired of juggling armloads of mail? You can opt to receive your AIM annual and semiannual reports and prospectuses online instead of on paper. The enclosed AIM Investor tells how to sign up at www.aimfunds.com for electronic delivery.

The account(s) described on this statement is invested 100% with an investment objective of Growth.



S  41  6  077945665        89.002      2  178.003            4025315559  031735  BYZ        BYZ



January 1, 2001 – March 30, 2001

# Individual Account Transactions

**ITC CUST IRA FBO**
**HANNIBAL PENNEY**

| POST DATE | TRADE DATE | TRANSACTION DESCRIPTION | DOLLAR AMOUNT | SHARE PRICE | SHARES | TOTAL SHARES |
|---|---|---|---|---|---|---|
| 01/01/01 | 01/01/01 | Balance Forward | | | | 13.193 |
| | | No Activity From 01/01/01 To 03/30/01 | | | | |

| Account Number | Fund | Telephone Redemption | Telephone Exchange | Dividends | Capital Gains | Systematic Withdrawal | Automatic Investments | Automatic Exchange |
|---|---|---|---|---|---|---|---|---|
| 4025315559 | 515 | No | Yes | Reinvest | Reinvest | No | No | No |

| Account Number | Fund | | Dividends & ST Capital Gains | LT Capital Gains | Taxes Withheld |
|---|---|---|---|---|---|
| 4025315559 | 515 | QTR $ | .00 | .00 | .00 |
| | | YTD $ | .00 | .00 | .00 |

| Retirement Account | Fund | | Current Year Contribution | Prior Year Contribution | Employer Contribution | Rollover Contribution | Transfer of Assets In |
|---|---|---|---|---|---|---|---|
| 4025315559 | 515 | QTR $ | .00 | .00 | .00 | .00 | .00 |
| | | YTD $ | .00 | .00 | .00 | .00 | .00 |



American Express Travel Related Services Co., Inc.
PO Box 29-7879
Ft. Lauderdale, FL 33329-7879

**Cards**

Hannibal L. Penney
1317 N San Fernando Blvd.
Burbank CA 91504-4236

1-800-230-1284

May 15, 2001

06981

Dear Hannibal L. Penney:

| | |
|---|---|
| *We are contacting you because:* | **Your account is past due:** |
| | • Optima®  3737-187006-22000 |
| | **and** |
| | **The balance on your account exceeds the assigned Line of Credit:** |
| | • Optima®  3737-187006-22000 |
| | As a result, new charges will be declined on the account listed within the Account Summary section. |
| *You need to:* | **Please call us at 1-800-230-1284 so that we can discuss your account.** Our credit department is open Monday through Thursday 8:00 AM - 12 Midnight, Friday 8:00 AM - 10:00 PM and Saturday 9:00 AM - 12 Noon, Eastern Time. |

## Account Summary

| Product | Account Number | Past Due | + | New Billed Charges* | = | Total |
|---------|----------------|----------|---|---------------------|---|-------|
| Optima | 3737-187006-22000 | $483.00 | | $512.00 | | $995.00 |

Fold here ↓, detach, and return with your payment. See reverse side for important disclosure information.     NCCCPDOL C90

---

Payment Coupon for
Hannibal L. Penney

**Past Due Amount
Due Immediately**

*Please refer to your most recent billing statement(s) for specific Payment Due Date(s) and amount(s) due. For Lending Accounts or Flexible Payment Features, this amount represents your minimum due Amount.

| Product | Account Number | Amount Enclosed |
|---------|----------------|-----------------|
| Optima | 3737-187006-22000 | $ _ _ _,_ _ _,_ _ |
| | Total | $ _ _ _,_ _ _,_ _ |

To ensure proper credit, you must enter the amount you are paying for each account listed on this Payment Coupon.

Please send one check, payable to American Express, with this Payment Coupon. Payment is due in U.S.Dollars.

Overnight Mail Address
American Express
Remittance Process/9th Fl S
300 S. Riverside Plaza
Chicago, IL 60606

American Express
PO Box 804247
Chicago, IL 60680-4104

Check here if your address or telephone number has changed. Note changes on the reverse side of this coupon.     ☐

# ₅₀The Optima® Card

**ACCOUNT Statement**

Please enter Account Number on all checks and correspondence. Detach and enclose top portion with your remittance. Do not staple.

YOUR ACCOUNT IS PAST DUE. PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **995.00** | **483.00** | **05/16/01** | **25,579.96** | **3737-187006-22000** | $ |

☐ Check here if address or telephone number has changed, see reverse side.

HANNIBAL L PENNEY
1317 N SAN FERNANDO
BLVD
BURBANK  CA  91504-4236

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

ԽllԽllԽlԽllԽllllԽlllԽllԽllllll

0000373718700622000  0025579960000099500  22AA

▲ Please detach here.

**Cardmember News**

Mother's Day is May 13th - Why not use your Optima(R) Card to save 20% on a handmade box of chocolates from www.eDelights.com - just enter code "amex20" at check out...or save 20% on fresh cut flowers from www.proflowers.com/amex. Or find discounts on gifts for mom at http://www.americanexpress.com/offerzone.

| Cardmember Name | Account Number | Page |
|---|---|---|
| HANNIBAL L PENNEY | 3737-187006-22000 | 1 of 2 |

| Amex Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 501098-0 | 04/07 | 04/08 | VONS          TUJUNGA          CA | 119.27 | |
| | | | 001704049 GROCERIES          04/07/01 | | |
| 496105-0 | 04/15 | 04/15 | TYPE OF CHARGE: FUNDS WITHDRAWAL | | |
| | | | 401.00UNITED STATES DOLLAR | 401.00 | |
| 496105-0 | 04/15 | 04/15 | TERMINAL: S0961          TRANSACTION FEE | 12.03 | |
| | | | 10064 RIVERTOLUCALAKE CAUS | | |
| | | | TOTAL AMOUNT OF TRANSACTION:    $413.03 | | |
| 496105-0 | 04/15 | 04/15 | TYPE OF CHARGE: FUNDS WITHDRAWAL | | |
| | | | 401.00UNITED STATES DOLLAR | 401.00 | |
| 496105-0 | 04/15 | 04/15 | TERMINAL: S0961          TRANSACTION FEE | 12.03 | |
| | | | 10064 RIVERTOLUCALAKE CAUS | | |
| | | | TOTAL AMOUNT OF TRANSACTION:    $413.03 | | |
| 496105-0 | 04/15 | 04/15 | TYPE OF CHARGE: FUNDS WITHDRAWAL | | |
| | | | 101.00UNITED STATES DOLLAR | 101.00 | |
| | | | **PAGE TOTAL** | **1,046.33** | **.00** |

**Account Summary**

| | Previous Balance | + New Charges | - Payment | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 24,131.30 | 1,190.62 | .00 | .00 | 258.04 | .00 | 25,579.96 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 04/21/01 | 05/16/01 | 25,000 | 0 | 580 | 483.00 | 995.00 |

| FINANCE CHARGE | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | =FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| **PURCHASES** | 30 | .0342% | 23,722.51 | 243.39 | 12.500% |
| **CASH ADVANCES** | 30 | .0589% | 829.09 | 14.65 | 21.490% |

For fast information about your available credit, current balance, or payment, or if you have further questions about your Optima Card, call the toll-free number listed at the end of your statement (24 hours/7 days) or find us on the Internet at www.AmericanExpress.com . For billing inquiries, write Optima Card Account, PO Box 297884, Ft. Lauderdale, FL 33329-7884. (NY residents may contact The NY State Banking Dept. to obtain comparative credit card rates.)

| | Cardmember Name | | Account Number | Bill Closing Date | Page | |
|---|---|---|---|---|---|---|
| | HANNIBAL L PENNEY | | 3737-187006-22000 | 04-21-01 | 2 of 2 | |

| Amex Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 496105-0 | 04/15 | 04/15 | TERMINAL: SO961       TRANSACTION FEE<br>10064 RIVERTOLUCALAKE CAUS<br>TOTAL AMOUNT OF TRANSACTION:    $104.03 | 3.03 | |
| 501106-0 | 04/15 | 04/16 | WHOLE FOODS MARKET GLENDALE          CA<br>00004266 GROCERIES/SUNDRIES    04/15/01 | 112.26 | |
| 431111-0 | 04/21 | 04/21 | DELINQUENCY FEE ASSESSMENT<br>MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **PAGE TOTAL** | **144.29** | **.00** |
| | | | **ACCOUNT TOTAL** | **1,190.62** | **.00** |

YOUR CASH ADVANCE LIMIT IS   $11000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS         $0.

EFFECTIVE IMMEDIATELY, THE TIMING OF WHEN
THE DELINQ. FEE IS IMPOSED IS BEING
CHANGED.  IF WE DO NOT RECEIVE THE
MINIMUM AMOUNT DUE BY PAYMENT DUE DATE,
A DELINQ. FEE WILL BE IMPOSED.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR EASY ACCESS TO SELECTED INFORMATION,
CALL 1-800-423-1414, THEN ENTER:
-1 FOR BALANCE,PAYMENT OR AVAILABLE CREDIT
-2 FOR LOST, STOLEN OR DAMAGED CARD
-3 FOR CARD BENEFITS OR SERVICES

# The Optima® Card

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 481.00 | .00 | 01/15/01 | 24,033.30 | 3737-187006-22000 | $ |

☐ Check here if address or telephone number has changed, see reverse side.

HANNIBAL L PENNEY
1377 N SAN FERNANDO
BLVD
BURBANK CA 91504-4236

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO IL 60679-0002

0000373718700622000 002403330000048100 22HH

▲ Please detach here.

**Cardmember News**

The Offer Zone(SM) at americanexpress.com is the one place to go for great online offers from many of your favorite brands. Offers range from free shipping and handling and savings up to 20%, to valuable gifts with purchase. For hundreds of great Cardmember offers every day of the year, go to americanexpress.com/offerzone.

| Cardmember Name | Account Number | Page |
|---|---|---|
| HANNIBAL L PENNEY | 3737-187006-22000 | 1 of 2 |

| Amex Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| 831345-0 | 12/10 | 12/10 | PAYMENT RECEIVED – THANK YOU | 12/10 | | 482.00 |
| 501346-0 | 12/11 | 12/11 | COLLECTIONS ETC.,INC847-827-7200 | IL | | |
| | | | 679107200 COLLECTIBLES | 12/11/00 | 26.76 | |
| 501347-0 | 12/10 | 12/12 | KMART #03274          SUNLAND | CA | | |
| | | | 000000000 GENERAL MERCHANDISE | 12/10/00 | 24.64 | |
| 501351-0 | 12/15 | 12/16 | VONS          VALENCIA | CA | | |
| | | | 001602083 GROCERY STORE | 12/15/00 | 47.03 | |
| 501353-0 | 12/16 | 12/18 | SUNLAND MOBIL        SUNLAND | CA | | |
| | | | MOBIL OIL GAS / OTHER1406081 | 12/16/00 | 21.21 | |
| 501356-0 | 12/20 | 12/21 | RITE AID CORP O5532 SUNLAND | CA | | |
| | | | 356015917 CADRUG STORE/PHARMACY | 12/20/00 | 12.50 | |
| | | | **ACCOUNT TOTAL** | | **132.14** | **482.00** |

| Account Summary | Previous Balance | + New Charges | - Payment | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 24,106.86 | 132.14 | 482.00 | .00 | 276.30 | .00 | 24,033.30 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 12/21/00 | 01/15/01 | 25,000 | 967 | 0 | .00 | 481.00 |

| FINANCE CHARGE | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | =FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | 31 | .0370% | 24,088.79 | 276.30 | 13.500% |
| CASH ADVANCES | 31 | .0616% | .00 | .00 | 22.490% |

For fast information about your available credit, current balance, or payment, or if you have further questions about your Optima Card, call the toll-free number listed at the end of your statement (24 hours/7 days) or find us on AOL at Keyword: American Express or on the Internet at www.americanexpress.com. For billing inquiries, write Optima Card Account, PO Box 297984, Ft. Lauderdale, FL 33329-7984. (NY residents may contact The NY State Banking Dept to obtain comparative listings of credit card rates, fees and grace periods. NY State Banking Dept, 800 EXP 2002 ).



**Cards**

Customer Service
800-525-3355
(24 hours / 7 days)
www.americanexpress.com

Page 1 of 8
Give the gift of unquestionably good taste! The Be My Guest Dining Gift Card from American Express. Visit www.americanexpress.com/bemyguest to order now or call 1-877-388-2327.

# Platinum Card Statement of Account

Prepared For
HANNIBAL L PENNEY

| | | |
|---|---|---|
| Closing Date | April 8, 2001 | Account Number 3713-819512-94003 |

## Account Summary

| | Previous Balance $ | Payment/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 382.04 | -382.04 | 227.00 | 227.00 | 227.00 |
| Flexible | 6,181.62 | -124.00 | 93.80 | 6,151.42 | 124.00 |
| Total | 6,563.66 | -506.04 | +320.80 | =6,378.42 | 351.00 |

Please refer to page 4 for important information regarding your account

\* Indicates posting date.

Your communication is acknowledged. Do not pay disputed amount until resolved.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404.

For automatic balance information, please call 1-800-525-3355 and press option 1-1.

| Card Transactions for HANNIBAL L PENNEY | Amount $ |
|---|---|
| Card 3713-819512-94003 | |

| | Amount $ |
|---|---|
| **April 3, 2001\*** 506.04 PYMT RECVD - THANK YOU 124.00 APPLIED TO SIGN & TRAVEL/ExPO | -382.04 |
| **March 11, 2001** DIGITAL RIVER IN   800-656-5426   MN SOFTWARE DR \*PATTERSON DESIGN S Reference: 14952444   Roc Number: 0085761279 | 15.00 |
| **March 16, 2001** KENNY ROGERS ROASTERBURBANK        CA FOOD/BEVERAGE FOOD-BEV                          28.97 Reference: 35833218 | 28.97 |
| **March 21, 2001** VONS          BURBANK        CA GROCERIES Reference: 001681057 | 48.97 |

Continued on reverse 

 **Cards**

Prepared For
HANNIBAL L PENNEY *

Account Number
3713-819512-94003
Closing Date
April 8, 2001

Page 3 of 8

Account Number
3713-819512-94003
Closing Date
April 8, 2001

# Flexible Payment Option
## Statement of Account
Creditor: American Express Centurion Bank

Payment Received.  Payment Due By 05/03/01.

| | Account Summary $ | Minimum Payment $ | Payment Due Date May 3, 2001 |
|---|---|---|---|
| Previous Balance | 6,181.62 | | |
| Payments/Credits | -124.00 | | |
| FINANCE CHARGE | 93.80 | | |
| New Charges | 0.00 | | |
| New Balance | 6,151.42 | | |
| | | 124.00 | |

| Finance Charge Schedule | Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Please refer to page   3 for important information regarding your Sign & Travel and/or Extended Payment Option. |
|---|---|---|---|---|---|
| | ALL | $6,202.19 | 18.40% | .0504% | |

**S&T and/or ExPO Transactions for HANNIBAL L PENNEY**   Amount $
Card 3713-819512-94003

**April 3, 2001**                                                           -124.00
PAYMENT RECEIVED - THANK YOU

| Total of Sign & Travel and/or Extended Payment Option Activity | New Charges | 0.00 |
|---|---|---|
| | Payments/Credits | -124.00 |

---

## Important Sign & Travel and/or Extended Payment Option Information

The following terms and conditions apply to charges made on your Sign & Travel and/or Extended Payment Option.

**Finance Charge:** To calculate the Finance Charge, we multiply the Daily Periodic Rate (Monthly Periodic Rate for IA and PR), by the Average Daily Balance during the billing period.  Then we multiply the product by the number of days in the billing cycle (except for IA and PR).  To get the Average Daily Balance we take the beginning balance of the Sign & Travel and/or Extended Payment Option ("Account") each day, add any new Account Charges and accrued and unpaid Finance Charges (except such Finance Charges will not be included for residents of IA and PR), and subtract any payments or credits.  Then we add up the daily balances for the billing period and divide by the number of days in the billing period.  This gives us the Average Daily Balance.  This method of computation of the Average Daily Balance results in compound interest (except for residents of IA and PR).  If in any 12 month period prior to this billing period you were in default on your Account or any other American Express Account, the APR applicable to your entire Account balance will be 23.46%.

**Payments:**  Mail your payment in the enclosed envelope or to the address for payments listed on page 4.    Remember, your payment each month should be for at least the Minimum Amount Due or the Total Amount Due, whichever appears on the Card Account Statement.  Either amount includes the Account Minimum Payment shown on the Account Statement and the balance due on your Card Account.  If you want to pay more than the Minimum Payment (up to the entire Account New Balance), make your payment for the larger amount and the excess will be applied to your Account.

**How to avoid Additional Finance Charges:**  To avoid additional Finance Charges the Account New Balance must be paid in full by the Account Payment Due date.  American Express Centurion Bank will not impose Finance Charges for Account Charges made in any billing period for which payment in full has been received on or before the Account Due Date.

**Billing Inquiries**
Customer Service
1-800-525-3355
(24 hours, toll free)

**Address**
American Express
Customer Service
P.O. Box 297807
Ft. Lauderdale, FL
33329-7807

10827  B65A3P2C  0S191

**AMERICAN EXPRESS** Cards

Customer Service
800-525-3355
(24 hours / 7 days)
www.americanexpress.com

Pay your bill online.
Visit our Web site at
www.americanexpress.
com to enroll today.

# Platinum Card® Statement of Account

Prepared For
HANNIBAL L PENNEY

Closing Date
June 7, 2001

Account Number
3713-819512-94003

## Account Summary

| | Previous Balance $ | Payment/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 767.47 | 0.00 | 265.51 | 1,032.98 | 1,032.98 |
| Flexible | 5,890.88 | 0.00 | 84.83 | 5,975.71 | 238.00 |
| Total | 6,658.35 | 0.00 | +350.34 | =7,008.69 | 1,270.98 |

Please refer to page 4 for important information regarding your account

Your account is 30 days past due.  Pay by 06/29/01 to avoid delinquency charge.

Your Platinum Card account renews next month.  For additional information, please refer to the Charge Card and Statement Information section which can be found on page   4.  Thank you for your continued Platinum Card membership.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404.

For automatic balance information, please call 1-800-525-3355 and press option 1-1.

| Card Transactions for HANNIBAL L PENNEY | Amount $ |
|---|---|
| Card 3713-819512-94003 | |

**May 12, 2001**                                                                   124.52
VONS            TUJUNGA         CA
GROCERIES
Reference: 001739041

**May 14, 2001**                                                                     6.95
EARTHLINK.NET    404-815-9111    GA
INTERNET SVC
Reference: 37942747     Roc Number: 0084222720

**May 15, 2001**                                                                    30.28
SUNLAND MOBIL INC  SUNLAND         CA
MOBIL OIL
PAY AT PUMP3401406081
Reference: 003401406081

*Continued on reverse*

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

Account Number
3713-819512-94003

Please Pay
Upon Receipt

Minimum Amount Due
$1,270.98

Please enter account number on all checks and correspondence.  Payable in U.S. Dollars upon receipt with a bank in the U.S. or money order, processable through the U.S. banking system.

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA  91504-4236

Amount enclosed

$

To Pay by Phone call 1-800-I-PAY-AXP or 1-800-472-9297.

Check here if address or telephone number has changed.  Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

0000371381951294003 000127098000026551 07AA

# The Optima® Card

NGQA1079 5455

Please enter Account Number on all checks and correspondence. Detach and return this

**Account Statement**

2 1 16O 0 4

URGENT NOTICE - YOUR ACCOUNT IS CANCELLED.
REMIT PAYMENT IMMEDIATELY.

| **Monthly Activity Summary** | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **2,052.00** | **1,518.00** | **07/15/01** | **26,724.26** | **3737-187006-22000** | $ |

☐ Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you may have.

HANNIBAL L PENNEY
1317 N SAN FERNANDO
BLVD
BURBANK  CA  91504-4236

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

0000373718700622000 0026724260000205200 21AA

▲ Please detach here.

**Cardmember News**

Six Flags(R) Theme Parks - Get one free junior (48" and under) admission with every full-price, main gate adult admission charged on your Optima(R) Card from American Express at Six Flags Theme Parks. For more details, visit www.americanexpress.com/premierevents and locate one of the 28 parks nationwide today!

| Cardmember Name | Account Number | Page |
|---|---|---|
| **HANNIBAL L PENNEY** | **3737-187006-22000** | 1 of 2 |

| Amex Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 431171-O | 06/17 | 06/20 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| 431171-O | 06/20 | 06/20 | OVERLIMIT FEE ASSESSMENT | 29.00 | |
| | | | **ACCOUNT TOTAL** | **58.00** | **.00** |

YOUR CASH ADVANCE LIMIT IS   $11000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS       $0.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| **Account Summary** | Previous Balance | + New Charges | - Payment | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 26,146.47 | 58.00 | .00 | .00 | 519.79 | .00 | 26,724.26 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 06/20/01 | 07/15/01 | 25,000 | O | 1,724 | 1,518.00 | 2,052.00 |

| FINANCE CHARGE | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | =FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| **PURCHASES** | 30 | .0657% | 24,795.85 | 488.73 | 23.990% |
| **CASH ADVANCES** | 30 | .0657% | 1,575.82 | 31.06 | 23.990% |

For fast information about your available credit, current balance, or payment, or if you have further questions about your American Express Credit Card, call the toll-free number listed at the end of your statement (24 hours/7 days) or find us on the Internet at www.americanexpress.com. For billing inquiries, write American Express Credit Card Account, PO Box 297884, Ft. Lauderdale, FL 33329-7884. (NY residents may contact The NY State Banking Dept. to obtain comparative listings of credit card rates, fees and grace periods. NY State Banking Dept  800-518-8866.)



Cards

SUNTRUST

5490 9978 9525 **2354**

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 07/20/01 | $17,668.69 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $1,388.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

**CARDHOLDER SINCE 1975**

Make check
payable to:

ılıılılılılılılılılılılılılılılılılılılılıl

BANKCARD SERVICES
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-223-7046
Print change of address or new telephone number below

Address _____

City _____ State ____ Zip ____
(   ) _____     (   ) _____
Home phone            Work phone

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK    CA   91504-423617

18    01766869001388000005490997895252354

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9978 9525 2354 | $15,000.00 | | 31 | 06/21/01 | $1,388.00 | 07/20/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **JUNE 2001 STATEMENT** | | |
| **PURCHASES AND ADJUSTMENTS** | | | | | | | |
| 06/21 | 05/22 | 7313 | MC | C | OVER CREDIT LINE FEE | 29.00 | |
| 06/21 | 06/21 | 0000 | MC | C | LATE CHARGE FOR PMT DUE 06/20 | 29.00 | |
| | | | | | **TOTAL FOR BILLING CYCLE FROM 05/22/2001 THROUGH 06/21/2001** | **$58.00** | **$0.00** |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

OPTIONS GALORE!  WE HAVE ALTERNATIVE PAYMENT PLANS THAT CAN HELP YOU IN PAYING ON YOUR ACCOUNT.  CALL 1-888-755-1566 FOR MORE DETAILS.

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.IBSNETACCESS.COM

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $17,313.95 | $0.00 | $0.00 | $58.00 | $296.74 | $0.00 | $17,668.69 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $1,019.00 |
|---|---|
| Current Payment | $369.00 |
| Total Minimum Payment Due | $1,388.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054739% DLY | 19.98% | $0.00 |
| B. ATM, BANK | 0.054739% DLY | 19.98% | $14,654.57 |
| C. PURCHASES | 0.054739% DLY | 19.98% | $2,832.45 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE**..................... 19.98%

(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

• For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-223-7046.

• For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.

• Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, DE 19886-5137.

• Billing rights are preserved only by written inquiry.  Mail billing inquiries, using form on the back, and other inquiries to:
BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1848  51M   21L  0200  0000  00

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

5490 9978 9525 2354          PAGE 1 OF 1

## Cardmember Statement

# FIRST U. 

Free & Convenient ON-LINE ACCESS to your Account. View your statement on-line, make payments, see daily transactions and account balance. Register today at www.FirstUSA.com.

**VISA**

| ACCOUNT NUMBER | PAST DUE AMOUNT | NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE | WRITE PAYM |
|---|---|---|---|---|---|
| 4417 1285 9745 5490 | 4,912.00 | 30,899.89 | 11,583.89 | 07/17/01 | |

Please make checks payable to First USA Bank, N.A. First USA Bank, N.A. is the issuer of this account.
Send top portion of statement with payment in enclosed envelope.

FIRST USA BANK, NA
P.O. BOX 50882
HENDERSON NV 89016-0882

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA 91504-4236

44171285974554900115838903089994

New Address or E-mail?
Please see reverse side of form.

**CUSTOMER SERVICE**
1-800-955-9900 (INSIDE US)
1-302-594-8200 (OUTSIDE US) call collect
1-888-446-3308 (en Espanol)
www.firstusa.com

**BILLING INQUIRY**
P.O. BOX 8864
WILMINGTON, DE 19899-8864

**PAYMENT ADDRESS**
P.O. BOX 50882
HENDERSON NV 89016-088

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE CREDIT LINE† | AVAILABLE CREDIT | AVAILABLE PORTION FOR CASH ADVANCES | PAYMENT DUE DATE | CLOS DATE |
|---|---|---|---|---|---|---|
| 4417 1285 9745 5490 | 25,000 | 5,000 | 0 | 0 | 07/17/01 | 06 |

### CARDMEMBER ACTIVITY SUMMARY

| TRANS. DATE | POST. DATE | REFERENCE NUMBER | MERCHANT NAME OR TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/22 | 06/22 | | OVERLIMIT FEE | 29. |
| 06/22 | 06/22 | | LATE FEE | 29. |
| 06/22 | 06/22 | | PERIODIC RATE  *FINANCE CHARGE* | 698. |

YOUR ACCOUNT IS CURRENTLY CLOSED.

AN OVERLIMIT FEE WAS ASSESSED WHEN YOUR ACCOUNT BALANCE
EXCEEDED THE ESTABLISHED CREDIT LIMIT ON 06/22/01.

| PREVIOUS BALANCE | + PURCHASES, FEES AND ADJUSTMENTS | + CASH ADVANCES | + FINANCE CHARGES | - PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|---|---|
| 30,143.16 | 58.00 | 0.00 | 698.73 | 0.00 | 30,89 |

### CARDMEMBER NEWS

CONVENIENCE CHECKS YOU RECEIVED BEFORE OCTOBER 2000 WILL NOT
BE ACCEPTED AFTER JULY 16, 2001. PLEASE LOOK AT THE
NUMBERS AT THE BOTTOM LEFT OF YOUR ACCOUNT CHECKS.
VALID CHECKS WILL BEGIN WITH 044115511. PLEASE DESTROY
CHECKS THAT BEGIN WITH ANY OTHER 9 DIGIT SEQUENCE.

www.mbnanetaccess.com

4264 2930 9007 3986

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 07/18/01 | $34,478.64 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $1,789.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

CARDHOLDER SINCE
1993

Make check payable to:

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-789-6685
Print change of address or new telephone number below

Address _____

| City | State | Zip |
|---|---|---|
| ( ) | | |
| Home phone | Work phone | |
| ( ) | | |

HANNIBAL PENNEY
1317 N SANFERNANDO BLVD
BURBANK　　CA　91504-000000

16　　03447864001789000042642930900073986

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4264 2930 9007 3986 | $30,300.00 | | 33 | 06/19/01 | $1,789.00 | 07/18/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | JUNE 2001 STATEMENT | | |

**PURCHASES AND ADJUSTMENTS**

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| 06/19 | 05/18 | 3987 | VS | C | OVER CREDIT LINE FEE | 29.00 | |
| 06/19 | 06/19 | 0000 | VS | C | LATE CHARGE FOR PMT DUE 06/18 | 29.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 05/18/2001 THROUGH 06/19/2001 | $58.00 | $0.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

| IMPORTANT NEWS | OPTIONS GALORE!  WE HAVE ALTERNATIVE PAYMENT PLANS THAT CAN HELP YOU IN PAYING ON YOUR ACCOUNT.  CALL 1-888-755-1566 FOR MORE DETAILS. |
|---|---|

**SUMMARY OF TRANSACTIONS**

TOTAL MINIMUM PAYMENT DUE

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $33,987.73 | $0.00 | $0.00 | $58.00 | $432.91 | $0.00 | $34,478.64 |

Past Due Amount .................$1,284.00
Current Payment ..................　　$505.00
Total Minimum Payment
Due .....................................$1,789.00

**FINANCE CHARGE SCHEDULE**

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A.  BALANCE TRANSFERS, CHECKS.0.038328% DLY | | 13.99% | $5,643.01 |
| B.  ATM, BANK.................0.038328% DLY | | 13.99% | $18,531.47 |
| C.  PURCHASES..................0.038328% DLY | | 13.99% | $10,052.51 |

- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, date, payment address information, or to request duplicate statements, call 1-800-789-6685.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137 .
- Billing rights are preserved only by written inquiry.  Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

| FOR THIS BILLING PERIOD: ANNUAL PERCENTAGE RATE................... | 13.99% |
|---|---|
| (Includes Periodic Rate and Transaction Fee Finance Charges.) | |

615　OBY　ONH 0200 0000 00

4264 2930 9007 3986

PAGE 1 OF 1

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**5490 9978 9525 2354**

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 07/20/01 | $17,668.69 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $1,388.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

JUNTRUST

e check
ble to:

ılıllılılılılılıllıllıılllllıılllllılıllılıl

BANKCARD SERVICES
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-223-7046
Print change of address or new telephone number below

Address

City                    State        Zip

Home phone              Work phone

CARDHOLDER SINCE
1975



HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK    CA   91504-423617

18    01766869001388000005490997895252354

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9978 9525 2354 | $15,000.00 | | 31 | 06/21/01 | $1,388.00 | 07/20/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions  JUNE 2001 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **PURCHASES AND ADJUSTMENTS** | | |
| 6/21 | 05/22 | 7313 | MC | C | OVER CREDIT LINE FEE | 29.00 | |
| 6/21 | 06/21 | 0000 | MC | C | LATE CHARGE FOR PMT DUE 06/20 | 29.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 05/22/2001 THROUGH 06/21/2001 | $58.00 | $0.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

IMPORTANT
NEWS

OPTIONS GALORE!  WE HAVE ALTERNATIVE PAYMENT PLANS THAT CAN HELP YOU IN
PAYING ON YOUR ACCOUNT.  CALL 1-888-755-1566 FOR MORE DETAILS.

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.IBSNETACCESS.COM

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $17,313.95 | $0.00 | $0.00 | $58.00 | $296.74 | $0.00 | $17,668.69 |

**TOTAL MINIMUM PAYMENT DUE**

Past Due Amount ..............$1,019.00
Current Payment ................ $369.00
Total Minimum Payment
Due .................................. $1,388.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054739% DLY | 19.98% | $0.00 |
| B. ATM, BANK | 0.054739% DLY | 19.98% | $14,654.57 |
| C. PURCHASES | 0.054739% DLY | 19.98% | $2,832.45 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE..................... 19.98%

(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-223-7046.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, DE 19886-5137 .
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
  BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1848    51M    21L  0200  0000  00

5490 9978 9525 2354                    PAGE 1 OF 1

## Cardmember Statement



FIRST USA

New Address or E-mail? Please see reverse side of form.

Free & Convenient ON-LINE ACCESS to your Account. View your statement on-line, make payments, see daily transactions and account balance. Register today at www.FirstUSA.com.

**VISA**

**MasterCard**

Please make checks payable to First USA Bank, N.A.
Send top portion of statement with payment in enclosed envelope.

| ACCOUNT NUMBER | PAST DUE AMOUNT | NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE | WRITE AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| 4417 1231 4603 8707 | 347.00 | 4,787.22 | 466.00 | 07/14/01 | |

44171231460387070000466000004787226



FIRST USA BANK, NA
P.O. BOX 50882
HENDERSON NV 89016-0882

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
#901
BURBANK CA 91504-4236

⑊5000 160 28⑊ 2213 1460 387076⑊



**COLONIAL BANK**

**CUSTOMER SERVICE**
1-800-677-7101 (INSIDE US)
1-302-594-8200 (OUTSIDE US) call collect
1-888-446-3308 (en Espanol)
1-800-955-8060 (TDD)
www.firstusa.com

**ACCOUNT INQUIRY**
P.O. BOX 8650
WILMINGTON, DE 19899-8650

**PAYMENT ADDRESS**
P.O. BOX 50882
HENDERSON NV 89016-0882

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE CREDIT LINE | AVAILABLE CREDIT | AVAILABLE PORTION FOR CASH ADVANCES | PAYMENT DUE DATE | CLOSING DATE |
|---|---|---|---|---|---|---|
| 4417 1231 4603 8707 | 5,000 | 5,000 | 0 | 0 | 07/14/01 | 06/19/01 |

**CARDMEMBER ACTIVITY SUMMARY**

| TRANS. DATE | POST. DATE | REFERENCE NUMBER | MERCHANT NAME OR TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/19 | 06/19 | | LATE FEE | 29.00 |
| 06/19 | 06/19 | | PERIODIC RATE  *FINANCE CHARGE* | 45.37 |

WE CAN HELP YOU KEEP YOUR CREDIT CARD
PRIVILEGES! YOU MAY QULAIFY FOR ONE OF OUR
CONVENIENT PAYMENT PLANS. WE'LL WORK WITH YOU!
CALL 1-800-955-8030(COLLECT 1-302-594-8200)
TODAY.

| PREVIOUS BALANCE | + PURCHASES, FEES AND ADJUSTMENTS | + CASH ADVANCES | + **FINANCE CHARGES** | - PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|---|---|
| 4,712.85 | 29.00 | 0.00 | 45.37 | 0.00 | 4,787.22 |

**CARDMEMBER NEWS**

CONVENIENCE CHECKS YOU RECEIVED BEFORE OCTOBER 2000 WILL NOT
BE ACCEPTED AFTER JULY 16, 2001. PLEASE LOOK AT THE
NUMBERS AT THE BOTTOM LEFT OF YOUR ACCOUNT CHECKS.
VALID CHECKS WILL BEGIN WITH 044115511. PLEASE DESTROY
CHECKS THAT BEGIN WITH ANY OTHER 9 DIGIT SEQUENCE.

American Express Travel Related Services Co., Inc.
PO Box 29-7879
Ft. Lauderdale, FL 33329-7879

**Cards**

| | |
|---|---|
| Mon - Thu | 8:00 AM - 12 Midnight, ET |
| Fri | 8:00 AM - 10:00 PM, ET |
| Sat | 9:00 AM - 12 Noon, ET |

Hannibal L Penney
1317 N San Fernando Blvd
Burbank CA 91504-4236

06017

1-800-230-1284

June 11, 2001

Dear Hannibal L. Penney:

*We are contacting you because:*

**Your accounts are past due:**

- Optima®          3737-187006-22000
- Platinum Card®   3713-819512-94003

As a result, **new charges will be declined** on the accounts listed within the Account Summary section.

*You need to:*

**Send your payment immediately.** If we do not receive a payment, we may cancel your accounts. These cancellations may impact your credit rating.

*T Bravo*

T Bravo
Credit Operations

## Account Summary

| Product | Account Number | Past Due | + | New Billed Charges* | = | Total |
|---------|---------------|----------|---|---------------------|---|-------|
| Optima | 3737-187006-22000 ¹ | **$995.00** | | $523.00 | | $1,518.00 |
| Platinum | 3713-819512-94003 ² | **$885.47** | | $385.51 | | $1,270.98 |
| Total | | **$1,880.47** | | $908.51 | | $2,788.98 |

Fold here ↓, detach, and return with your payment. See reverse side for important disclosure information.          NCPCPD  C90

Payment Coupon for
Hannibal L Penney

**Past Due Amount
Due Immediately**

| Product | Account Number | Amount Enclosed |
|---------|---------------|-----------------|
| Optima | 3737-187006-22000 | $ __ __ __,__ __ __ . __ __ |
| Platinum | 3713-819512-94003 | $ __ __ __,__ __ __ . __ __ |
| Total | | $ __ __ __,__ __ __ . __ __ |

Overnight Mail Address
American Express
Remittance Process/9th Fl S
300 S. Riverside Plaza
Chicago, IL 60606

**American Express
PO Box 804247
Chicago, IL 60680-4104**

*Please refer to your most recent billing statement(s) for specific Payment Due Date(s) and amount(s) due. For Lending Accounts or Flexible Payment Features, this amount represents your minimum due Amount.

To ensure proper credit, you <u>must</u> enter the amount you are paying for each account listed on this Payment Coupon.

Please send one check, payable to American Express, with this Payment Coupon. Payment is due in U.S. Dollars.

Check here if your address or telephone number has changed. Note changes on the reverse side of this coupon.  ☐

**WORLD SAVINGS BANK, FSB**
TOLUCA LAKE  #096
10064 RIVERSIDE DRIVE
TOLUCA LAKE, CA  91602
FOR INFORMATION CALL
(818) 980-4505

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

<br>

| | | |
|---|---|---|
| 096 | PAGE | 1 |
| HANNIBAL PENNEY JR | ACCOUNT NUMBER | 3-393446-4 |
| DBA PENWHEEL PRODUCTIONS | BEGINNING STATEMENT DATE | 05-14-01 |
| 1317 N. SAN FERNANDO BLVD | ENDING STATEMENT DATE | 06-13-01 |
| BURBANK CA  91504 | CHECKS ENCLOSED | 1 |

---

### WORLD SAVINGS BANK UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDLOAN.COM TODAY.

### CHECKING-WITH-INTEREST ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 159.12 | 519.86 | 0.08 | 526.33 | 0.00 | 152.73 |

### SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3565 | 06-07 | 400.00 | | | | | | | | | |

### CHECKING-WITH-INTEREST ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 05 14 | | BEGINNING BALANCE | 159.12 |
| 05 29 | 116.33 | PREAUTHORIZED WITHDRAWAL DIRECTV      DIRECTV | 42.79 |
| 05 31 | 519.86+ | TRANSFER DEPOSIT | 552.65 |
| 05 31 | 10.00 | MISCELLANEOUS CHARGE | 552.65 |
| 06 07 | 400.00 | CHECK 3565 | 152.65 |
| 06 13 | 0.08+ | INTEREST CREDIT | 152.73 |

### CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.39%.
INTEREST PAID YEAR-TO-DATE $    1.45

<br>

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
current interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD
(1-888-226-5967) for recent activity on your checking or savings accounts. 



American Express Travel Related Services Co., Inc.
PO Box 29-7879
Ft. Lauderdale, FL 33329-7879

**Cards**

05135

Hannibal L Penney
1317 N San Fernando Blvd
Burbank CA 91504-4236

| Mon - Thu | 8:00 AM - 12 Midnight, ET |
| Fri | 8:00 AM - 10:00 PM, ET |
| Sat | 8:00 AM - 4:30 PM, ET |

1-800-253-1709

June 27, 2001

Dear Hannibal L Penney:

*We are contacting you because:*

**Your accounts are past due:**

- Optima®                3737-187006-22000
- Platinum Card®         3713-819512-94003

We were unable to reach you by telephone.

As a result, **new charges will be declined** on the accounts listed within the Account Summary section.

*You need to:*

**Send your payment immediately to regain your charging privileges.** If we do not receive a payment for at least the past due amount, we may cancel your accounts and all services (such as Membership Rewards) in which you are currently enrolled. In addition, your account(s) may be sent to a collection agency and your credit rating may be impacted. For revolving products, a cancellation may increase the interest rate (APR) charged on the balance on your account to the maximum rate (default rate) as reflected in your Cardmember Agreement.

### Account Summary

| Product | Account Number | Past Due | + | New Billed Charges* | = | Total |
|---|---|---|---|---|---|---|
| Optima | 3737-187006-22000 [1] | $1,518.00 | | $534.00 | | $2,052.00 |
| Platinum | 3713-819512-94003 [2] | $885.47 | | $385.51 | | $1,270.98 |
| | Total | $2,403.47 | | $919.51 | | $3,322.98 |

Fold here ↓, detach, and return with your payment. See reverse side for important disclosure information.        NCBCPDUC  C90

Payment Coupon for
Hannibal L Penney

**Past Due Amount
Due Immediately**

*Please refer to your most recent billing statement(s) for specific Payment Due Date(s) and amount(s) due. For Lending Accounts or Flexible Payment Features, this amount represents your minimum due Amount.

| Product | Account Number | Amount Enclosed |
|---|---|---|
| Optima | 3737-187006-22000 | $ _ _ _,_ _ _._ _ |
| Platinum | 3713-819512-94003 | $ _ _ _,_ _ _._ _ |
| | Total | $ _ _ _,_ _ _._ _ |

To ensure proper credit, you **must** enter the amount you are paying for each account listed on this Payment Coupon.

Please send one check, payable to American Express, with this Payment Coupon. Payment is due in U.S. Dollars.

Check here if your address or telephone number has changed. Note changes on the reverse side of this coupon.  ☐

**Overnight Mail Address**
American Express
Remittance Process/9th Fl S
300 S. Riverside Plaza
Chicago, IL 60606

**American Express**
PO Box 804247
Chicago, IL 60680-4104

**Cards**

Customer Service
**800-525-3355**
(24 hours / 7 days)
www.americanexpress.com

Page 1 of 8
Did you know you can pay your bill online?
Visit our Web site at
www.americanexpress.com to enroll today.

# Platinum Card® Statement of Account

Prepared For
**HANNIBAL L PENNEY**

Closing Date
**March 9, 2001**

Account Number
**3713-819512-94003**

## Account Summary

| | Previous Balance $ | Payment/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| | | | | 382.04 | 382.04 |
| Due in Full | 665.09 | -665.09 | 382.04 | | |
| Flexible | 6,334.55 | -247.46 | 94.53 | 6,181.62 | 124.00 |
| Total | 6,999.64 | -912.55 | +476.57 | =6,563.66 | |

Please refer to page 4 for important information regarding your account

\* Indicates posting date.

Your communication is acknowledged.  Do not pay disputed amount until resolved.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404.

For automatic balance information, please call 1-800-525-3355 and press option 1-1.

**Card Transactions for HANNIBAL L PENNEY**
Card 3713-819512-94003

| | Amount $ |
|---|---|
| | -186.04 |
| **February 10, 2001\*** 307.00 PYMT RECVD - THANK YOU 120.96 APPLIED TO SIGN & TRAVEL/ExPO | -472.55 |
| **March 8, 2001\*** 599.05 PYMT RECVD - THANK YOU 126.50 APPLIED TO SIGN & TRAVEL/ExPO | 9.95 |
| **February 8, 2001** CYBERGATE ESPIRE    800-522-0342    FL INTERNET ACCESS Reference: 001781897    Roc Number: 0056980834 | 34.97 |
| **February 16, 2001** RALPHS #0635    SUN VALLEY    CA GROCERIES Reference: 047012914 | |

Continued on reverse 



**Cards**

Prepared For
HANNIBAL L PENNEY

Account Number
3713-819512-94003
Closing Date
March 9, 2001

Page 3 of 8

# Flexible Payment Option
## Statement of Account
Creditor: American Express Centurion Bank

Account Number
3713-819512-94003
Closing Date
March 9, 2001

Payment Received.  Payment Due By 04/03/01.

|  | Account Summary $ | Minimum Payment $ | Payment Due Date April 3, 2001 |
|---|---|---|---|
| Previous Balance | 6,334.55 | 124.00 | |
| Payments/Credits | -247.46 | | |
| **FINANCE CHARGE** | 94.53 | | |
| New Charges | 0.00 | | |
| New Balance | 6,181.62 | | |

| Finance Charge Schedule | Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Please refer to page 3 for important information regarding your Sign & Travel and/or Extended Payment Option. |
|---|---|---|---|---|---|
| | ALL | $6,250.51 | 18.40% | .0504% | |

| S&T and/or ExPO Transactions for HANNIBAL L PENNEY Card 3713-819512-94003 | Amount $ |
|---|---|
| **February 10, 2001** PAYMENT RECEIVED - THANK YOU | -120.96 |
| **March 6, 2001** PAYMENT RECEIVED - THANK YOU | -126.50 |

| Total of Sign & Travel and/or Extended Payment Option Activity | New Charges | 0.00 |
|---|---|---|
| | Payments/Credits | -247.46 |

## Important Sign & Travel and/or Extended Payment Option Information

The following terms and conditions apply to charges made on your Sign & Travel and/or Extended Payment Option.

**Finance Charge:** To calculate the Finance Charge, we multiply the Daily Periodic Rate (Monthly Periodic Rate for IA and PR), by the Average Daily Balance during the billing period. Then we multiply the product by the number of days in the billing cycle (except for IA and PR). To get the Average Daily Balance we take the beginning balance of the Sign & Travel and/or Extended Payment Option ("Account") each day, add any new Account Charges and accrued and unpaid Finance Charges (except such Finance Charges will not be included for residents of IA and PR), and subtract any payments or credits. Then we add up the daily balances for the billing period and divide by the number of days in the billing period. This gives us the Average Daily Balance. This method of computation of the Average Daily Balance results in compound interest (except for residents of IA and PR). If in any 12 month period prior to this billing period you were in default on your Account or any other American Express Account, the APR applicable to your entire Account balance will be 23.46%.

**Payments:** Mail your payment in the enclosed envelope or to the address for payments listed on page 4.  Remember, your payment each month should be for at least the Minimum Amount Due or the Total Amount Due, whichever appears on the Card Account Statement. Either amount includes the Account Minimum Payment shown on the Account Statement and the balance due on your Card Account. If you want to pay more than the Minimum Payment (up to the entire Account New Balance), make your payment for the larger amount and the excess will be applied to your Account.

**How to avoid Additional Finance Charges:** To avoid additional Finance Charges the Account New Balance must be paid in full by the Account Payment Due date. American Express Centurion Bank will not impose Finance Charges for Account Charges made in any billing period for which payment in full has been received on or before the Account Due Date.

**Billing Inquiries**
Customer Service
1-800-525-3355
(24 hours, toll free)

**Address**
American Express
Customer Service
P.O. Box 297807
Ft. Lauderdale, FL
33329-7807

11198 R88AA3P3C 06247



**Account Statement**

CUSTOMER SERVICE 800-988-7850

THE ASSOCIATES **PreferredValue**™    MasterCard

| Payment Must Be Received By | Your Account Number | Your Total Balance | Minimum Payment Due | Please Enter Amount Of Payment Enclosed |
|---|---|---|---|---|
| April 15, 2001 | 5418 8705 2029 0694 | $11,431.76 | $3,842.76 | $ |

6899    6399    E26    01        0    21    02

**Make checks payable to:**
ASSOCIATES

5418870520290694114317603842762120000

HANNIBAL PENNEY                    006399
1317 N SAN FERNANDO BLVD              0
BUBANK, CA 91504-4236

ASSOCIATES NATIONAL BANK    (DELAWARE)
PROCESSING CENTER
DES MOINES, IA 50363-2200

Print address changes above.

THE ASSOCIATES **PreferredValue**™    MasterCard    ← Please detach here.    **CUSTOMER SERVICE 800-988-7850**

Account:  5418 8705 2029 0694    Statement Closing Date: 03/21/2001    Days in Billing Cycle: 28

| Transaction Date | Posting Date | Transactions | Charges | Credits |
|---|---|---|---|---|
| 03/18 | 03/18 | LATE CHARGES | $25.00 | |

WE SHOW YOUR PHONE NUMBER AS (954)480-5701.  PLEASE INDICATE CHANGES ON THE PAYMENT COUPON.

## Account Summary

| Previous Balance | | Payments | | | | | New Balance |
|---|---|---|---|---|---|---|---|
| $11,256.21 | | 0.00 | | | | | $11,431.76 |

## Finance Charge Information

## Quick Reference

| | |
|---|---|
| Current Amount Due . . . | $342.00 |
| Past Due Amount . . . . | $2,069.00 |
| Overlimit Amount . . . | $1,431.76 |
| Minimum Payment Due. . | $3,842.76 |
| Due Date . . . . . . . | 04/15/2001 |
| New Balance . . . . . . | $11,431.76 |
| Total Credit Line . . . | $10,000.00 |
| Available Credit Line . | $0.00 |
| Available Cash Line . . | $0.00 |

*See reverse side for computation information.    **Rate may vary    1/1    Your account has a grace period. See reverse side.

642934
642934 (01/01)



**ACCOUNT STATEMENT**

CUSTOMER SERVICE 800-988-7850

| Payment Must Be Received By | Your Account Number | Your Total Balance | Total Amount Due | Please Enter Amount Of Payment Enclosed |
|---|---|---|---|---|
| March 18, 2001 | 5418 8705 2029 0694 | $11,230.21 | $3,299.21 | $ |

6036   6036   E26   01      0   21   02

**Make checks payable to:**
ASSOCIATES

5418870520290694112302103299212120000

006036
0

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
BUBANK, CA 91504-4236

ASSOCIATES NATIONAL BANK   (DELAWARE)
PROCESSING CENTER
DES MOINES, IA 50363-2200

Print address changes above.

 ← Please detach here.

CUSTOMER SERVICE 800-988-7850

Account: 5418 8705 2029 0694   Statement Closing Date: 02/21/2001   Days In Billing Cycle: 31

| Transaction Date | Posting Date | Transactions | Charges | Credits |
|---|---|---|---|---|
| 02-21 | 02-21 | OVERLIMIT FEE | $29.00 | |
| 02-15 | 02-15 | LATE CHARGES | $25.00 | |

## Account Summary

| Previous Balance | + Purchases & Advances | - Payments | - Credits | + Periodic FINANCE CHARGE | + Fees & Adjustments | = New Balance |
|---|---|---|---|---|---|---|
| $11,016.82 | 0.00 | 0.00 | 0.00 | $164.39 | 50.00 | $11,230.21 |

## Finance Charge Information

| | Balance Subject To Finance Charge METHOD: E | Daily Periodic Rate | Corresponding Annual Percentage Rate | Periodic Finance Charge | Finance Charge | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Purchases | $664.20 | 0.049270 | 17.99% | $14.28 | $160.39 | 17.99% |
| Cash Advances | $10,166.31 | 0.049270 | 17.99% | $155.15 | | |

## Quick Reference

| | |
|---|---|
| Current Amount Due . . . | $336.00 |
| Past Due Amount . . . . | $1,733.00 |
| Overlimit Amount . . . . | $1,230.21 |
| Total Amount Due . . . . | $3,299.21 |
| Due Date . . . . . . . . | 03/18/2001 |
| New Balance . . . . . . . | $11,230.21 |
| Total Credit Line . . . . | $10,000.00 |
| Available Credit Line . . . | $0.00 |
| Available Cash Line . . . | $0.00 |

*See reverse side for computation information.   **Rate may vary   1/1   Your account has a grace period. See reverse side.

642934

# SUNTRUST

ACCOUNT NUMBER
5490 9978 9525 2354

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 05/20/01 | $16,965.18 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $656.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

CARDHOLDER SINCE
1975

late check
ayable to:  ‖₁₁‖‖₁₁‖₁‖₁₁₁‖₁‖₁₁₁‖₁₁‖₁‖₁₁‖₁₁‖₁

BANKCARD SERVICES
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-223-7046
Print change of address or new telephone number below



HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK    CA   91504-423617

Address _____

City _____  State ____  Zip ____
( )          ( )
Home phone    Work phone

18     01696518000656000005490997895252354

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9978 9525 2354 | $15,000.00 | $0.00 | 29 | 04/20/01 | $656.00 | 05/20/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **APRIL 2001 STATEMENT** | | |

**PURCHASES AND ADJUSTMENTS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/20 | 03/23 | 6640 | MC | C | OVER CREDIT LINE FEE | 29.00 | |
| 04/20 | 04/20 | 0000 | MC | C | LATE CHARGE FOR PMT DUE 04/19 | 29.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 03/23/2001 THROUGH 04/20/2001 | $58.00 | $0.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

AN IMPORTANT AMENDMENT TO YOUR ACCOUNT TERMS IS ENCLOSED.

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.IBSNETACCESS.COM

TRACK ALL OF YOUR EXPENSES-- ASK YOUR UTILITY AND SERVICE PROVIDERS TO BILL
DIRECTLY TO YOUR INDIVIDUALIZED BANKCARD SERVICES CREDIT CARD.

RELAX ON YOUR NEXT VACATION.  INDIVIDUALIZED BANKCARD SERVICES FRAUD PROTECTION
IS BEHIND YOU EVERYWHERE YOU GO.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $16,640.51 | $0.00 | $0.00 | $58.00 | $266.67 | $0.00 | $16,965.18 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $317.00 |
| Current Payment | $339.00 |
| Total Minimum Payment Due | $656.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054739% DLY | 19.98% | $0.00 |
| B. ATM, BANK | 0.054739% DLY | 19.98% | $14,173.43 |
| C. PURCHASES | 0.054739% DLY | 19.98% | $2,625.43 |

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-223-7046.
• For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
• Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
• Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

**FOR THIS BILLING PERIOD:**
ANNUAL PERCENTAGE RATE ............ 19.98%

(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5005   52Q   5JT  0413  1103  00

5490 9978 9525 2354        PAGE 1 OF 1

# SUNTRUST

| | |
|---|---|
| **ACCOUNT NUMBER** | 5490 9978 9525 2354 |
| **PAYMENT DUE DATE** | **NEW BALANCE TOTAL** |
| 04/19/01 | $16,640.51 |
| **TOTAL MINIMUM PAYMENT DUE** | **AMOUNT ENCLOSED** |
| $317.00 | |

*DETACH TOP PORTION AND RETURN WITH PAYMENT*

**CARDHOLDER SINCE 1975**

Make check payable to:

BANKCARD SERVICES
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-223-7048
Print change of address or new telephone number below

Address _____

City _____ State ____ Zip ____
( ) Home phone    ( ) Work phone

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK   CA   91504-423617

18    01664051000317000005490997895252354

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9978 9525 2354 | $15,000.00 | $0.00 | 30 | 03/22/01 | $317.00 | 04/19/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **MARCH 2001 STATEMENT** | | |

**PAYMENTS AND CREDITS**

| 03/16 | | 3396 | MC | | PAYMENT - THANK YOU | | 241.00 CR |
|---|---|---|---|---|---|---|---|

**PURCHASES AND ADJUSTMENTS**

| 03/22 | 02/21 | 6337 | MC | C | OVER CREDIT LINE FEE | 29.00 | |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL FOR BILLING CYCLE FROM 02/21/2001 THROUGH 03/22/2001 | $29.00 | $241.00 CR |

**YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS**

**IMPORTANT NEWS**

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.IBSNETACCESS.COM

TRACK ALL OF YOUR EXPENSES-- ASK YOUR UTILITY AND SERVICE PROVIDERS TO BILL DIRECTLY TO YOUR INDIVIDUALIZED BANKCARD SERVICES CREDIT CARD.

RELAX ON YOUR NEXT VACATION.  INDIVIDUALIZED BANKCARD SERVICES FRAUD PROTECTION IS BEHIND YOU EVERYWHERE YOU GO.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $16,578.53 | $241.00 | $0.00 | $29.00 | $273.98 | $0.00 | $16,640.51 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $317.00 |
| Total Minimum Payment Due | $317.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054739% DLY | 19.98% | $0.00 |
| B. ATM, BANK | 0.054739% DLY | 19.98% | $14,130.03 |
| C. PURCHASES | 0.054739% DLY | 19.98% | $2,553.65 |

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due date, payment address information, or to request duplicate statements, call 1-800-223-7048.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

**FOR THIS BILLING PERIOD:**
ANNUAL PERCENTAGE RATE ........... 19.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

| 1034 | 53H | 14G | 0602 | 0000 | 00 |
|---|---|---|---|---|---|

5490 9978 9525 2354                    PAGE 1 OF 1

PLATINUM plus

www.mbnanetaccess.com

| ACCOUNT NUMBER |
|---|
| 4264 2930 9007 3986 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 05/16/01 | $33,516.24 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $836.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

CARDHOLDER SINCE
1993

e check
able to:
MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-789-8685
Print change of address or new telephone number below

Address

City                    State          Zip

Home phone              Work phone

HANNIBAL PENNEY
1317 N SANFERNANDO BLVD
BURBANK    CA   91504-000000

16    03351624000836000004264293090073986

| Account Number | | Credit Line | Cash or Credit Available | Date in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| 4264 2930 9007 3986 | | $30,300.00 | $0.00 | 29 | 04/18/01 | $836.00 | 05/16/01 |

| osting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | APRIL 2001 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| | | | | | PURCHASES AND ADJUSTMENTS | | | |
| 3/23 | 03/21 | 0035 | VS | C | SENTINEL MONITORING       SYLMAR      CA | | 182.00 | |
| 3/26 | 03/25 | 4698 | VS | C | NEWSLIBRARY          000-000-0000 PA | | 1.95 | |
| | | | | | ORDER NO.    1214320552 | | | |
| 3/26 | 03/25 | 4722 | VS | C | NEWSLIBRARY          000-000-0000 PA | | 1.95 | |
| | | | | | ORDER NO.    6324320552 | | | |
| 3/26 | 03/25 | 4706 | VS | C | NEWSLIBRARY          000-000-0000 PA | | 1.95 | |
| | | | | | ORDER NO.    6324320552 | | | |
| 3/26 | 03/25 | 4714 | VS | C | NEWSLIBRARY          000-000-0000 PA | | 1.95 | |
| | | | | | ORDER NO.    7084320552 | | | |
| 4/06 | 04/04 | 0047 | VS | C | SENTINEL MONITORING       SYLMAR      CA | | 182.00 | |
| 4/16 | 04/14 | 4750 | VS | C | FRY'S ELECTRONICS #11  BURBANK      CA | | 178.15 | |
| 4/18 | 03/21 | 3090 | VS | C | OVER CREDIT LINE FEE | | 29.00 | |
| 4/18 | 04/18 | 0000 | VS | C | LATE CHARGE FOR PMT DUE 04/17 | | 29.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 03/21/2001 THROUGH 04/18/2001 | | $607.95 | $0.00 |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

AN IMPORTANT AMENDMENT TO YOUR ACCOUNT TERMS IS ENCLOSED.

THINKING ABOUT TAXES? CALL 1-877-457-6262 TO SPEAK WITH
AN MBNA AGENT ABOUT THE POWER OF TAX DEFERRAL.

INCREASE WORKING CAPITAL.  MANAGE TAXES.  SIMPLIFY YOUR BUSINESS.  CALL
1-800-892-3263 WITH CODE A5J0 FOR YOUR PLATINUM PLUS FOR BUSINESS MASTERCARD.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $32,540.82 | $0.00 | $0.00 | $607.95 | $367.47 | $0.00 | $33,516.24 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $396.00 |
| Current Payment | $440.00 |
| Total Minimum Payment Due | $836.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.038328% DLY | 13.99% | $5,514.75 |
| B. ATM, BANK | 0.038328% DLY | 13.99% | $18,110.22 |
| C. PURCHASES | 0.038328% DLY | 13.99% | $9,436.04 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE ............ 13.99%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
• For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-8685.
• For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
• Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19885-5137.
• Billing rights are preserved only by written inquiry.  Mail billing inquiries, using form on the back, and other inquiries to:
MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

511   07C   OK1 0612' 1110 04

## Account Summary

| | |
|---|---|
| Previous Balance | $10,187.19 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $58.00 |
| Finance Charges | $102.98 |
| | |
| New Balance | $10,348.17 |
| Minimum Amount Due | $10,348.17 |
| Payment Due Date | April 16, 2001 |
| | |
| Total Credit Line | $9,400 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $9,400 |
| Available Credit for Cash | $.00 |

*At your service*
To call Customer Relations or to report a lost or stolen card:
1-800-955-7070

Send payments to:              Send inquiries to:
Attn: Remittance Processing
Capital One Services           Capital One Services
P.O. Box 60000                 P.O. Box 85015
Seattle, WA 98190-6000         Richmond, VA 23285-5015

## Important Account Information

**Important Information**Please see the paragraphs entitled "Closing Your Account" and "Using Your Account" on the back of this statement for important information regarding your account.

## Payments, Credits and Adjustments

## Transactions

| | DATE | | |
|---|---|---|---|
| 1 | 17 FEB | PAST DUE FEE | $29.00 |
| 2 | 17 FEB | OVERLIMIT FEE | 29.00 |

Under the terms of your account, Capital One has the right to increase the Annual Percentage Rate ("APR") applicable to purchases, cash advances and special transfers effective immediately. However, because you are a preferred cardholder, Capital One has elected not to raise your APR at this time. Please be advised that if you fail to abide by the terms of your agreement, Capital One reserves the right to raise your APR in the future.

## Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $4,227.45 | .04808% L | 17.55% | $56.9 |
| CASH | $.00 | .05603% L | 20.45% | $.0 |
| SPECIAL TRANSFERS | $6,067.29 | .02712% | 9.90% | $46.0 |

**ANNUAL PERCENTAGE RATE applied this period**              13.049

33227M

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT.  ▼

**Capital One®**

0000000 0 4034441247273327 00 0000000266000000009

| | |
|---|---|
| New Balance | $10,348.17 |
| Minimum Amount Due | $10,348.17 |
| Payment Due Date | April 16, 2001 |
| | |
| Total enclosed          $ | |

*Please print address changes below using blue or black ink.*

Street                                          Apt #

City                        State               ZIP

Home Phone                  Alternate Phone



HANNIBAL L PENNEY JR
HANNIBAL L PENNEY
1317 N SAN FERNANDO
BLVD
BURBANK CA 91504-4236

Capital One Services
P.O. Box 60000
Seattle, WA 98190-6000

033227

*...a... made payable to Capital One Services and mail in the enclosed envelope.*

## Account Summary

| | |
|---|---|
| Previous Balance | $10,017.33 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $58.00 |
| Finance Charges | $111.86 |
| | |
| New Balance | $10,187.19 |
| Minimum Amount Due | $10,187.19 |
| Payment Due Date | March 16, 2001 |
| | |
| Total Credit Line | $9,400 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $9,400 |
| Available Credit for Cash | $.00 |

**At your service**
To call Customer Relations or to report a lost or stolen card:
1-800-955-7070

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85000
Seattle, WA 98190-6000

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

## Payments, Credits and Adjustments

## Transactions

| | DATE | | |
|---|---|---|---|
| 1 | 17 JAN | PAST DUE FEE | $29.0 |
| 2 | 17 JAN | OVERLIMIT FEE | 29.0 |

## Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $4,110.38 | .04808% L | 17.55% | $61.26 |
| CASH | $.00 | .05603% L | 20.45% | $.00 |
| SPECIAL TRANSFERS | $6,018.96 | .02712% | 9.90% | $50.60 |

**ANNUAL PERCENTAGE RATE** applied this period      13.00%

44296M

▼    PLEASE RETURN PORTION BELOW WITH PAYMENT.    ▼

**CapitalOne**®

0000000 0 4034441247273327 00 0000000266000000009

| | |
|---|---|
| New Balance | $10,187.19 |
| Minimum Amount Due | $10,187.19 |
| Payment Due Date | March 16, 2001 |
| | |
| Total enclosed   $ | |

*Please print address changes below using blue or black ink*

Street      Apt #

City      State      ZIP

Home Phone      Alternate Phone

Capital One Services
P.O. Box 60000
Seattle, WA 98190-6000



HANNIBAL L PENNEY JR
HANNIBAL L PENNEY
1317 N SAN FERNANDO
BLVD
BURBANK CA 91504-4236

*Please write your account number on your check or money order made payable to Capital One Services.*



New Address or E-mail? Please see reverse side of form.

Please make checks payable to First USA Bank, N.A.
Send top portion of statement with payment in enclosed envelope.

Fix a Convenient ON-LINE ACCESS to your Account. View your statement on-line, make payments, see daily transactions and account balance. Register today at www.FirstUSA.com.

**VISA**
**MasterCard**

| ACCOUNT NUMBER | PAST DUE AMOUNT | NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE | WRITE AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| 4417 1231 4603 8707 | 114.00 | 4,644.29 | 230.00 | 05/13/01 | |

4417123146038707070002300000464294

FIRST USA BANK, NA
P.O. BOX 50882
HENDERSON NV 89016-0882

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
#901
BURBANK CA 91504-4236

29
216314

⑆5000 160 28⑉ 221 31460 38 70 76⑈



# ◖ COLONIAL BANK

**CUSTOMER SERVICE**
1-800-677-7101 (INSIDE US)
1-302-594-8200 (OUTSIDE US) call collect
1-888-446-3308 (en Espanol)
1-900-955-8060 (TDD)
www.firstusa.com

**ACCOUNT INQUIRY**
P.O. BOX 8650
WILMINGTON, DE 19899-8650

**PAYMENT ADDRESS**
P.O. BOX 50882
HENDERSON NV 89016-0882

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE CREDIT LINE | AVAILABLE CREDIT | AVAILABLE PORTION FOR CASH ADVANCES | PAYMENT DUE DATE | CLOSING DATE |
|---|---|---|---|---|---|---|
| 4417 1231 4603 8707 | 5,000 | 5,000 | 0 | 0 | 05/13/01 | 04/18/01 |

### CARDMEMBER ACTIVITY SUMMARY

| TRANS. DATE | POST. DATE | REFERENCE NUMBER | MERCHANT NAME OR TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/18 | 04/18 | | LATE FEE | 29.00 |
| 04/18 | 04/18 | | PERIODIC RATE *FINANCE CHARGE* | 39.24 |

OUR RECORDS INDICATE THAT YOUR ACCOUNT IS PAST
DUE. IF PAYMENT HAS BEEN MADE, PLEASE
DISREGARD THIS NOTICE.

| PREVIOUS BALANCES | + PURCHASES, FEES AND ADJUSTMENTS | + CASH ADVANCES | + FINANCE CHARGES | - PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|---|---|
| 4,576.05 | 29.00 | 0.00 | 39.24 | 0.00 | 4,644.29 |

### PROMOTIONAL PURCHASE SUMMARY

| Description | Daily APR | Corresponding Annual Percentage Rate | Avg. Daily Balance | FINANCE CHARGES | Current Balance |
|---|---|---|---|---|---|
| 9.9 BT LIFE OF LOAN BALANCE | .02712% | 9.90% | 3,726.58 | 29.30 | 3,741.76 |



| ACCOUNT NUMBER    4417 1231 4603 8707 | Page 2 of 2 |
|---|---|

PERIODIC RATE(S) AND APR(S) MAY VARY

| FINANCE CHARGE SUMMARY | AVERAGE DAILY BALANCE | | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|---|
| | CURRENT CYCLE | PREVIOUS CYCLE | | | |
| PURCHASES | 868.37 | 0.00 | .03946% | 14.40% | 9.94 |
| CASH | 0.00 | 0.00 | .03946% | 14.40% | 0.00 |
| EFFECTIVE ANNUAL PERCENTAGE RATE | 10.24% | | TOTAL PERIODIC FINANCE CHARGE | | 39.24 |

The Corresponding APR is the rate of interest you pay when you carry a balance on purchases and cash advances.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

† Cash Advance Credit Line is a portion of your total Credit Line.

**See reverse side for important information including notice about annual renewal.**

**First USA Bank, N.A.**
Member FDIC

**COLONIAL BANK**

| CUSTOMER SERVICE | ACCOUNT INQUIRY | PAYMENT ADDRESS |
|---|---|---|
| 1-800-677-7101 (INSIDE US) | P.O. BOX 8650 | P.O. BOX 50882 |
| 1-302-594-8200 (OUTSIDE US) call collect | WILMINGTON, DE 19899-8650 | HENDERSON NV 89016-0882 |
| 1-888-446-3308 (en Espanol) | | |
| 1-800-955-8060 (TDD) | | |
| www.fkstusa.com | | |

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE CREDIT LINE† | AVAILABLE CREDIT | AVAILABLE PORTION FOR CASH ADVANCES | PAYMENT DUE DATE | CLOSING DATE |
|---|---|---|---|---|---|---|
| 4417 1231 4603 8707 | 5,000 | 5,000 | 423 | 423 | 04/14/01 | 03/20/01 |

## CARDMEMBER ACTIVITY SUMMARY

| TRANS. DATE | POST. DATE | REFERENCE NUMBER | MERCHANT NAME OR TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/15 | 03/15 | 74417122A03395185 | PAYMENT - THANK YOU | 116.00CR |
| 03/20 | 03/20 | | PERIODIC RATE  *FINANCE CHARGE* | 33.52 |

Free & Convenient ON-LINE ACCESS to your Account. View your
statement on-line, make payments, see daily transactions and
account balance. Register today at www.FirstUSA.com.

**VISA**

| ACCOUNT NUMBER | PAST DUE AMOUNT | NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE | WRITE AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| 4417 1285 9745 5490 | 2,705.00 | 28,723.63 | 7,146.63 | 04/17/01 | |

Please make checks payable to First USA Bank, N.A. First USA Bank, N.A. is the issuer of this account.
Send top portion of statement with payment in enclosed envelope.

29

19090

FIRST USA BANK, NA
P.O. BOX 50882
HENDERSON NV 89016-0882

HANNIBAL PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA 91504-4236

44171285974554900071466302872363

New Address or E-mail?
Please see reverse side of form.

28

**CUSTOMER SERVICE**
1-800-955-9900 (INSIDE US)
1-302-594-8200 (OUTSIDE US) call collect
1-888-446-3308 (en Espanol)
www.firstusa.com

**BILLING INQUIRY**
P.O. BOX 8864
WILMINGTON, DE 19899-8864

**PAYMENT ADDRESS**
P.O. BOX 50882
HENDERSON NV 89016-0882

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE CREDIT LINE† | AVAILABLE CREDIT | AVAILABLE PORTION FOR CASH ADVANCES | PAYMENT DUE DATE | CLOSING DATE |
|---|---|---|---|---|---|---|
| 4417 1285 9745 5490 | 25,000 | 5,000 | 0 | 0 | 04/17/01 | 03/23/01 |

### CARDMEMBER ACTIVITY SUMMARY

| TRANS. DATE | POST. DATE | REFERENCE NUMBER | MERCHANT NAME OR TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/23 | 03/23 | | LATE FEE | 29.00 |
| 03/23 | 03/23 | | PERIODIC RATE  *FINANCE CHARGE* | 619.74 |

YOUR ACCOUNT IS SERIOUSLY DELINQUENT.  TO AVOID
FURTHER COLLECTION ACTION, REMIT YOUR PAYMENT
IMMEDIATELY OR CALL 1-800-955-8030

YOUR ACCOUNT IS CURRENTLY CLOSED.

| PREVIOUS BALANCE | + PURCHASES, FEES AND ADJUSTMENTS | + CASH ADVANCES | + FINANCE CHARGES | - PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|---|---|
| 28,074.89 | 29.00 | 0.00 | 619.74 | 0.00 | 28,723.63 |

PERIODIC RATE(S) AND APR(S) MAY VARY

| FINANCE CHARGE SUMMARY | AVERAGE DAILY BALANCE | | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|---|
| | CURRENT CYCLE | PREVIOUS CYCLE | | | |
| PURCHASES | 28,372.95 | 0.00 | .07532% | 27.49% | 619.74 |
| CASH | 0.00 | 0.00 | .07532% | 27.49% | 0.00 |

| EFFECTIVE **ANNUAL PERCENTAGE RATE** | 27.49% | TOTAL PERIODIC **FINANCE CHARGE** | 619.74 |
|---|---|---|---|

The Corresponding APR is the rate of interest you pay when you carry a balance on purchases and cash advances.
The Effective APR represents your total finance charges-including transaction fees such as cash advance and
balance transfer fees-expressed as a percentage.
† Cash Advance Credit Line may be a portion of your total Credit Line.
**See reverse side for important information including notice about annual renewal.**
First USA Bank, N.A. is the issuer of this account.

**First USA Bank, N.A.**
Member FDIC

# Bank of America



**VISA**

| | |
|---|---|
| Account Number: | 4356-5700-0013-2476 |
| New Balance: | $10,957.86 |
| Minimum Payment Due: | $1,134.33 |
| Payment Due Date: | JAN 14, 2001 |

Amount Enclosed: $ ☐☐☐☐☐☐☐

MAKE CHECK PAYABLE TO:    BANK OF AMERICA

**Mail Payment To:**

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL  60197-5270

☐ Please check here for address or telephone number change and complete form on the back.

P000694

HANNIBAL PENNEY
1317 N. SAN FERNANDO BLVD
BURBANK CA  91504-4236

0021285 0113433 1095786 4356570000132476
⑊⑊ 2355428 2⑊⑊ ⑊524022250⑊

DETACH HERE AND RETURN WITH REMITTANCE

## BANK OF AMERICA VISA
## Account Number 4356-5700-0013-2476

For questions or to report lost or stolen cards, call 1-800-732-9194 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $10,957.86 | $0.00 | $0.00 | $0.00 | $0.00 | 12/20/00 | $1,134.33 | 01/14/01 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 12-15 | 12-15 | LATE PAYMENT FEE | | $29.00 |
| 12-20 | 12-20 | OVERLIMIT FEE ASSESSED FOR DEC 15, 2000 | | $29.00 |

YOUR ACCOUNT REMAINS DELINQUENT. TO AVOID FURTHER DAMAGE TO YOUR CREDIT STANDING, PLEASE MAIL YOUR PAYMENT OF $893.25 OR CALL 1.800.548.1711.

### FINANCE CHARGE SUMMARY

| Billing cycle 30 days | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) |
|---|---|---|---|---|---|
| Purchases | $5,237.57 | V 0.0668500% | 24.40% | 24.40% | $105.04 |
| Cash | $0.00 | V 0.0668500% | 24.40% | 24.40% | $0.00 |
| Balance Transfer | $416.78 | V 0.0668500% | 24.40% | 24.40% | $8.36 |
| | $5,139.03 | V 0.0668500% | 24.40% | 24.40% | $103.07 |
| | | | | | $0.00 |

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $10,683.39 |
| Payments | - $0.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $0.00 |
| Cash | + $0.00 |
| Balance Transfer | + $0.00 |
| Promotional Offers | + $0.00 |
| Late Payment Fee | + $29.00 |
| Overlimit Fee | + $29.00 |
| FINANCE CHARGE | + $216.47 |
| NEW BALANCE | $10,957.86 |

| | |
|---|---|
| | Account Number: 4356-5700-0013-2476 |
| | New Balance: $11,577.93 |
| | Minimum Payment Due: $1,636.45 |
| | Payment Due Date: MAR 17, 2001 |

Mail Payment To:

Amount
Enclosed: $ [          ] . [    ]

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL  60197-5270

MAKE CHECK
PAYABLE TO:    BANK OF AMERICA

☐ Please check here for address or telephone
number change and complete form on the back.

P000605

HANNIBAL PENNEY
1317 N. SAN FERNANDO BLVD
BURBANK CA  91504-4236

0021285 0163645 1157793 4356570000132476
⑈40332160⑈ ⑆524022250⑆

DETACH HERE AND RETURN
WITH REMITTANCE →

**BANK OF AMERICA VISA**
Account Number 4356-5700-0013-2476

For questions or to report lost or stolen
cards, call 1-800-732-9194 within the US
or 1-757-677-4701 overseas collect.

**ACCOUNT INFORMATION**

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $11,577.93 | $0.00 | $0.00 | $0.00 | $0.00 | 02/20/01 | $1,636.45 | 03/17/01 |

**TRANSACTION SUMMARY**

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 02-14 | 02-14 | LATE PAYMENT FEE | | $29.00 |
| 02-20 | 02-20 | ANNUAL FEE | | $39.00 |
| 02-20 | 02-20 | OVERLIMIT FEE ASSESSED FOR FEB 20, 2001 | | $29.00 |

YOUR ACCOUNT REMAINS SERIOUSLY DELINQUENT. IT WILL BE CHARGED OFF AS
A BAD DEBT AND REFERRED FOR SPECIAL HANDLING UNLESS YOU MAIL $1,381.73
OR CALL 1-800-688-7011 TO MAKE IMMEDIATE ARRANGEMENTS.

ESCAPE WINTER TO SMALL LUXURY CARIBBEAN RESORTS! EXCLUSIVE 5% CASH
REWARD TO BANK OF AMERICA CARDHOLDERS! 20 STUNNING ISLAND LOCATIONS
TO CHOOSE FROM, 4 STAR HOTELS, A PERFECT BEACH & GOURMET CUISINE. LET
AN EXPERT GUIDE YOU THROUGH THE CARIBBEAN. VISIT WWW.ISLANDINNS.COM
OR CALL TOLL FREE AT 1.877.364.1100 X44. OFFER EXPIRES 04/30/01.

**FINANCE CHARGE SUMMARY**

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (financed) |
|---|---|---|---|---|---|
| Purchases | $5,577.74 | V 0.0668500% | 24.40% | 24.40% | $115.59 |
| Cash | $0.00 | V 0.0668500% | 24.40% | 24.40% | $0.00 |
| Balance Transfer | $434.28 | V 0.0668500% | 24.40% | 24.40% | $9.00 |
| Promotional 3 | $5,154.68 | V 0.0668500% | 24.40% | 24.40% | $110.97 |
| Cash Advance Fees | | | | | $0.00 |

**BALANCE SUMMARY**

| | | |
|---|---|---|
| Previous Balance | | $11,245.37 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases & Other Charges | + | $39.00 |
| Cash | + | $0.00 |
| Balance Transfer | + | $0.00 |
| Promotional Offers | + | $0.00 |
| Late Payment Fee | + | $29.00 |
| Overlimit Fee | + | $29.00 |
| FINANCE CHARGE | + | $235.56 |
| NEW BALANCE | | $11,577.93 |

**CITIBANK USA**

| Account Statement | Page 1 of 2 |
| --- | --- |
| Statement Closing Date | 02/22/01 |
| Account number | 4339 0189 6605 1753 |
| New balance | $37,268.71 |
| Past due amount | $4,170.00 |
| Minimum payment due | $8,684.71 |
| Payment due date | NOW DUE |

| Account Summary | |
| --- | --- |
| Previous balance | $36,512.60 |
| Payments and credits | $0.00 |
| Purchases and advances | $0.00 |
| FINANCE CHARGE | $727.11 |
| Debit adjustments | $29.00 |
| New balance | $37,268.71 |

| | |
| --- | --- |
| Credit Limit | $33,500 |
| Available Credit | $00 |
| Days in billing period | 30 |

Online Banking Support 1-877-662-2484
For customer service or to report a lost or stolen card,
call toll-free: 800-772-7888
Send payments to: P.O. BOX 8034
SOUTH HACKENSACK, NJ 07606-8

## Quicken Visa® 

### Transactions

| Trans | Post | Reference Number | Description | Amount |
| --- | --- | --- | --- | --- |
| 02/22 | 02/22 | | LATE FEE | 29.00 |
| | | *FINANCE CHARGE* | PURCHASES $2.35 CASH ADVANCE $724.73 | 727.11 |

*An amount followed by a minus (-) is a credit or credit balance.*

YOUR ACCOUNT HAS BEEN REFERRED TO AN OUTSIDE
AGENCY FOR COLLECTION. PLEASE REMIT YOUR
PAYMENT DIRECTLY TO PENNORO COLLECTION SVCS.

### Finance Charge Information

| | Average Daily Balance | Daily Periodic Rate | Nominal APR | Annual Percentage Rate (APR) | Transaction Fees | Finance Charge |
| --- | --- | --- | --- | --- | --- | --- |
| Purchases | 120.74 | 0.06575% | 24.00% | 24.00% | 0.00 | 2.35 |
| Cash | 979.44 | 0.06575% | 24.00% | 24.00% | 0.00 | 19.32 |
| Cash promotion | 21,498.99 | 0.06575% | 24.00% | | 0.00 | 424.06 |
| Cash promotion | 14,263.65 | 0.06575% | 24.00% | | 0.00 | 281.35 |

*Please detach bottom portion and return with your payment in the enclosed envelope.*

**CITIBANK USA**

P.O. Box 15109
Wilmington, DE 19850-5109

Make changes to address and phone number below:

Address
City          State     Zip
Home phone
Business phone

| Account number | 4339 0189 6605 1753 |
| --- | --- |
| New balance | $37,268.71 |
| Minimum payment due | $8,684.71 |
| Payment due date | NOW DUE |

Amount enclosed: $ _____

Make check or money order payable to: CITIBANK USA
To ensure proper credit, please return this portion with your
payment at least 5 business days prior to the due date.
Please write your account number on the check.

HANNIBAL PENNEY
1317 N. SAN FERNANDO BLVD          49163
BURBANK CA 91504-4236

P.O. BOX 8034
SOUTH HACKENSACK, NJ 07606-8034

4339018966051753086847137268710000000016

| Account Statement | Page 1 of 2 |
|---|---|
| Statement Closing Date | **02/22/01** |
| Account number | 4339 0189 6605 1753 |
| New balance | $37,268.71 |
| Past due amount | $4,170.00 |
| Minimum payment due | $8,684.71 |
| Payment due date | NOW DUE |

| Account Summary | |
|---|---|
| Previous balance | $36,512.60 |
| Payments and credits | $0.00 |
| Purchases and advances | $0.00 |
| **FINANCE CHARGE** | $727.11 |
| Debit adjustments | $29.00 |
| New balance | $37,268.71 |

Credit Limit          $33,500
Available Credit      $00
Days in billing period   30

Online Banking Support 1-877-662-2484
For customer service or to report a lost or stolen card,
call toll-free: 800-772-7283
Send payments to: P.O. BOX 8034
SOUTH HACKENSACK, NJ 67606-8

## Quicken Visa® 

### Transactions

| Trans | Post | Reference Number | Description | Amount |
|---|---|---|---|---|
| 02/22 | 02/22 | | LATE FEE | 29.00 |
| | | *FINANCE CHARGE* | PURCHASES $2.38 CASH ADVANCE $724.73 | 727.11 |

*An amount followed by a minus (-) is a credit or credit balance.*

YOUR ACCOUNT HAS BEEN REFERRED TO AN OUTSIDE
AGENCY FOR COLLECTION. PLEASE REMIT YOUR
PAYMENT DIRECTLY TO PENNCRO COLLECTION SVCS.

### Finance Charge Information

| | Average Daily Balance | Daily Periodic Rate | Nominal APR | Annual Percentage Rate (APR) | Transaction Fees | Finance Charge |
|---|---|---|---|---|---|---|
| Purchases | 120.74 | 0.06575% | 24.00% | 24.00% | 0.00 | 2.38 |
| Cash | 979.44 | 0.06575% | 24.00% | 24.00% | 0.00 | 19.32 |
| Cash promotion | 21,498.99 | 0.06575% | 24.00% | | 0.00 | 424.06 |
| Cash promotion | 14,263.85 | 0.06575% | 24.00% | | 0.00 | 281.35 |

*Please detach bottom portion and return with your payment in the enclosed envelope.*

## CITIBANK USA

P.O. Box 15109
Wilmington, DE 19850-5109

Make changes to address and phone number below:

Address _____
City _____ State _____ Zip _____
Home phone _____
Business phone _____

| Account number | 4339 0189 6605 1753 |
|---|---|
| New balance | $37,268.71 |
| Minimum payment due | $8,684.71 |
| Payment due date | NOW DUE |

Amount enclosed: $ _____

Make check or money order payable to: CITIBANK USA
To ensure proper credit, please return this portion with your
payment at least 5 business days prior to the due date.
Please write your account number on the check.

HANNIBAL PENNEY
1317 N. SAN FERNANDO BLVD          49163
BURBANK CA 91504-4236

P.O. BOX 8034
SOUTH HACKENSACK, NJ 07606-8034

4339018966051753086847137268710000000016

VISIT www.citibankcards.com

3002068153225999999952759751161

| Payment Must Be Received By | Your Total Balance | Minimum Payment Due |
|---|---|---|
| APR 18 2001 | $15275.97 | $15275.97 |

Your Account Number
4128 0020 6815 3225

Please Enter Amount of Payment Enclosed
$

212891N VI  32 06A0728 BR2011142

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK          CA  91504-4236

CITIBANK
P.O. BOX 6416
THE LAKES, NV
USA 88901-6416

( )                  ( )
New Home Phone      New Business Phone
Please print change of address or phone number above.

# Citibank Premier Edition

Account Number
4128 0020 6815 3225
Payment must be received by 1:00 pm local time on 04/18/2001

For Customer Service, call or write
1-800-925-8871

BOX 6000
THE LAKES, NV
89163-6000

To report billing errors, write
to this address; calling will
not preserve your rights.

| Statement/Closing Date | Total Credit Line | Cash Advance Limit | New Balance | Available Credit Line | Available Cash Limit |
|---|---|---|---|---|---|
| 03/26/2001 | $13000 | $5000 | $15275.97 | **** SEE BELOW **** | |

| | | | |
|---|---|---|---|
| 3/26 | OVER CREDIT LIMIT FEE | | 29.00 |
| 3/26 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | | 317.20 |

Help is available!  Please call the toll-free
number shown above to learn about our special
payment options.  Call Monday - Friday, ?? to
9 pm, or Saturday, 8 am to 5 pm, Central
Please give us the opportunity to assist

3002068153225999999492977511bb

**Your Account Number**
4128 0020 6815 3225

| Payment Must be Received By | Your Total Balance | Minimum Payment Due | Please Enter Amount Of Payment Enclosed |
|---|---|---|---|
| MAR 19 2001 | $14929.77 | $14929.77 | |

220005M VI 32 06A0755 BR2011122

HANNIBAL L PENNEY
1517 N SAN FERNANDO BLVD
BURBANK          CA  91504-4236

New Home Phone          New Business Phone

Please print change of address or phone number above.

CITIBANK
P.O. BOX 6416
THE LAKES, NV
USA 88901-6416

# Citibank Premier Edition

For Customer Service, call or write
1-800-756-4000

**Account Number**
4128 0020 6815 3225

Payment must be received by 1:00 pm local time on 03/19/2001

BOX 6000
THE LAKES, NV
89163-6000

To report billing errors, write
to this address; calling will
not preserve your rights

| Statement/Closing Date | Total Credit Line | Cash Advance Limit | New Balance | Available Credit Line | Available Cash Limit |
|---|---|---|---|---|---|
| 02/22/2001 | $13000 | $5000 | $14929.77 | ***** SEE BELOW ***** | |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 2/22 | | | LATE FEE - JAN PAYMENT PAST DUE | 29.00 |
| 2/22 | | | OVER CREDIT LIMIT FEE | 29.00 |
| 2/22 | | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 286.45 |

Help is available!  Please call the toll-free
number shown above to learn about our special
payment options.  Call Monday - Friday, 7 am to
9 pm, or Saturday, 8 am to 5 pm, Central Time.
Please give us the opportunity to assist you.

Our records show home phone 818-951-4182 and
business phone 305-xxx-xxxx.  Please update above
coupon if incorrect.

| | Previous Balance | (+) Purchases & Advances | (-) Payments | (-) Credits | (+) Finance Charge | (+) Late Charges | (=) New Balance | |
|---|---|---|---|---|---|---|---|---|
| Purchases | 14585.32 | 29.00 | | | 286.45 | 29.00 | 14929.77 | |
| Advances | | | | | | | | |
| Total | 14585.32 | 29.00 | | | 286.45 | 29.00 | 14929.77 | |

| | Current Amount Due | 309.98 |
|---|---|---|
| | Amount Over Credit Line | 1929.77 |
| | Fees | |
| | Past Due | 1712.05 |
| | Minimum Amount Due | 14929.77 |

| Rate Summary | Purchases | Advances |
|---|---|---|
| Number of days this billing period 29 | | |
| | Daily | Daily |

# people's bank
## C O N N E C T I C U T



Address change? Check here and complete the reverse side or call toll-free, 24 hours-a-day:
1 - 888 - PEOPLES ( 888 - 736 - 7537 )

HANNIBAL PENNEYJR
1317 N SAN FERNANDO BLVD
BURBANK CA 91504-4236

676

| Account Number | 4495 7310 0132 8669 |
|---|---|
| New Balance | $8,056.66 |
| Payment Due Date | MAR 17, 2001 |
| Minimum Payment Due | $1,596.00 |
| (Includes Past Due Amount of $1,354.90 ) | |

PEOPLE'S BANK
P.O. BOX 10311
STAMFORD, CT 06904-2311

Amount Enclosed

$ _____

4388320103615296   00805666   00159600   2

✍ DETACH HERE AND RETURN THE TOP PORTION WITH YOUR PAYMENT. MAKE YOUR CHECK PAYABLE TO PEOPLE'S BANK. ✍

# people's bank

### FEBRUARY 2001 VISA STATEMENT

| Account Number | Credit Limit | Available Credit | Days In Billing Cycle | Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4495 7310 0132 8669 | $7,500 | $0.00 | 31 | 02/20/01 | $1,596.00 | 03/17/01 |

You can avoid finance charges on Purchases if you pay the entire New Balance by the Payment Due Date. This grace period does not apply to Balance Transfers or Cash Advances. See the back of your statement for details about your "GRACE PERIOD".

## ACCOUNT ACTIVITY

| Trans Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | **PURCHASES AND OTHER CHARGES** | |
| 01/24 | 01/24 | F5748000R000OL620 | OVERLIMIT CHARGE BRIDGEPORT CT | 29.00 |
| 02/20 | 02/20 | | LATE PAYMENT FEE | 29.00 |

YOUR ACCOUNT IS SERIOUSLY PAST DUE. TO DISCUSS
THE PAYMENT OPTIONS THAT WE CAN OFFER YOU,
PLEASE CALL 1-800-345-0207.
YOUR ACCOUNT IS CURRENTLY CLOSED.
TOTAL "FINANCE CHARGE" BILLED IN 2000  $845.09
TOTAL "FINANCE CHARGE" PAID IN 2000  $527.27

## BALANCE SUMMARY

| | | |
|---|---|---|
| Previous Balance | $ | 7,865.97 |
| Payments and Credits | - | 0.00 |
| Cash Advances | + | 0.00 |
| Purchases and Other Charges | + | 58.00 |
| Total FINANCE CHARGE | + | 132.69 |
| New Balance | $ | 8,056.66 |

## HOW TO REACH US

☎ **24-HOUR, TOLL-FREE CUSTOMER SERVICE:** 1-888-PEOPLES (888-736-7537)

☎ **LOST OR STOLEN CARD:** 1-800-443-0164 (24 hours)

✎ **PAYMENTS:** PEOPLE'S BANK
P.O. BOX 10311
STAMFORD, CT 06904-2311

✉ **CORRESPONDENCE:** PEOPLE'S BANK
P.O. BOX 7092
BRIDGEPORT, CT 06601-7092

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $3,316.35 | .05424% | 19.80% | $55.76 |
| Cash Advances | $0.00 | .05424% | 19.80% | $0.00 |
| Balance Transfers | $4,575.81 | .05424% | 19.80% | $76.93 |



# people's bank
C O N N E C T I C U T

**VISA**

Address change? Check here and complete the
reverse side or call toll-free, 24 hours-a-day:
1 - 888 - PEOPLES ( 888 - 736 - 7537 )

HANNIBAL PENNEYJR
1317 N SAN FERNANDO BLVD
BURBANK CA 91504-4236

763

| Account Number | 4495 7310 0132 8669 |
|---|---|
| New Balance | $8,275.73 |
| Payment Due Date | APR 14, 2001 |
| Minimum Payment Due | $1,844.00 |
| (Includes Past Due Amount of $1,596.00 ) | |

Ildlmnllldlkllmnllndldldllmlllmlldllll

PEOPLE'S BANK
P.O. BOX 10311
STAMFORD, CT 06904-2311

Amount Enclosed

$

Ildmnlldlldllnlldkldllmnlldllldllldkll

4388320103615296  00827573  00184400  8

✔ DETACH HERE AND RETURN THE TOP PORTION WITH YOUR PAYMENT.  MAKE YOUR CHECK PAYABLE TO PEOPLE'S BANK ✎

# people's bank

**MARCH 2001 VISA STATEMENT**

| Account Number | Credit Limit | Available Credit | Days in Billing Cycle | Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4495 7310 0132 8669 | $7,500 | $0.00 | 28 | 03/20/01 | $1,844.00 | 04/14/01 |

You can avoid finance charges on Purchases if you pay the entire New Balance by the Payment Due Date. This grace period does not apply to Balance Transfers or Cash Advances. See the back of your statement for details about your "GRACE PERIOD".

## ACCOUNT ACTIVITY

| Trans Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| **PURCHASES AND OTHER CHARGES** | | | | |
| 02/27 | 02/27 | F5748001U000OL900 | OVERLIMIT CHARGE BRIDGEPORT  OT | 29.00 |
| 03/20 | 03/20 | | LATE PAYMENT FEE | 29.00 |
| | | | YOUR ACCOUNT IS CURRENTLY CLOSED. | |

### BALANCE SUMMARY

| | | |
|---|---|---|
| Previous Balance | $ | 8,056.66 |
| Payments and Credits | - | 0.00 |
| Cash Advances | + | 0.00 |
| Purchases and Other Charges | + | 58.00 |
| Total FINANCE CHARGE | + | 161.07 |
| New Balance | $ | 8,275.73 |

### HOW TO REACH US

☎ **24-HOUR, TOLL-FREE CUSTOMER SERVICE:**    1-888-PEOPLES (888-736-7537)

☎ **LOST OR STOLEN CARD:**    1-800-443-0164 (24 hours)

🖎 **PAYMENTS:**    PEOPLE'S BANK
P.O. BOX 10311
STAMFORD, CT 06904-2311

✉ **CORRESPONDENCE:**    PEOPLE'S BANK
P.O. BOX 7092
BRIDGEPORT, CT 06601-7092

### FINANCE CHARGE SUMMARY

| | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $3,426.70 | .07120% | 25.99% | $68.32 |
| Cash Advances | $0.00 | .07120% | 25.99% | $0.00 |
| Balance Transfers | $4,652.74 | .07120% | 25.99% | $92.75 |

# PROVIDIAN

| ACCOUNT NUMBER | OF 03/20/01 | DUE DATE | PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 5437-8150-0337-5741 | $19,951.34 | APR 14, 2001 | $2,631.00 | $ |

Make Checks Payable To
Providian

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA  91504-4236

Page 1 of 1
P012008

## PLATINUM MASTERCARD

5437815003375741026310019951340

✂ DETACH HERE

***PLEASE SEE ENCLOSED IMPORTANT LEGAL NOTICE CONCERNING THE ADDITION OF
AN ARBITRATION PROVISION TO YOUR ACCOUNT AGREEMENT.
PLEASE READ IT CAREFULLY AND KEEP IT FOR YOUR RECORDS.***

**MESSAGES FROM PLATINUM MASTERCARD**

Your account is past due and must be paid immediately to avoid further credit damage
and possible referral of your account for additional collection action.
If you are unable to make your payment immediately, call us at 1-800-753-8192.

Also note that your account is $1,951.34 over your $18,000.00 credit line. While your Account
Agreement may require you to pay this overlimit amount, we are giving you the flexibility of paying only
$2,631.00. Paying just this minimum due payment will leave your account in an overlimit status.
We encourage you to pay the additional $1,951.34 as soon as possible.

### ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | $19,613.07 |
| - Credits | .00 |
| - Payments | .00 |
| + Purchases & other Charges | .00 |
| + Cash Advances | .00 |
| + FINANCE CHARGE | 280.27 |
| + Late Charge | 29.00 |
| (Previous Due Date 03-17) | |
| + Overlimit Fee (03-20) | 29.00 |
| = NEW BALANCE | $19,951.34 |

200000000  1532  1828

### CUSTOMER SERVICE PHONE NUMBER

## 1-888-934-3000

Account Number  5437 8150 0337 5741

| Type of Balance | Average Daily Balance | ANNUAL PERCENTAGE RATE | Daily Periodic Rate |
|---|---|---|---|
| Purchase | $271.40 | 18.90% | .0607%* |
| Cash Advance | $19,477.31 | 18.90% | .0607%* |

### PAYMENT INFORMATION

| | |
|---|---|
| NEW BALANCE | $19,951.34 |
| Credit Line | $18,000 |
| Available Credit | $0 |
| Minimum Payment | $2,631.00 |
| Payment Due Date | 04/14/01 |

| | |
|---|---|
| Statement Date | 03/20/01 |
| | 28 Days in Billing Cycle |

*Daily Periodic Rate may vary

✂ DETACH HERE

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE

**PROVIDIAN NATIONAL BANK**

## We appreciate your business.
## Thank You!

PROVIDIAN

| | ACCOUNT NUMBER | OF 02/20/01 | DUE DATE | PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| | 5437-8150-0337-5741 | | | | $ |

Make Checks Payable To
Providian

HANNIBAL L PENNEY
1317 N SAN FERNANDO BLVD
BURBANK CA  91504-4236

Page 1 of 1
P015323

## PLATINUM MASTERCARD

5437815003375741022330019613070

DETACH HERE

### MESSAGES FROM PLATINUM MASTERCARD

Your account is past due and must be paid immediately to avoid further credit damage
and possible referral of your account for additional collection action.
If you are unable to make your payment immediately, call us at 1-800-763-6192.

Also note that your account is $1,613.07 over your $18,000.00 credit line. While your Account
Agreement may require you to pay this overlimit amount, we are giving you the flexibility of paying only
$2,233.00. Paying just this minimum due payment will leave your account in an overlimit status.
We encourage you to pay the additional $1,613.07 as soon as possible.

| ACCOUNT SUMMARY | | CUSTOMER SERVICE PHONE NUMBER | PAYMENT INFORMATION | |
|---|---|---|---|---|
| Previous Balance | $19,248.53 | 1-888-934-3000 | NEW BALANCE | $19,613.07 |
| - Credits | .00 | | Credit Line | $18,000 |
| - Payments | .00 | Account Number   5437 8150 0337 5741 | Available Credit | $0 |
| + Purchases & other Charges | .00 | | Minimum Payment | $2,233.00 |
| + Cash Advances | .00 | | Payment Due Date | 03/17/01 |
| + FINANCE CHARGE | 314.54 | | | |

| | Average Daily Balance | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Statement Date 02/20/01 |
|---|---|---|---|---|
| + Late Charge | 29.00 | | | |
| (Previous Due Date 02-13) | | Type of Balance | | |
| + Overlimit Fee (02-20) | 29.00 | Purchase | $209.95 | 18.90 % | .0507 %* | 32 Days in Billing Cycle |
| = NEW BALANCE | $19,613.07 | Cash Advance | $19,183.51 | 18.90 % | .0507 %* | |

260000000  1532  1528

*Daily Periodic Rate may vary

DETACH HERE

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

**FIRST USA**

## Payment Coupon

Account number    5466 6320 1198 7548

Please make checks payable to First USA Bank, N. A.
First USA Bank, N. A. is the issuer of this account.
Send top portion of statement with payment in enclosed
envelope.

| | |
|---|---|
| Past Due Amount-pay immediately | $3,378.00 |
| New Balance | $31,284.92 |
| Minimum Payment Due | $7,787.92 |
| Payment Due Date | APRIL 15, 2001 |

Amount enclosed

$

FIRST USA BANK, NA
P.O. BOX 50882
HENDERSON NV 89016-0882

HANNIBAL L PENNEY
1317 N SAN FERNADO
BLVD
BURBANK CA 91504-4236

98253

Address or E-mail change? Check
here and complete the reverse side.

5466632011987548007787920312849 28

# FIRST CARD

Closing Date    MARCH 21, 2001
Account         5466 6320 1198 7548
Page 1 of 2

## MasterCard® Platinum Statement

| | |
|---|---|
| Past Due Amount-pay immediately | $3,378.00 |
| Payment Due Date | APRIL 15, 2001 |
| Minimum Payment Due | $7,787.92 |

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $30,643.55 | Total Credit Line | $27,500.00 |
| Transactions | 58.00 | Total Available Credit | $0.00 |
| Payments & Credits(-) | 0.00 | Cash Limit † | $5,500.00 |
| Finance Charges | 583.37 | (a portion of your credit line) | |
| New Balance | $31,284.92 | Cash Available | $0.00 |

YOUR ACCOUNT IS CURRENTLY CLOSED

**AVOID FURTHER DAMAGE TO YOUR CREDIT RATING**
TO PREVENT YOUR ACCOUNT FROM CHARGING OFF, REMIT
YOUR PAYMENT IMMEDIATELY OR CALL 1-888-792-7547

### Transactions

| Date | Description | Amount |
|---|---|---|
| 03/21 | OVERLIMIT FEE | 29.00 |
| 03/21 | LATE FEE | 29.00 |
| 03/21 | PERIODIC RATE  *FINANCE CHARGE* | 583.37 |

### Finance Charge

PERIODIC RATE(S) AND APR(S) MAY VARY

| Rate Category | Corresponding annual percentage rate | Periodic rate 29 days in period | Corresponding finance charge balance Current | Previous | Finance charge |
|---|---|---|---|---|---|
| Purchases | 23.74% | .06505% | 30,924.26 | 0.00 | 583.37 |
| Advances | 23.74% | .06505% | 0.00 | 0.00 | 0.00 |

**FINANCE CHARGE***                                      $583.37

**ANNUAL PERCENTAGE RATE**    23.74%

† Cash Advance Credit Line is a portion of your total Credit Line.
*See reverse side for explanation and important information.

[vdkttext]

```
                              Case Selection
Dkt type: cr   Case Number: 00-6270    Division: 0   FtLauderdale

Transaction: kseal doc -/-/- - -
                            History Record
Occurrence date:    07/24/01     Service date :              ID#  4704876
                            Document Record
Document number:    79      -1   Document type :doc        -
Date filed : 07/24/01            Date disposed :      Term # :
Date req :                       Time req :           Flag :
Requested Amt :
+----------------------------------------------------------+
 SEALED DOCUMENT with attachments



+editing docket text---------------------------------------+


 Command mode (? for commands)
```

Attached to D.E. # ____79____