UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HANNIBAL PENNY and
ROBY DUDLEY,

    Defendant.
_____/



### ORDER CONTINUING TRIAL DATE

**THIS CAUSE** came before the Court upon the status conference held on July 25, 2001. At the status, the parties jointly agreed to extended trial date in this action. The Court found that the ends of justice will be served by the setting of said trial as set forth below and that an extension outweighs the best interest of the public and the defendant in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that trial in this cause is set for the two week period commencing <u>November 5, 2001</u>, in the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N. E. 4th Street, Miami, Florida. Calendar call will be held at 3:00 p.m. on <u>Wednesday, October 31, 2001</u>. All counsel **must** be present at the calendar call. All Counsel shall be present at **status conferences** to be held at 3:00 p.m. on <u>August 22, 2001 and September 19, 2001.</u> The trial setting in this case is firm. It is further

**ORDERED AND ADJUDGED** as follows:

Any negotiated pleas shall be taken not later than **September 29, 2001.**

rec'd in MIA Dkt 8/3/01   81

It shall be the duty of the attorneys herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the dates set forth.

If any counsel receives a written notice of trial from another judge, in either state or federal court, that in any way conflicts with this trial's scheduled setting, it is the obligation of that attorney to notify the judge immediately so that the judge may reschedule his or her calendar thus leaving counsel conflict free for this case.

The Court finds that the period of delay from July 25, 2001 to November 16, 2001, and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of July, 2001.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copied: Ana Martinez, AUSA
       Patrick Hunt, AFPD
       William Norris, Esq.