UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

          Plaintiff,

v.

HANNIBAL PENNEY,

          Defendant.
_____/

COUNSEL'S STATEMENT REGARDING SEPTEMBER 18, 2001 CALENDAR CALL.

Counsel for Hannibal Penney failed to appear at the September 18, 2001 calendar call for this case. This was the result of an oversight by counsel, who had the date of this calendar call entered in his appointment book and was, in fact, in the courthouse complex at the time of the calendar call (albeit dressed too informally for court). Counsel gives his apology for his failure to appear. His sense is that the court holds calendar calls in the later part of the month and, some how, it has gotten to the later part of September unexpectedly.

Counsel believes all is on track for the scheduled trial date. The prosecutor and counsel have discussed plea disposition and this does not appear likely. Counsel for Mr. Penney has a "house keeping" motion for service of trial subpoenas in preparation, but anticipates no event greatly out of the ordinary.

The focus of the Federal Bureau of Investigation on other matters has touched this case, but the prosecutor and counsel are working together to insure that trial preparation



*proceeds in a timely way.*

Respectfully submitted,

*/s/ William M. Norris*
William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, to AUSA Anna Maria Martinez; 99 N.E. 4th Street; Miami, FL 33131 and to AFPD Patrick M. Hunt, Assistant Public Defender; 101 NE 3rd Ave, Ste 220; Ft. Lauderdale, FL 33301.

*/s/ William M. Norris*
William M. Norris