UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.
_____/

### DEFENDANT HANNIBAL PENNEY'S EX-PARTE MOTION FOR ORDER DIRECTING SERVICE OF TRIAL SUBPOENAS.

COMES NOW Defendant Hannibal Penney, by counsel, and moves this court for entry of an order directing the United States Marshall's Service to serve the following subpoenas and tender travel expenses to compel the attendance of defense witnesses at trial[1]:

Kenneth Pikowski
Green Side Up Nursery Corp.
5050 Hylan Blvd.
Staten Island, NY 10312J.

W. Grabeel, Sr.
Southeastern Appraisal
402 W. Columbia Street
Somerset, KY 42501

---

[1] Counsel has coordinated with the Federal Public Defender. The people on this list are not being subpoenaed by that office, so there is no duplication of cost or effort in this request. Also, the subpoenas are returnable on November 12, 2001, the second week of trial, so that the is no unnecessary travel if trial is delayed for any reason.

John Laurence
Ken Laurence Galleries
1007 Kane Concourse
Bay Harbor, FL

Theodore "Ted" Samuels
3500 Mystic Pointe Drive
Miami, FL

David Samuels
2720 Paddock Rd
Ft. Lauderdale, FL 33331-3012

Sydell Faith "Sandy" Salzman
3341 Raleigh St. Apt. 2
Hollywood, FL 33021-3136

Ruth Geier
3351 N 37 Street
Hollywood, FL

Samuel S. Fields
6780 SW 16th St
Plantation, FL 33317-5148

Respectfully submitted,

*(signature)*

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney