UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.

_____ /

## DEFENDANT HANNIBAL PENNEY'S MOTION FOR OPPORTUNITY FOR COUNSEL TO CONDUCT INDIVIDUALIZED VOIR DIRE

Counsel for Defendant Hannibal Penny is confident that this Court has resolved the broad issues involved in the question of whether and to what extent counsel should be permitted to participate in the voir dire portion of the jury selection process. This request does not attempt to revisit the basic issues. Rather, this request is an attempt to identify why counsel wishes to actively participate in the process in this particular case and a plea for leave to do what the Court will allow.

Hannibal Penney is charged with, in essence, using the telephone to tell lies to get people to buy the goods and services he was selling. This is often called telemarketing fraud. This is not a *per se* crime, a crime in which every salesman who uses the telephone is a felon. Counsel is concerned about the deep antipathy that members of the jury panel may harbor for members of this profession. After all, they always call us just as we are sitting down for dinner. This is a chance to get back at them.

Counsel for Defendant Hannibal Penney wishes to explore whether potential jurors



have incorrectly drawn the conclusion that the defendant is guilty from the fact that he was

engaged in telephone sales.  This exploration is best conducted by defense counsel actively

participating in voir dire.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this motion was mailed postage prepaid
to AUSA Anna Maria Martinez; 99NE 4th Street; Miami, FL 33132 and AFPD Patrick M.
Hunt, 1 East Broward Blvd, Suite 1100; Ft. Lauderdale, FL 33301, this 15th day of
October, 2001.

William M. Norris