UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.

_____/

## DEFENDANT HANNIBAL PENNEY'S EX-PARTE MOTION FOR ORDER REVALIDATING TRIAL SUBPOENAS.

COMES NOW Defendant Hannibal Penney, by counsel, and moves this court for entry of an order revalidating the trial subpoenas served by the United States Marshall pursuant to prior order of this Court.

These subpoenas were returnable on November 12, 2001, the first day of the second week of the trial period in which this case was set for trial. Since the service of those subpoenas, trial has been reset for the two week period beginning on April 8, 2002. Revalidation by order of the court will eliminate the need for the Marshall to reserve Mr. Penney's witnesses. Counsel for Mr. Penney will mail a copy of the Court's order to each witness, together with a letter of explanation.

Respectfully submitted,

William M. Norris
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney