UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant.
_____/

## WAIVER OF RIGHT TO SPEEDY TRIAL.

HANNIBAL PENNEY hereby acknowledges that he has discussed with his attorney his rights to a speedy trial on the charges against him in this case, and that it is his informed choice to waive those rights. It is his choice to seek a postponement of trial so that he might be tried with his codefendant. He expressly waives any violation of his speedy trial rights, if any there be, as a result of the postponement of his trial from November 2001 until April 2002, such postponement being in the interest of justice to allow substitute counsel for his codefendant to prepare for trial.

_____
Hannibal Penney

Respectfully submitted,

_____
William M. Norris
William M. Norris, P.A.

        7685 S.W. 104 Street, Suite 220
        Miami, Fl 33156
        Tel. 305-661-6118
        Fax. 305-667-6161
        Attorney for Hannibal Penney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, to AUSA Anna Maria Martinez; 99 N.E. 4th Street; Miami, FL 33131 and to Albert Levin, 888 Brickell Avenue, Fl6, Miami, FL 33131-2913.

        _____
        William M. Norris