UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

           Plaintiff,

v.

HANNIBAL PENNEY,

           Defendant.
_____/

FILED by _____ D.C.
DEC 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT HANNIBAL PENNEY'S EX-PARTE MOTION FOR REVALIDATION OF TRIAL SUBPOENAS.

This matter comes before the Court on the Motion of Defendant Hannibal Penney for entry of an order revalidating the trial subpoenas served on his behalf, and extending the return date of those subpoenas to the two week trial period commencing on April 8, 2002. Upon consideration of the matter, it is

This 27th day of December, 2001

ORDERED that Defendant Hannibal Penney's motion is hereby GRANTED. All trial subpoenas issued on behalf of defendant Hannibal Penney are hereby revalidated and each of the persons or entities previously served on behalf of Defendant Hannibal Penney are hereby ordered to appear to give testimony during the two week trial period beginning on April 8, 2002.

1/3/02
Rec'd in MIA Dkt _____

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

