UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM


UNITED STATES OF AMERICA

v.

ROBY DUDLEY
and
HANNIBAL PENNEY

_____/



FILED by _____ D.C.

JAN 2 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.   MIAMI


## ORDER

This matter came before the Court on the government's motion for an enlargement of

time, and having reviewed the motion, and being duly advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  The government's

response to Penney's Second Motion in Limine shall be filed on or before January 25, 2002.

DONE AND ORDERED, this __22nd__ day of January, 2002, at Miami, Florida.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


copies: Ana Maria Martinez, AUSA
        Bill Norris, Esq.
        Albert Levin, Esq.