UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant.
_____/

### NOTICE OF UNAVAILABILITY

Counsel hereby gives notice of his unavailability on Friday March 8, 2001, and Friday, April 5, 2001, due to training sessions for which he has been selected and for which he has prepaid. Court attendance would not only void training for counsel, it would disrupt the training of seven other persons who are to be trained in this cycle as part of counsel's group.

        Respectfully submitted,

        William M. Norris
        William M. Norris, P.A.
        7685 S.W. 104 Street, Suite 220
        Miami, Fl 33156
        Tel. 305-661-6118
        Fax. 305-667-6161
        Attorney for Hannibal Penney



Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed postage prepaid this 29th day of January, 2002; to:

| | |
|---|---|
| AUSA Anna Martinez | Albert Levin, Esquire |
| 99 NE 4th Street | 888 Biscayne Blvd, Fl 6 |
| Miami, FL 33132 | Miami, FL 33131-2913 |

/s/ William M. Norris
William M. Norris