UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by __ D.C.
APR 0 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # __00-6270-CR-DLG__

## COURTROOM MINUTES

HONORABLE ____DONALD L. GRAHAM____, Presiding  Date __4/8/02__

Cont'd from __/ /__

Defendant 1. __HANNIBAL PENNY__          5. _____

2. __ROBY DUDLEY__                        6. _____

3. _____                             7. _____

4. _____                             8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__           Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__    Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

TRIAL    JURY _X_    BENCH __

VOIR DIRE BEGINS _✓_   JURY SELECTION CONTD.__  JURY IMPANELED _✓_

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/ /__

DISMISSED COUNTS _____
__ CT. MOT __ GOVT. MOT __ DEFT. MOT

JURY TRIAL BEGINS _✓_ JURY TRIAL HELD __ CONTINUED TO __4/9/02 @ 8:00AM__

MISTRIAL DECLARED __   NEW TRIAL ORDERED __   TRIAL ENDS __

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts # _____

JURY VERDICT SET ASIDE.__

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/ /__ NOTICE SERVED__

JURORS

1. M. COGO                5. T    GARCIA           9. H. ANDREWS

2. J. CHRISTIAN           6. J. ALTMAN            10. J. GONZALEZ

3. A. CLEMENTE            7. E. ACOSTA            11. M. COLON

4. J    BYRD              8. S. ALI               12. F. GONZALEZ

Alternate #1. M. GONZALEZ        Alternate #2. F. CORLEY

Alternate #3. S. ORR             Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

1st Day Jury Trial held
Jury Panel Sworn
Jury given Preliminary Instructions
Opening Statements held
Court in Recess to 4-9-02 @ 8:00 AM