

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

<u>COURTROOM MINUTES</u>

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date 4/9/02

Cont'd from  4/8/02

Defendant 1. __HANNIBAL PENNY__     5. _____

2. __ROBY DUDLEY__     6. _____

3. _____     7. _____

4. _____     8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk  __CLARA A. FOSTER__     Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__   Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__     Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL     JURY _X_   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___   JURY TRIAL HELD ✓ CONTINUED TO 4/10/02 @ 8AM

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

151

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON
12. F. GONZALEZ

Alternate #1. M. GONZALEZ     Alternate #2. F. CORLEY
Alternate #3. S. ORR          Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

2ND Day Jury Trial Held, Court in Recess to 4-10-02 @ 8:00AM