FILED by _____ D.C.

APR 10 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

<u>COURTROOM MINUTES</u>

HONORABLE ___DONALD L. GRAHAM___, Presiding Date 4/10/02

Cont'd from 4/9/02

Defendant 1. __HANNIBAL PENNY__          5. _____

2. __ROBY DUDLEY__          6. _____

3. _____          7. _____

4. _____          8. _____

Defense Counsel **WILLIAM NORRIS, ESQ.**   AUSA **ANNIE MARTINEZ**
              **ALBERT LEVIN, ESQ.**
Deputy Clerk  CLARA A. FOSTER          Reporter BARBARA MEDINA
              **JOYCE WILLIAMS**

Calendar Call Held__   Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL    JURY_X_   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
                __ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD_✓_CONTINUED TO 4/11/02 @ 8AM

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY.  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

| | | |
|---|---|---|
| 1. M. COGO | 5. T. **GARCIA** | 9. H. ANDREWS |
| 2. J. CHRISTIAN | 6. J. ALTMAN | 10. J. GONZALEZ |
| 3. A. CLEMENTE | 7. E. ACOSTA | 11. M. COLON **EXCUSED 4/10/02** |
| 4. J. BYRD | 8. S. ALI | 12. F. GONZALEZ |

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY

Alternate #3. S. ORR          Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

3rd Day Jury Trial Held

Juror #1 M. Colon Excused from jury duty

Juror # Alt 1 M. Gonzalez replaces juror #11

Court in recess to 4-11-02 @ 8Am