UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

FILED by _____ D.C.
APR 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

COURTROOM MINUTES

HONORABLE __DONALD L. GRAHAM__, Presiding Date __4/11/02__

Cont'd from __4/10/02__

Defendant 1. __HANNIBAL PENNY__    5. _____

2. __ROBY DUDLEY__    6. _____

3. _____    7. _____

4. _____    8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__    AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__    Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__    Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL    JURY _X_    BENCH___

VOIR DIRE BEGINS ___    JURY SELECTION CONTD.___    JURY IMPANELED ___

BENCH TRIAL BEGINS ___    BENCH TRIAL HELD ___    CONTINUED TO __/__/__

DISMISSED COUNTS_____
___ CT. MOT    ___ GOVT. MOT    ___ DEFT. MOT

JURY TRIAL BEGINS___    JURY TRIAL HELD _✓_    CONTINUED TO __4/12/02__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO  
2. J. CHRISTIAN  
3. A. CLEMENTE  
4. J. BYRD  
5. T. GARCIA  
6. J. ALTMAN  
7. E. ACOSTA  
8. S. ALI  
9. H. ANDREWS  
10. J. GONZALEZ  
11. M. COLON **EXCUSED 4/10/02**  
12. F. GONZALEZ  

Alternate #1. M. GONZALEZ   Alternate #2. F. CORLEY  
Alternate #3. S. ORR        Alternate #4. L. CASTILLO  

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4th Day Jury Trial held.
Court in recess to 4/12/02 @ 8:00 AM