UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

COURTROOM MINUTES

HONORABLE __DONALD L. GRAHAM__, Presiding  Date 4/12/02

Cont'd from 4/11/02

FILED by ___ D.C.
APR 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Defendant 1. __HANNIBAL PENNY__                5. _____

2. __ROBY DUDLEY__                              6. _____

3. _____                                    7. _____

4. _____                                    8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL     JURY _X_   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO _/_/_

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___   JURY TRIAL HELD _✓_   CONTINUED TO 4/15/02

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO            5. T. GARCIA          9. H. ANDREWS
2. J. CHRISTIAN       6. J. ALTMAN          10. J. GONZALEZ
3. A. CLEMENTE        7. E. ACOSTA          11. M. COLON **EXCUSED 4/10/02**
4. J. BYRD            8. S. ALI             12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY
Alternate #3. S. ORR               Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

5th Day Jury Trial Held
Court in recess to 4-15-02 @ 8AM