

FILED by ___ D.C.

APR 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date 4/17/02

Cont'd from    4/16/02

Defendant 1.___HANNIBAL PENNY___    5._____

2.___ROBY DUDLEY___    6._____

3._____    7._____

4._____    8._____

Defense Counsel WILLIAM NORRIS, ESQ.    AUSA  ANNIE MARTINEZ
ALBERT LEVIN, ESQ.

Deputy Clerk ___CLARA A. FOSTER___    Reporter  BARBARA MEDINA
JOYCE WILLIAMS

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL    JURY _X_    BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT __ GOVT. MOT __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD _✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY.  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.    Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO                 5. T. **GARCIA**        9. H. ANDREWS

2. J. CHRISTIAN            6. J. ALTMAN            10. J. GONZALEZ

3. A. CLEMENTE             7. E. ACOSTA            11. M. COLON  **EXCUSED** 4/10/02

4. J. BYRD                 8. S. ALI               12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY

Alternate #3. S. ORR               Alternate #4. L. CASTILLO


MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

8th Day Jury Trial Held

Court in recess to 4/18/02