

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

COURTROOM MINUTES

HONORABLE ____DONALD L. GRAHAM____, Presiding  Date 4/18/02

Cont'd from 4/17/02

Defendant 1. __HANNIBAL PENNY__   5. _____

2. __ROBY DUDLEY__   6. _____

3. _____   7. _____

4. _____   8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY _X_   BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD _✓_  CONTINUED TO 4/19/02

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. ___

JUDGMENT/ VERDICT OF GUILTY. Cts # _____

JURY VERDICT SET ASIDE. ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. JAMMIE BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ      Alternate #2. F. CORLEY

Alternate #3. S. ORR           Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-18-02  9th Day Jury Trial Held
Juror # 971079059 Ana Clemente is Absent And is Excused From Jury Duty
Court in Recess to 4-19-02 @ 8:00 AM
△ Penny - Waiver of Rights to Pre-Trial Hearings Filed in open Court