UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,
      Plaintiff,

v.

HANNIBAL PENNEY,
      Defendant.
_____/

## WAIVER OF RIGHT TO PRETRIAL HEARINGS.

HANNIBAL PENNEY hereby acknowledges that he has discussed with his attorney his right to attend pretrial hearings, particularly those hearings at which evidence is taken. He has been specifically advised that he has the right the attend pretrial hearings involving motions he has filed, including the hearing on his motion to suppress evidence which he alleges was obtained in violation of the federal wire tap statute.

By signing this document, Mr. Penney declares that it is his choice not to attend those hearings on his pretrial motions held during the week prior to the beginning of trial.

*Hannibal Penney*

Respectfully submitted,

*William M. Norris*
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been hand delivered this 17th day of April, 2002, to AUSA Anna Maria Martinez; 99 N.E. 4th Street; Miami, FL 33131 and to Albert Levin, 888 Brickell Avenue, Fl6, Miami, FL 33131-2913.

William M. Norris