UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date 4/23/02

Cont'd from 4/22/02

Defendant 1. __HANNIBAL PENNY__     5. _____

2. __ROBY DUDLEY__     6. _____

3. _____     7. _____

4. _____     8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL   JURY __X__   BENCH____

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD √  CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.  Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE  EXCUSED 4-18-02
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON  **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ       Alternate #2. F. CORLEY

Alternate #3. S. ORR            Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-23-02  12th Day Jury Trial Held

4-23-02  Both defendants Rest

4-23-02  Charge Conference Hrg. Held

4-23-02  Defendant Dudley Renewed Motion for Judgement of Acquittal - Ruling deferred to 4-24-02

4-23-02  Defendant Penny renewed motion for Judgement of Acquittal - Ruling deferred to 4-24-02