UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date **4/24/02**

Cont'd from **4/23/02**

Defendant 1. **HANNIBAL PENNY**                  5. _____

2. **ROBY DUDLEY**                     6. _____

3. _____                          7. _____

4. _____                          8. _____

Defense Counsel **WILLIAM NORRIS, ESQ.**   AUSA **ANNIE MARTINEZ**
**ALBERT LEVIN, ESQ.**

Deputy Clerk   **CLARA A. FOSTER**       Reporter **BARBARA MEDINA**
**JOYCE WILLIAMS**

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__     Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY **X**   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD **✓** CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO              5. T. GARCIA              9. H. ANDREWS
2. J. CHRISTIAN         6. J. ALTMAN              10. J. GONZALEZ
3. A. CLEMENTE EXCUSED  7. E. ACOSTA              11. M. COLON EXCUSED 4/10/02
   4-18-02
4. J BYRD               8. S. ALI                 12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY

Alternate #3. S. ORR               Alternate #4. L. CASTILLO


MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

| Date | Entry |
|---|---|
| 4-24-02 | 13th Day Jury Trial Held |
| 4-24-02 | Charge Conference Hrg. Continued |
| 4-24-02 | Defendants Motion for Judgement of Acquittal is hereby - DENIED |
| 4-24-02 | Closing Arguments Held |
| 4-24-02 | Jury Instructions given |
| 4-24-02 | Jury began Deliberations |
| 4-24-02 | Juror Back with A Question - Deliberations continued |
| 4-24-02 | Court in Recess to 4-25-02 @ 8:30 A |