UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

FILED by ___
APR 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE __DONALD L. GRAHAM__, Presiding   Date 4/26/02

Cont'd from 4/25/02

Defendant 1. __HANNIBAL PENNY__         5. _____
         2. __ROBY DUDLEY__              6. _____
         3. _____                        7. _____
         4. _____                        8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__    AUSA __ANNIE MARTINEZ__
                __ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__    Reporter __BARBARA MEDINA__
             __JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

___

TRIAL    JURY _X_    BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD _✓_  CONTINUED TO __/__/__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO                5. T. GARCIA           9.  H. ANDREWS
2. J. CHRISTIAN           6. J. ALTMAN           10. J. GONZALEZ
3. A. CLEMENTE            7. E. ACOSTA           11. M. COLON **EXCUSED 4/10/02**
4. J    BYRD              8. S. ALI              12. F. GONZALEZ

Alternate #1. M. GONZALEZ         Alternate #2. F. CORLEY
Alternate #3. S. ORR              Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-26-02  15th Day Jury Trial Held
4-26-02  Jury panel continues deliberations
4-26-02  Jury question #1 - resolved
4-26-02  Court in recess to 4-29-02 @ 8:00AM