FILED by __ D.C.
APR 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE __DONALD L. GRAHAM__, Presiding   Date 4/29/02

Cont'd from 4/26/02

Defendant 1. __HANNIBAL PENNY__    5. _____

2. __ROBY DUDLEY__    6. _____

3. _____    7. _____

4. _____    8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__    AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__    Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

TRIAL   JURY __X__   BENCH ___

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS __   JURY TRIAL HELD _✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED __   NEW TRIAL ORDERED __   TRIAL ENDS __

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # 1-10 (Roby)  1, 11, 15, 16, 18 (Penny)

DEFENDANT DISCHARGED/ACQUITTED. ✓ Roby Dudley

JUDGMENT/ VERDICT OF GUILTY. Cts # 12, 13, 14, 17, 19, 20 (Penny)

JURY VERDICT SET ASIDE. __

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR 7/12/02 @ 2:30 NOTICE SERVED __ (Penny)

169/WC

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. JAMMIE BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY

Alternate #3. S. ORR               Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-29-02  16th Day Jury Trial Held
4-29-02  Deliberations continued
4-29-02  Jurors are given the Allen Charge 11th Circuit Pattern
4-29-02  Jury back with a verdict
4-29-02  Bond as to Hannibal Penny Modified to: Defendant must report to Pre-Trial Release once per week by phone and once per week in person pending sentencing.
4-29-02  Jury back with Verdict