AO 187 (Rev. 7/87) Exhibit and Witness List

FILED APR 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

**U.S.A.** v. **HANNIBAL PENNY**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6272-CR-DLG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donald L. Graham | Ana Maria Martinez | William Norris |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/8/02 to | Barbara Medina | Joyce Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | 4-12-02 | ✓ | ✓ | |
| | 18A | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18B | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18C | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18D | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18A2 | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18B2 | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18C2 | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 18F | 4-15-02 | ✓ | | Patricia Lindmark |
| | 18E | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| 4 | | 4-15-02 | ✓ | ✓ | Patricia Lindmark |
| | 14A | 4-16-02 | ✓ | ✓ | Vickie Keel |
| | 14B | 4-16-02 | ✓ | | Vickie Keel |
| | 6D | 4-16-02 | ✓ | | Vickie Keel |
| | 17A | 4-17-02 | ✓ | | George Bayer |
| | 20B | 4-17-02 | ✓ | | Kathy Elroy |
| | 21B | 4-17-02 | ✓ | | Kathy Elroy |
| | 22B | 4-17-02 | ✓ | | Kathy Elroy |
| | 23B | 4-17-02 | ✓ | | Kathy Elroy |
| | 24B | 4-17-02 | ✓ | | Kathy Elroy |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (4/82)                    EXHIBIT AND WITNESS LIST – CONTINUATION

**U.S.A.** vs. HANNIBAL PENNY                    DOCKET NO. 00-6270-CR-DLG

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 20C | 4-18-02 | ✓ | ✓ | Dr. Terry Nofziger / letter received | |
| | 20A | 4-18-02 | ✓ | ✓ | Dr. Terry Nofziger / cassette tape | |
| | 20E | 4-18-02 | ✓ | | Dr. Terry Nofziger / photo of ROLL TOP DESK | |
| | 20F | 4-18-02 | ✓ | | Dr. Terry Nofziger / photo of ROLL TOP DESK – OAK | |
| | 20G | 4-18-02 | ✓ | | Dr. Terry Nofziger / photo of ROLL TOP DESK | |
| | 12A | 4-19-02 | ✓ | ✓ | Mike Carey / cassette tape of verification of order | |
| | 12B | 4-19-02 | ✓ | | Mike Carey / letter of verification of verification of order | |
| | 8 | 4-19-02 | ✓ | | Charlie Martin's Plea Agreement | |
| | 35 | 4-22-02 | ✓ | | Charlie Martin / transcript of sales pitch | |
| | 40 | 4-22-02 | ✓ | | David Hexter / Diagram | |
| | 40A | 4-22-02 | ✓ | | photo of Barbara Kelly | D.H. |
| | 40B | 4-22-02 | ✓ | | photo of Ruth Geirer | D.H. |
| | 40C | 4-22-02 | ✓ | | photo of Mark Goldberg | D.H. |
| | 40D | 4-22-02 | ✓ | | photo of Leslie Goldberg | D.H. |
| | 40E | 4-22-02 | ✓ | | photo of Charlie Martin | D.H. |
| | 40F | 4-22-02 | ✓ | | photo of | D.H. |
| | 40G | 4-22-02 | ✓ | | photo of Sandy Salzman | D.H. |
| | 40H | 4-22-02 | ✓ | | photo of | D.H. |
| | 40I | 4-22-02 | ✓ | | photo of Brenda | D.H. |
| | 40J | 4-22-02 | ✓ | | photo of Denise | D.H. |
| | 40K | 4-22-02 | ✓ | | photo of Kathy Murphy | D.H. |
| | 40L | 4-22-02 | ✓ | | photo of | D.H. |
| | 40M | 4-22-02 | ✓ | | photo of Tony Victor | D.H. |
| | 40N | 4-22-02 | ✓ | | photo of David | D.H. |
| | 40O | 4-22-02 | ✓ | | photo of Howard | D.H. |
| | | 4-23-02 | | | SAMUEL FIELDS – SWORN | |

Page 2 of ___ Pages

AO 187A (4/82)       **EXHIBIT AND WITNESS LIST — CONTINUATION**

| U.S.A. | vs. | HANNIBAL Penny | DOCKET NO. 00-6270-CR-DLG |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

Page 3 of _____ Pages