9:01 AM 4/8/02

Defense: Roby Dudley

| No. | |
|---|---|
| 1 | 4-10-02 |
| 2 | 4-11-02 |
| 3 | 4-12-02 |
| 4 | 4-12-02 |
| 5 | 4-16-02 |

FILED APR 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1 | Best Marketing Diagram | W. Anderson | 4/9/02 | 4/9/02 | |
| 1A | Enlarged diagram | W. Anderson | 4/9/02 | 4/9/02 | Objection / overruled |
| 2A | Baldacchino 2/23/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection / overruled |
| 2B | Transcript of Baldacchino/Dudley 2/23/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection / overruled |
| 2C | VHS Tape - 2/23/96 | W. Anderson | 4/9/02 | 4/09/02 | Objection / overruled |
| 3A | Brownfield 2/27/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 3B | Transcript of Brownfield/Dudley 2/27/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 3C | VHS Tape - 2/27/96 | W. Anderson | | 4/9/02 | Objection / overruled |
| 4A | Wright 3/1/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 4B | Transcript of Wright/Dudley 3/1/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 4C | VHS Tape - 3/1/96 | W. Anderson | | 4/9/02 | Objection / overruled |
| 5A | Poffenberger 3/6/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 5B | Transcript of Poffenberger/Dudley 3/6/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 5C | VHS Tape - 3/6/96 | W. Anderson | | 4/9/02 | Objection / overruled |
| 6A | Wright 4/23/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 6B | Transcript of Wright/Dudley 4/23/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 6C | VHS Tape - 4/23/96 | W. Anderson | 4/9/02 | 4/9/02 | |

Page 1 of 17

174

9:01 AM 4/8/02

Government's Exhibit List   **UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**
Ana Maria Martinez
Debra Stuart                Case No. 00-6270
Assistant United States Attorneys   -Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments | Defense: Hannibal Penney Exhibit No. |
|---|---|---|---|---|---|---|
| 7A | Humphrey 5/17/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled | 1 |
| 7B | Transcript of Humphrey/Dudley 5/17/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled | 2 |
| 7C | VHS Tape - 5/17/96 | W. Anderson | 4/9/02 | 4/9/02 |  | 3  4/2/02  4/15/02 ✓ |
| 8A | Poffenberger 5/29/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled | P.L. 18A  4/15/02 ✓ |
| 8B | Transcript of Poffenberger/Dudley 5/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled | P.L. 18B  4/15/02 ✓<br>P.L. 18C  4/15/02<br>P.L. 18D  4/15/02 |
| 8C | VHS Tape - 5/29/96 | W. Anderson | 4/9/02 | 4/9/02 |  | P.L. 18A2  4/15/02<br>P.L. 18B2  4/15/02 |
| 9A | Vogelpahl 6/3/96 Conversation with Dudley (1:17PM) | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled | P.L. 18E2  4/8/02<br>P.L. 18F  4/15/02 |
| 9B | Transcript of Vogelpahl/Dudley 6/3/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection/overruled | P.L. 18E  4/15/02<br>P.L. 4  4/15/02 ✓ |
| 9C | VHS Tape - 6/3/96 | W. Anderson | 4/9/02 | 4/9/02 |  | V.K. 14A  4/10/02<br>V.K. 4B  4/10/02 |
| 9D | Vogelpahl 6/3/96 Conversation with Dudley (1:46PM) Cassette tape | Colleen O'Neil | 4/9/02 | 4/10/02 | subject to later objection | V.K. 6D  4/10/02<br>G.B. 17A  4/10/02 |
| 9E | Transcript of Vogelpahl/Dudley 6/3/96 Conversation |  |  |  |  | K.E. 20B  4/10/02<br>K.E. 21B  4/10/02 |
| 10A | Bench 6/10/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4-10-02 | Objection/overruled | K.E. 22B  4/10/02 |
| 10B | Transcript of Bench/Dudley 6/10/96 Conversation | Colleen O'Neil | 4/9/02 | 4-10-02 | objection/overruled | K.E. 23B  4/10/02 |
| 10C | VHS Tape - 6/10/96 | W. Anderson | 4/9/02 | 4/9/02 |  | K.E. 24B  4/10/02 |
| 11A | Clark 2/8/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |  |
| 11B | Transcript of Clark/Penney 2/8/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |  |
| 11C | VHS Tape - 2/8/96 | W. Anderson | 4/9/02 | 4/9/02 |  |  |
| 12A | Carey 2/16/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |  |

9:01 AM 4/8/02

Government's Exhibit List  UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                      Case No. 00-6270
Debra Stuart                                 -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 12B | Transcript of Carey/Penney 2/16/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 12C | VHS Tape - 2/16/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 13A | Amron 3/26/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 13B | Transcript of Amron/Penney 3/26/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 13C | VHS Tape - 3/26/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 14A | Keel 3/27/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 14B | Transcript of Keel/Penney 3/27/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 14C | VHS Tape - 3/27/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 15A | Baker 3/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 15B | Transcript of Baker/Penney 3/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 15C | VHS Tape - 3/29/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 16A | Longennecker 5/2/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 16B | Transcript of Longennecker/Penney 5/2/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 16C | VHS Tape - 5/2/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 17A | Bayer 5/7/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 17B | Transcript of Bayer/Penney 5/7/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 17C | VHS Tape - 5/7/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 18A | Lindmark 5/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |

9:01 AM 4/8/02

Government's Exhibit List     UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart                  Case No. 00-6270
Assistant United States Attorneys      -Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 18B | Transcript of Lindmark/Penney 5/28/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 18C | VHS Tape - 5/28/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 19A | Amron 5/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | | |
| 19B | Transcript of Amron/Penney 5/29/96 Conversation | Colleen O'Neil | 4/9/02 | | |
| 20A | Nofziger 6/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection / overruled |
| 20B | Transcript of Nofziger/Penney 6/28/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection / overruled |
| 20C | VHS Tape - 6/28/96 | W. Anderson | 4/9/02 | 4/9/02 | objection - overruled |
| 20D | VHS Tape - 04/03/96 | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 20E | VHS Tape - 04/09/96 | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 20F | VHS Tape - 06/19/96 | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 21 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 21A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | Objection / overruled |
| 22 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 22A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23 | Hexter Office/Recorder (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24 | Penney Office (Room 9) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |

9:01 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 25 | Penney Office (Room 9) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 26 | Dudley Office (Room 8) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 26A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 27 | Dudley Office (Room 8) - Photo | | | | |
| 27A | Enlarged Photo | | | | |
| 28 | Verifier's Office (Room 5) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 28A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 29 | Storage Room (Room 12) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 29A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 30 | Storage Room (Room 12) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 31 | Premiums & Mailings (Room 13) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 31A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 32 | Penney - Photo | | | | |
| 33 | Dudley - Photo | | | | |
| 34 | Best Marketing Nationsbank Records | W. Anderson | 4/9/02 | 4/9/02 | |
| 35A | Dudley Payroll Records (1996) | W. Anderson | 4/9/02 | 4/9/02 | |
| 35B | Penney Payroll Records (1996) | W. Anderson | 4/9/02 | 4/9/02 | |
| 36 | Dudley Sales - 1989 - 1996 | W. Anderson | 4/9/02 | 4/9/02 | |

9:01 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 37 | Penney Sales - 1996 | W. Anderson | 4/9/02 | 4/9/02 | |
| 38 | **Customer Files-(Composite Exhibits)** Northeast Fiberglass (Baldacchino) Customer Files | " | | | |
| 39 | Reliable Truck Repair (Brownfield) Customer Files | W. Anderson | 4/9/02 | 4/9/02 | |
| 40 | B & W Motors (Wright) Customer Files | W. Anderson | | | |
| 41 | Poffenberger Associates (Poffenberger) Customer Files | W. Anderson | | | |
| 42 | Merry Maids (Humphrey) Customer Files | W. Anderson | | | |
| 43 | Terminal Freight Systems (Vogelpahl) Customer Files | W. Anderson | | | |
| 44 | Marquard Cleaners (Bench) Customer Files | | | | |
| 45 | Batavia Garage Door Co. (Clark) Customer Files | | | | |
| 46 | Central MI Communications (Carey) Customer Files | | | | |
| 47 | Amron Consulting Service (Amron) Customer Files | | | | |
| 48 | MovieWorld (Keel) Customer Files | | | | |
| 49 | Baker's Railroad Shop (Baker) Customer Files | | | | |
| 50 | Wayne Dental Associates (Longenecker) Customer Files | | | | |
| 51 | George Bayer CPA (Bayer) Customer Files | | | | |
| 52 | Canterbury House Apts. (Lindmark) Customer Files | | 4/9/02 | 4/9/02 | |
| 53 | Dr. Terry Nofziger (Nofziger) Customer Files | | | | |

9:08 AM 4/8/02

Government's Exhibit List    **UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**
Ana Maria Martinez
Debra Stuart                 Case No. 00-6270
Assistant United States Attorneys   -Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 54 | Robert Marcelo Customer Files | W. Anderson | 4/9/02 | 4/9/02 | |
| 55 | Patton's Premier Lighting (Patton) Customer Files | | | | |
| 56 | Jay's World Auto Parts (Coulter) Customer Files | S. Anderson | 4/9/02 | 4/9/02 | |
| 57 (Composite) | INVOICES OF PREMIUMS and AD-SPEC ITEMS Invoices of Premiums- Room 6 | W. Anderson | 4/9/02 | 4/9/02 | |
| 58 (Composite) | Invoices of Ad-Spec Items | W. Anderson | 4/9/02 | 4/9/02 | |
| 58A | Ad-Spec Records | W. Anderson | 4/9/02 | 4/9/02 | |
| 59 (Composite) | Photographs, Description, Price List of Various Premiums | W. Anderson | 4/9/02 | 4/9/02 | |
| 60A | Business Records - Room 3 | W. Anderson | 4/9/02 | 4/9/02 | |
| | 7/19/96 Check made payable from Best Marketing to Penwheel Productions. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Roby Dudley. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Mark A. Goldberg. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Leslie Goldberg. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Charles H. Martin. | | | | |
| 60B | Business Records - Room 5 | | | | |
| | Catalog Sheet Ad-Spec Items | | | | |
| | Longenecker Cancellation Letter | W. Anderson | 4/9/02 | 4/9/02 | |
| | 1992 Best Marketing Winners | | | | |

9:01 AM 4/8/02

Government's Exhibit List      UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                              Case No. 00-6270
Debra Stuart                                        -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 60C | **Business Records - Room 13** | W. Anderson | 4/9/02 | 4/9/02 | |
| | Phone List with Phone Names | | | | |
| | Honorary Business Degree to Roy Baker from Jim St. James | | | | |
| 61 (Composite) | Best Marketing Order Records - Room 3 | W. Anderson | 4/9/02 | 4/9/02 | |
| 62 (Composite) | **DUDLEY OFFICE RECORDS (Room 8)** | W. Anderson | 4/9/02 | 4/9/02 | |
| | List of No-Sales States | | | | |
| | Best Marketing Loaders Phone Exts. & Names | | | | |
| | Grand National Finalist Pitch, Corporate Pitch, and other Pitches | | | | |
| | "Declining the Offer" Pitch | | | | |
| | TV Pitch and other Pitches | | | | |
| | "Skeptical" Rebuttal Pitch | | | | |
| | "Logic" Pitch | | | | |
| | "How Can You Afford to Do It" Rebuttal Pitch | | | | |
| | "I Can't Afford This!" Rebuttal Pitch | | | | |
| | "I Don't Use My Credit Card Over The Phone" Rebuttal Pitch | | | | |
| | "I've Been Burnt Before" Rebuttal Pitch | | | | |
| | "He Who Stops Advertising" Slogan | | | | |

9:01 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
|  | Objection Rebuttals | W. Anderson | 4/9/02 | 4/9/02 |  |
|  | Premium Description & Premium Pitch |  |  |  |  |
|  | Curio GrandFather Clocks |  |  |  |  |
|  | Certificate of Authenticity - Historical Document "NY Times" Civil War |  |  |  |  |
|  | American Civil War Memorabilia |  |  |  |  |
|  | Freeport Grand Bahamas Certificate |  |  |  |  |
|  | Bahamas Cruise and Vacation Package |  |  |  |  |
|  | WW II "Enola Gay" Premium |  |  |  |  |
|  | Description of The Lobster Clambake Supreme |  |  |  |  |
|  | Mini-System Stereo with 3-Disc CD Changer |  |  |  |  |
|  | Premium List - Revised |  |  |  |  |
|  | Miscellaneous and Food Premiums with Prices |  |  |  |  |
|  | Premium List and Prices |  |  |  |  |
|  | Ad-Spec Items and Prices |  |  |  |  |
|  | Notepad Paper with Notes Re: Victor Bench |  |  |  |  |
|  | Dudley Sales & Commissions Report - 6/17/96 - 6/21/96 |  |  |  |  |
|  | Dudley Sales & Commissions Report - 6/24/96 - 6/28/96 |  |  |  |  |
| 63 (Composite) | Dudley Pink Box Cards | W. Anderson | 4/9/02 | 4/9/02 |  |

9:01 AM 4/8/02

Government's Exhibit List      UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                           Case No. 00-6270
Debra Stuart                                      -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | Gerard Baldacchino Index Card | W. Anderson | 4/9/02 | 4/9/02 | |
| | Bob Wright Index Card | | | | |
| | David Poffenberger Index Card | | | | |
| | Jim Vogelpahl Index Card | | | | |
| | Copy of Victor Bench Index Card | | | | |
| | Victor Bench Index Card | | | | |
| | Larry Humphrey Index Card | | | | |
| 64 (Composite) | Dudley Pink Box | W. Anderson | 4/9/02 | 4/9/02 | |
| 65 (Composite) | **PENNEY OFFICE RECORDS (Room 9)** | W. Anderson | 4/9/02 | 4/9/02 | |
| | List of No-Sales States | | | | |
| | Best Marketing Loaders Phone Exts. & Names | | | | |
| | Yellow notepad with handwritten sales | | | | |
| | Premiums and Prices | | | | |
| | Premiums and Prices (Handwritten) | | | | |
| | Pitches and Rebuttal | | | | |
| | Pitches (Closes) | | | | |
| | Catalog of Rarities & Prices | | | | |
| | "Suggested Premiums for 1 of 5, 2 of 7, etc" | | | | |

9:01 AM 4/8/02

**UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**
Case No. 00-6270-Cr-GRAHAM

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | List of Premiums for "U.S. Humanitarian Award" | W Anderson | 4/9/02 | 4/9/02 | |
| | Index Card with Name "Dr. Grant Maxwell" | | | | |
| | Holiday Promotion Pitch and Objection Rebuttals | | | | |
| | Premium Descriptions | | | | |
| | First Reload Pitch | | | | |
| | First Reload "No-Sale" Pitch | | | | |
| | Rebuttal Pitches | | | | |
| | Second Reload Pitch | | | | |
| | List of Premiums and Prices | | | | |
| | Ashley, Model #610-519 Grandfather Clock | | | | |
| | Bristol II Pooltable | | | | |
| | Oak and Cherry Desks | | | | |
| | Catalog with List of Items | | | | |
| | Certificate of Authenticity - The Civil War Battle of Gettysburg | | | | |
| | Index Card - CPA Pitch | | | | |
| | Amron Sales Order Form - 5/29/96 | | | | |
| 66 (Composite) | Penney Blue Box Cards | W Anderson | 4/6/02 | 4/6/02 | |

Page 11 of 17

9:01 AM 4/8/02

Government's Exhibit List  
Ana Maria Martinez  
Debra Stuart  
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY  
Case No. 00-6270  
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | "Confidential Pitch - Spy Close" Pitch | W. Anderson | 4/9/02 | 4/9/02 | |
| | "Self Close" Pitch | | | | |
| | "I Told You Last Time" Pitch | | | | |
| | Penney Black Index Box | | | | |
| | Mike Carey Index Card with Misc. Papers | | | | |
| | Pat Lindmark Index Card with Misc. Papers | | | | |
| | Dr. Terry L. Nofziger Index Card | | | | |
| 67 (Composite) | Irving Amron Index Cards with Misc. Papers | W. Anderson | 4/9/02 | 4/9/02 | |
| 68 (Composite) | Penney Blue Box | W. Anderson | 4/9/02 | 4/9/02 | |
| | Penney Black Box | | | | |
| | **ACTUAL PREMIUMS** | | | | |
| 69 | Official Heisman Trophy Signature Football | W. Anderson | 4/9/02 | 4/9/02 | |
| 70 | Emerald & Diamond Earrings | W. Anderson | 4/9/02 | 4/9/02 | |
| 71 | Lucian Piccard Ladies Diamond & Gold Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 72 | Man's Croton Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 73 | Ladies Croton Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 74 | Gold & Diamond Necklace | W. Anderson | 4/9/02 | 4/9/02 | |
| 75 | Black Eagle Note | W. Anderson | 4/9/02 | 4/9/02 | |

9:08 AM 4/8/02

Government's Exhibit List      UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                           Case No. 00-6270
Debra Stuart                                        -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 76 | Civil War Coins | W. Anderson | 4/9/02 | 4/9/02 | |
| 77 | Confederate Half Dollar | W. Anderson | 4/9/02 | 4/9/02 | |
| 78 | White House Red Room | W. Anderson | 4/9/02 | 4/9/02 | |
| 79 | Enola Gay | W. Anderson | 4/9/02 | 4/9/02 | |
| 80 | Civil War Bullets | W. Anderson | 4/9/02 | 4/9/02 | |
| | AD-SPEC ITEMS | | | | |
| 81 | 1 Mont Blanc style pen (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 82 | 1 green baseball cap "Chief Enterprises" | W. Anderson | 4/9/02 | 4/9/02 | |
| 83 | 1 blue beverage cooler "Chief Enterprises" | W. Anderson | 4/9/02 | 4/9/02 | |
| 84 | 1 gold plated Key Chain (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 85 | 1 "Say No to Drugs" pen | W. Anderson | 4/9/02 | 4/9/02 | |
| 86 | 1 twist pen | W. Anderson | 4/9/02 | 4/09/02 | |
| 87 | 1 plastic key tag | W. Anderson | 4/9/02 | 4/9/02 | |
| 88 | Mini Razor Set in gold plated box (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 89 | 1 pocket calculator & card holder | W. Anderson | 4/9/02 | 4/9/02 | |
| 90 | 1 pocket calculator | W. Anderson | 4/9/02 | 4/9/02 | |
| 91 | Letter Opener - gold plated | W. Anderson | 4/9/02 | 4/9/02 | |
| 92 | Ruler - gold plated | W. Anderson | 4/9/02 | 4/9/02 | |

**Government's Exhibit List — UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**

Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

Case No. 00-6270-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 93 | Box of Lighters | W. Anderson | 4/9/02 | 4/9/02 | |
| 300 | Plea Agreement | M. Goldberg | 4/10/02 | 4/11/02 | No objections |
| 400 | Summary Charts - Best Marketing Bank Records | K. Elroy | 4/17/02 | 4/17/02 | |
| 500 | Summary Charts - Advertising Specialty Items | Colleen O'Neil | 4/9/02 | | Objection |
| 510 | Summary Charts - Premiums | Colleen O'Neil | 4/9/02 | | objection |
| 520 | Summary Chart - Total Cost | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection/overruled with modification |
| 600 | Summary Charts - Pennwheel Productions | | | | |
| 700 | CUSTODIAN OF RECORDS - CERTIFICATIONS | K. Elroy | 4/17/02 | | |
| 701 | NATIONSBANK RECORDS - Best Marketing | K. Elroy | 4/17/02 | 4/17/02 | No objections |
| 710A (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr. DBA Penwheel Productions (statements) | | | | |
| 710B (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr., DBA Penwheel Productions (deposits) | | | | |
| 710C (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr., DBA Penwheel Productions (checks) | | | | |
| 711 | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr. | | | | |
| 801 | Shirley's Beauty Shop (Schleif/Investigator Welsch) Customer File | W. Anderson | 4/9/02 | 4/9/02 | |
| 802 | Valley Insurance Systems (Alex Nagy) Customer File 4-9-02 | " " | 4/10/02 | Admitted - no objection |
| 510 B | Summary Chart | C. O'Neil | 4/10/02 | 4/10/02 | Objection/overruled |

9:01 AM 4/8/02

Government's Exhibit List  UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez  Case No. 00-6270
Debra Stuart  -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 803 | Southeastern Appraisal (J.W. Grabeel, Sr.) Customer File | | 4/9/02 | 4/9/02 | |
| 804 | St. Croix International (Kent McNeley) Customer File | | | | |
| 805 | Blue Sky Delivery and Installation (Ava Kaufman) Customer File | | | | |
| 806 | Livingston Auto and Marine (Rick Noble) Customer File | | | | |
| 807 | Gutterscrews (Linda Everhart) Customer File | | | | |
| 808 | Long's Customer Doors (Darrell Long) Customer File | | | | |
| 809 | Laminating Specialties Inc. (Stuart Weeman) Customer File | | | | |
| 810 | Strongsville Trophy Co. (Diane Haber) Customer File | | | | |
| 811 | Green Side Up Nursery Corp. Kenneth Pikowski) Customer File | | | | |
| 812 | Rick's Service (Rick Buttry) Customer File | W. Anderson | 4/9/02 | 4/9/02 | |
| 813 | Faw Chiropractic Offices (Ruby Faw) Customer File | W. Anderson | 4/9/02 | 4/9/02 | |
| 901 | Tape - Dudley & Baldacchino  04/29/96 | Colleen O'Neil | 4/9/02 | | Objection - sustained |
| 902 | Tape - Dudley & Baldacchino  06/28/96 | Colleen O'Neil | 4/9/02 | | objection - sustained |
| 902B | Transcript - Dudley & Baldacchino 06/28/96 | Colleen O'Neil | 4/9/02 | | |
| 903 | Tape - Dudley & Wright  06/18/96 | Colleen O'Neil | 4/9/02 | | |
| 904 | Tape - Dudley & Humphrey  03/05/96 | | | | |
| 905 | Tape - Dudley & Vogelpahl  04/08/96 | | | | |
| 906 | Tape - Penney & Keel  03/01/96 | | | | |

9:01 AM 4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart    Case No. 00-6270-Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 906B | Transcript - Penney & Keel  03/01/96  5/3/96 | D. Staffacia / W. Anderson | 4/17/02 | 4/17/02 | |
| 907 | Tape - Dudley & Schleif (Welsch)  05/02/96 | D. Staffacia | 4/17/02 | 4/17/02 | |
| 907B | Transcript - Dudley & Schleif (Welsch) 05/02/96 | | | | |
| 908A | Tape - Penney & Baker  04/03/96 | W. Anderson | | 4/17/02 | |
| 908B | Transcript - Penney & Baker  04/03/06 | D. Roberts | | 4/17/02 | |
| 908C | Tape - Penney & Baker  04/09/96 | | | | |
| 908D | Transcript - Penney & Baker  04/09/96 | | | | |
| 908E | Tape - Penny & Baker  06/19/96 | | | | |
| 908F | Transcript - Penney & Baker  06/19/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 1000 | Best Marketing Sales Summary 1995 - 1996 | W. Anderson | 4/9/02 | 4/9/02 | |
| 1001 (Composite) | Victim Sales Summaries | | 4/9/02 | 4/9/02 | |
| 1001A | Northeast Fiberglass (Baldacchino) Sales Summary | | | | |
| 1001B | Reliable Truck Repair (Brownfield) Sales Summary | | | | |
| 1001C | B & W Motors (Wright) Sales Summary | | | | |
| 1001D | Poffenberger Associates (Poffenberger) Sales Summary | | | | |
| 1001E | Merry Maids (Humphrey) Sales Summary | | | | |
| 1001F | Terminal Freight Systems (Vogelpahl) Sales Summary | | | | |
| 1001G | Marquard Cleaners (Bench) Sales Summary | W. Anderson | 4/9/02 | 4/9/02 | |

7:35 AM 4/9/02

Government's Exhibit List         UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                              Case No. 00-6270
Debra Stuart                                         -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1001H | Batavia Garage Door Co. (Clark) Sales Summary | W. Anderson | 4/9/02 | 4/9/02 | |
| 1001I | Central MI Communications (Carey) Sales Summary | | | | |
| 1001J | Amron Consulting Service (Amron) Sales Summary | | | | |
| 1001K | Movie World (Keel) Sales Summary | | | | |
| 1001L | Baker's Railroad Shop (Baker) Sales Summary | | | | |
| 1001M | Wayne Dental Associates (Longennecker) Sales Summary | | | | |
| 1001N | George Bayer CPA (Bayer) Sales Summary | | | | |
| 1001O | Canterbury House Apts. (Lindmark) Sales Summary | | | | |
| 1001P | Dr. Terry Nofziger (Nofziger) Sales Summary | W. Anderson | 4/9/02 | 4/9/02 | |
| 1100 | Phone List - Room 13 [Business Record in Exhibit 60C] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1101 | List of No - Sale States [Dudley Office Record in Exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1102 | Humphrey Sales Order Form [Business Record in Exhibit 42] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1103A | Humphrey Verification Letter, page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1103B | Humphrey Verification Letter, page 2 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1104A | Grand National Finalist Pitch, page 1 [Dudley Office Record in exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1104B | Grand National Finalist Pitch, page 2 [Dudley Office Record in exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1105A | Corporate Pitch [Dudley Office Record in Exhibit 62], page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1105B | Corporate Pitch [Dudley Office Record in Exhibit 62], page 2 | K. Leubke | 4/10/02 | 4/10/02 | |

7:35 AM 4/9/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart                                Case No. 00-6270
Assistant United States Attorneys              -Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1106A | "A While Back" pitch [Dudley Office Record in Exhibit 62], page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1106B | "A While Back" pitch [Dudley Office Record in Exhibit 62] page, 2 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1107A | Envelope Pitch [Dudley Office Record in Exhibit 62], page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1107B | Envelope Pitch [Dudley Office Record in Exhibit 62], page 2 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1108 | Faw Chiropratic Letter [Business record in Exhibit 813] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1109 | Amron order form - 05/29/96 | C. O'Neil | 4/10/02 | 4/10/02 | |
| 1110 | Lindmark order form - 05/28/96 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1111A | Lindmark letter - 05/31/96, page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1111B | Lindmark letter - 05/31/96, page 2 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1112 | Lindmark Premium (piano) | K. Leubke | 4/10/02 | 4/10/02 | |
| 1113 | Penney Index Cards | K. Leubke | 4/10/02 | 4/10/02 | |
| 1114 | Enlarged Total Cost Summary Chart | C. O'Neil | 4/10/02 | 4/10/02 | Objection / overruled |
| 1115 | Enlarged Premium Summary Chart | | | | |
| 1116 | Enlarged Ad-Spec Summary Chart | | | | |
| 1202 | The Propher Agreement or letter | M. Goldberg | 4/11/02 | 4/11/02 | |
| 1301 | Transcript of Vickie Keel | Vickie Keel | 4/16/02 | 4/16/02 | |

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

| USA. | | | | | vs. | HANNIBAL PENNY, RODY DUDLEY | DOCKET NO. 00-6270-CR-DLG |
|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1304 | | 4/19/02 | ✓ | | Transcript of Mike Carey verification of purchase call |
| 1501 | | 4/22/02 | ✓ | ✓ | Charlie Martin / Plea Agreement |
| 1502 | | 4/22/02 | ✓ | | Charlie Martin / Summary of Martin's total sales |
| 1400 | | 4/22/02 | ✓ | | Charlie Martin / phone records |
| 1601 | | 4/23/02 | ✓ | | Barbara Kelley / customer file |
| 1602 | | 4/23/02 | ✓ | | Barbara Kelley / customer file |
| 1603 | | 4/23/02 | ✓ | | Barbara Kelley / legal pad – log of verifications |
| 1604 | | 4/23/02 | ✓ | | Barbara Kelley / legal pad – log of verifications |
| 1605 | | 4/23/02 | ✓ | | Barbara Kelley / legal pad – log of verifications |
| 1606 | | 4/23/02 | ✓ | | Barbara Kelley / legal pad – log of verification – customer service |
| 1607 | | 4/23/02 | ✓ | | Barbara Kelley / legal pad – log of cancellations |