UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**HANNIBAL PENNEY,**

    Defendant.
_____/   **V E R D I C T**

WE, THE JURY, find the Defendant, **HANNIBAL PENNEY,**

| | | |
|---|---|---|
| As to Count 1 of the Indictment: | ✓ Not Guilty | ___ Guilty |
| As to Count 11 of the Indictment: | ✓ Not Guilty | ___ Guilty |
| As to Count 12 of the Indictment: | ___ Not Guilty | ✓ Guilty |
| As to Count 13 of the Indictment: | ___ Not Guilty | ✓ Guilty |
| As to Count 14 of the Indictment: | ___ Not Guilty | ✓ Guilty |
| As to Count 15 of the Indictment: | ✓ Not Guilty | ___ Guilty |
| As to Count 16 of the Indictment: | ✓ Not Guilty | ___ Guilty |
| As to Count 17 of the Indictment: | ___ Not Guilty | ✓ Guilty |
| As to Count 18 of the Indictment: | ✓ Not Guilty | ___ Guilty |
| As to Count 19 of the Indictment: | ___ Not Guilty | ✓ Guilty |
| As to Count 20 of the Indictment: | ___ Not Guilty | ✓ Guilty |

SO SAY WE ALL

April 29. 02
DATE/TIME

_[signature]_
FOREPERSON

