UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,     CASE NO: 00-06270-CR-GRAHAM

          Plaintiff,

vs.

HANNIBAL PENNEY,

          Defendant.     **ORDER ON SENTENCING**
_____/

   YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on Friday, July 12, 2002 at 2:30 p.m. for imposition of sentence. On the scheduled date, report to the James Lawrence King Federal Justice Building, Courtroom 1, Eleventh Floor, 99 Northeast Fourth Street, Miami, Florida 33132, You will receive no further notice.

   If the above-named defendant has executed a bond, this notice advises the defendant that failure to appear as directed herein could result in being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, upon conviction.

   **IT IS FURTHER ORDERED** that a Pre-sentence Investigation and Report shall be completed. Defense Counsel shall report this date to the United States Probation Office, Room 315 of THE DAVID DYER BUILDING, 300 N. E. 1ST Avenue for interview and further instructions. Defendants on bond shall also report this date with Defense Counsel.

   **IT IS FURTHER ORDERED** that the Assistant U.S. Attorney will immediately provide the U.S. Probation Office the necessary information to prepare the Prosecution Section of the Pre-sentence Report. **In addition, all counsel are reminded to comply with Administrative Order 95-02 and the Local Rules of this Court which relate to the sentencing phase of the case**.

All motions for return of property shall be filed not later than ten (10) days from the date of the plea or conviction. The Government shall respond not later than seven (7) days from receipt of the defendants motion. Untimely Motions for Return of Property can be deemed waived. **All property issues shall be resolved at or prior to sentencing.**



DONE AND ORDERED in open Court this __29th__ day of __April__, 2002.

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　**DONALD L. GRAHAM**
　　　　　　　　　　　　　　　　　　　　　United States District Judge

DEFENSE COUNSEL: William Norris, Esq.

GOVERNMENT: Annie Martinez, , AUSA

| | | | |
|---|---|---|---|
| GUILTY PLEA | ( ) | INTERPRETER: | |
| TRIAL | ( X ) | PRISONER NO: | |
| BOND | ( X ) | DEFENDANT REMANDED | ( ) |

Case 0:00-cr-06270-DLG　Document 178　Entered on FLSD Docket 05/01/2002　Page 2 of 2