UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S.A.
    Plaintiff(s)
vs.
HANNIBAL Penny and
Roby Dudley
    Defendant(s)

Case No. 00-6270-CR-DLG



FILED ___ D.C.
APR 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversize records (larger than 10"x12"x15")
   Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ Ft. Laud. ☐ W.P.B.
   Item Nos. _____

☒ Other (Explain): All government exhibits admitted as shown on the attached exhibit list, except Exhibit 20F.

☒ Attachments
(Exhibit List) Order of Court)
Copy

SIGNATURE: _Lawrence C. Salomon_
PRINT NAME: LAWRENCE C. SALOMON
AGENCY OR FIRM: FBI
ADDRESS: 16320 N.W. 2nd Ave, No. Miami Bch., FL
TELEPHONE: 305-944-9101
DATE: 4-29-02

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

S/F CRD-1
REV. 4/90