UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S.A.
    Plaintiff(s)
vs.
Hannibal Penny
    Defendant(s)

Case No. 00-6270-CR-DLG

FILED by _____ D.__
MAY 01 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversize records (larger than 10"x12"x15")
  Item Nos. _____

☐ Stored by Records Section in: ☐ Miami  ☐ Ft. Laud.  ☐ W.P.B.
  Item Nos. _____

☑ Other (Explain): 16 blue Notebooks w/ transcripts
  14A, 18A, 18B, 18C, 18F, 3, 20C, 18B-2,
  18B-2, 18A-2, 14A-2

☐ Attachments
  (Exhibit List, Order of Court)

SIGNATURE: _William M Norris_
PRINT NAME: William M Norris
AGENCY OR FIRM: _____
ADDRESS: _____
TELEPHONE: 305 661 6118
DATE: 4/25/02

EXHIBITS RELEASED
BY: _Joel William_
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

S/F CRD-1
REV. 4/90

181