CJA 24 (REV. 10/89)

## AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

FLST 02 3187

1. JURISDICTION: 1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER
2. MAG. DOCKET NO.
3. DISTRICT DOCKETING NO.: 00-6270-CR-DLG
4. APPEALS DOCKET NO.
5. FOR (DISTRICT) CIRCUIT
PAID BY: JV 4/17/02
ACCTG. CLASS. NOS.

6. IN THE CASE OF: USA vs. PENNEY
7. PERSON REPRESENTED: Hannibal Penny
8. LOCATION/ORGANIZATION CODE
DATE PAID: 4/22/02

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
TRIAL  4-8-02  4-9-02  4-10-02  4-11-02  4-12-02

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
TRIAL  4-8-02  4-9-02  4-10-02  4-11-02  4-12-02

FILED by ___ D.C. CT. REP.

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: Wm. Norris   DATE: 4/12/02

ATTORNEY'S TELEPHONE NO.
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted.
MAY 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SIGNATURE OF JUDGE OR MAGISTRATE
DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
A. Apportion 1/3 of transcript with Gov't + Co-Δ | 14.A. DLG
B. ☐ Expedited  ☒ Daily  ☐ Hourly Transcript | 14.B. DLG
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14.C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14.D.

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Barbara Medina
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: 99 NE 4 St S6 1155, Miami Fla 33132
19. TELEPHONE NO. AREA CODE (305) NUMBER 523-5138

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-47, 1-173, 1-164, 1-185, 1-143 | 712 | $5.50 | $3916.02 | $2610.68 | $1305.34 |
| B. Copy | ↑ | 712 | $1.00 | $712.00 | $474.66 | $237.33 |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
CLAIMANT'S CERTIFICATION   DATE: 4-12-02

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.
SIGNATURE OF ATTORNEY/CLERK OF COURT: Wm. Norris   DATE: 4/12/02

23. TOTAL CLAIMED: $1542.67

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE: 4/15/02
25. AMT. APPROVED: $1542.67

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT.