

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant.
_____/

### DEFENDANT HANNIBAL PENNEY'S SUPPLEMENT TO OBJECTIONS TO THE PRESENTENCE REPORT: FRAUD LOSS COMPUTATION

Defendant Hannibal Penney supplements his previously filed objections to the Presentence Report to provide a reasoned and factually grounded basis for fraud loss computation. The probation officer has proposed a 20 level upward adjustment based on a number that, so far as the report discloses, is grabbed out of the ether. It has utterly no basis in the facts of the offenses of conviction.

The attached speadsheet shows the net loss in the six counts of conviction, consistent with Application Note 7 (a) "Fraud Involving Misrepresentation of the Value of an Item or Product Substitution" to SCGM Section 2F1.1. . is $1,943.39. Mr. Bayer, the cross examination showed, pulled a little scam of his own, receiving a refund from Best Marketing, but retaining the product and the premiums. He, of course, had a net gain. If his transaction is considered zero sum, the net fraud loss is $1,662.92. On the table provided in Section 2F1.1(b)(1)(A), the guidelines provide for no increase to the base offense level of 6.



Mr. Penney requests that this fraud loss be used in his sentence computation.

Respectfully submitted,

*[signature]*

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed postage prepaid this 27th day of June, 2002; to:

| AUSA Anna Martinez | USPO Katrina R. Jenkins |
| 99 NE 4th Street | 300 NE 1st Ave, Rm 315 |
| Miami, FL 33132 | Miami, FL 33132 |

*[signature]*

William M. Norris

CALCULATION OF LOSS, Penney

| CUSTOMER | TOTAL SALE | PRODUCT | PREMIUM COST | IMPRINT | SHIPPING/ HANDLING | TOTAL VALUE GIVEN |
|---|---|---|---|---|---|---|
| CARREY | $1,498 | $99.96 | $675.00 | $35 | $50 | $859.96 |
| AMRON | $999 | $129.36 | $487.00 | $35 | $50 | $701.36 |
| KEEL | $799 | $452.00 | $175.00 | $35 | $50 | $712.00 |
| BAYER | $999.75* REFUNDED* | $35.28* | $599* | $35* | $50* | $719.28* REFUNDED* |
| AMRON | $1,999 | $158.76 | $1,499.00 | $35 | $50 | $1,742.76 |
| NOFZIGER | $1,698 | $147.00 | $1,082.00 | $35 | $50 | $1,314.00 |
| SUBTOTALS | $7,992.75 | $1,022.36 | $4,517 | $210.00 | $300 | $6,049.36 |
| | LOSS = | $7,992.75 -$999.75* $6,993.00 TOTAL SALES | $6,049.36 -719.28* $5,330.08 TOTAL VALUE GIVEN | $6,993.00 -5,330.08 $1,662.92 LOSS TOTAL | | $1,943.39 w/Bayer $1,662.92* w/o Bayer LOSS TOTAL |

LOSS TOTAL  $1,662.92

George Bayer's entire $999.75 was refunded by the company, as Bayer testified at trial. The $999.75 Bayer sale should be subtracted.