UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

HANNIBAL PENNEY
_____/

GOVERNMENT'S RESPONSE
TO DEFENDANT PENNEY'S MOTION TO VACATE CONVICTION

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully files this response to defendant Penney's belated motion to vacate his conviction "for failure of the indictment to allege a wire fraud scheme."

The motion is not properly before the Court at this time. The time for pretrial motions is long past. If the motion is viewed either as a motion under Rule 29 or Rule 33, both those rules require motions to be filed within seven days of the jury's verdict. In any event, the motion lacks merit. If the court is inclined to address the merits, the government respectfully requests until July 22, 2002 to file its response on the merits.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0735167
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9431
Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2002, a true and correct copy of the foregoing was hand delivered to William Norris, Esq., 7685 S.W. 104th St., Suite 220, Miami, FL 33156.

*[signature]*

ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY