Case 0:00-cr-06270-DLG    Document 201    Entered on FLSD Docket 07/15/2002    Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _00-6270 CR-DLG_

DATE: _7-13-02_

United States of America,

vs.

_Hannibal Penny_

_△ present_

RECEIVED & FILED IN OPEN COURT
ON _7-13-02_ AT
_Miami, Fl_
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

JUDGE: **DONALD L. GRAHAM**

### CRIMINAL COURT MINUTES

TYPE OF HEARING: _Status re: Sentencing_

AUSA: _Annie Martinez_

DEFENSE COUNSEL: _William Norris, ESQ_

INTERPRETER: _None_     COURT REPORTER: _B. Medina_

CLERK: _C Foster_

PROCEEDINGS AT HEARING: _The court advises △ &_
_csl of concerns w/ incomplete PSI;_

_PSI to be provided 8-16-02 And any_
_Additional pleadings — Any responsive_
_pleadings 8-23-02_
_Court directs △'s financial documents_
_Unsealed and provided to U.S. Probation_
_Court directs Gov't to provide U.S._
_Prob. w/ financial documents — parties to confer_
_w/ each other_

MOTION: ____GRANTED    ____DENIED    ____TAKEN UNDER ADV.

SETTING

STATUS: _____    NEW TRIAL DATE: _____

CHANGE OF PLEA: _____    OTHER: _Sentencing 9-13-02_
_@ 9:30 Am_

_201/_
_WC_