# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

CJA 24 (REV. 10/89)

**VOUCHER NO.** FLST02318 7-03
**PAID BY** GN 4/30/02
**ACCTG. CLASS. NOS.**
**DATE PAID** 4/30/02 WPS

1. **JURISDICTION**: ☒ 2 DISTRICT
2. **MAG. DOCKET NO.**
3. **DISTRICT DOCKETING NO.**: 00-6270-CR-DLG
4. **APPEALS DOCKET NO.**
5. **FOR**: DISTRICT
6. **IN THE CASE OF**: USA vs. Hannibal Penney
7. **PERSON REPRESENTED**: Δ
8. **LOCATION/ORGANIZATION CODE**

FILED BY CT. REP. D.C.
AUG 06 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

9. **PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED**: Trial

10. **PROCEEDINGS TO BE TRANSCRIBED**: Trial 4/22/02  4/23/02

11. **ATTORNEY'S STATEMENT**
Signature: Wm. Norris / Wm. Norris   Date: 4/24/02
☒ 3 PANEL ATTORNEY

12. **COURT ORDER**
Signature of Judge or Magistrate
Date: 4/22/02

13. **SPECIAL AUTHORIZATIONS**
A. Apportion 1/3 of transcript with govt + co Δ
B. ☒ Daily

14. JUDGE'S INITIALS: 14.A, 14.B

## CLAIM FOR SERVICES

15. **COURT REPORTER/TRANSCRIBER STATUS**: ☒ Official
16. **FULL NAME OF PAYEE**: Barbara Medina
17. **SOCIAL SECURITY OR EMPLOYER ID**: 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
18. **PAYEE'S ADDRESS**: 99 NE 4 ST Ste 1155, Miami FL 33132
19. **TELEPHONE NO.**: (305) 523-5138

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-163 / 1-185 | 348 | $5.50 | $1914 | $1276 | $754.00 |
| B. Copy | 1-163 / 1-185 | 348 | $1.00 | $348 | $232 | $ |
| C. Expenses | | | | | | $ |

21. **CLAIMANT'S CERTIFICATION**: Date 4/23/02
22. **CERTIFICATION OF ATTORNEY OR CLERK**: Wm. Norris 4/23/02
23. **TOTAL CLAIMED**: $754.00

24. **APPROVED FOR PAYMENT**: Date 4/22/02
25. **AMT. APPROVED**: $754.00

ORIGINAL – MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT.