UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

HANNIBAL PENNEY
_____/

NIGHT BOX FILED
AUG 16 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

GOVERNMENT'S MOTION TO UNSEAL FINANCIAL INFORMATION

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully files this motion to unseal financial information submitted by defendant Penney. The Court has already made this information available to the U.S. Probation Office. This motion is to request that a copy of the papers submitted by Penney also be made available to the U.S. Attorney's Office. In support, the government states the following.

1.   On June 20, 2001, defendant Penney requested that this Court provide him with an attorney paid by the Court. In support of his request, Penney made statements under oath claiming he and his wife had no jobs, no income, and savings that were almost depleted (around $3-$5,000 remaining). Penney also advised the Court that he and his wife had a home that they bought a couple of years earlier for close to $400,000, with a down payment of about $125,000. He said his monthly payment was about $1,800. The defendant also said he had credit card debts.

1



2.      At that June 20, 2001 hearing, the Court ordered the defendant to submit

"the last six months of your mortgage payments, credit cards, any other transactions, including stock trades, et cetera, for the last six month period, including those of yourself and those you jointly own with your wife. . . . That includes all financial transactions, including, but not limited to, credit card payments, mortgage payments, mutual fund dividends and/or interest payments from stocks, bonds, et cetera, lease agreements, all daily expenses, everything."

3.      Some time after that hearing, it appears that the defendant filed under seal some documents in response to the Court's order. Based on the defendant's request, statements, and submissions, it appears that the defendant has had the benefit of a court-paid attorney.

4.      Penney went to trial in April 2002, and was convicted of six wire fraud counts. At a hearing on July 12, 2002, this Court ordered that the financial information submitted by Penney be made available to the U.S. Probation Office.

5.      The financial documents submitted by Penney are also pertinent to the government's efforts to address issues relating to Penney's finances and truthfulness in these Court proceedings. The government is not aware of a basis for maintaining these matters under seal. Defendants statements while seeking court-appointed counsel are routinely made in open court. Also, defendant statements to "arms of the court" (such as pretrial services or the probation office) are routinely made available to the attorney for the government, so that the government may raise any issues pertinent to those statements. If there is any concern about making these records public, this could be remedied by making the documents available to the government at least in the same way that the PSI is made available.

6. The undersigned has previously discussed this matter with Bill Norris, Esq., counsel for defendant Penney, and he has opposed this request.

For the reasons stated above, the United States respectfully requests that this Court order that the financial information filed by defendant Penney be unsealed so that the government may address it.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0735167
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9431
Fax: (305) 530-6168

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 19th day of August, 2002 to: Bill Norris, Esq., 7685 S.W. 104th St., Suite 220, Miami, FL 33156.

ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY

4