UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Sealed**

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

HANNIBAL PENNEY
_____/

FILED by _____ D.C.
SEP 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

This matter came before the Court on the government's motion to unseal financial documents filed by defendant Penney, and having reviewed the motion, and being duly advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The financial documents filed by defendant Penney (in response to the Court's oral order of June 20, 2001), which are docket entry # __73__, shall be unsealed by the Clerk of the Court so that they are made available to the U.S. Attorney's Office.

DONE AND ORDERED, this __3rd__ day of ~~August~~ September, 2002, at Miami, Florida.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copies: Ana Maria Martinez, AUSA
       Bill Norris, Esq.

Rec'd In MIA Dkt __9/6/02__
w/doc to be uns.

212