UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.

_____/

## DEFENDANT HANNIBAL PENNEY'S RENEWED OBJECTIONS TO THE RESTRUCTURED PRESENTENCE REPORT

Defendant Hannibal Penney filed his objections to the presentence report on June 24, 2002, and, later on the same day, filed an additional document addressing specifically the fraud loss computation.

Following the last scheduled hearing, Mr. Penney and his attorney met at length with the probation officer at her office to present documents and to discuss the objections that had been filed in response to the initial presentence report. This effort was made in the hope that many of the issues could be resolved without the need for an adversary hearing before the Court. This hope was vain. Nothing in the revised presentence report even acknowledges that Mr. Penney and his counsel met with the probation officer. Certainly, nothing discusses the documents provided to that officer or the Guideline references made to correct that officer's initial report.

The government has rewritten the offense conduct section of the probation officer's report to the Court, so there is now at least acknowledgement that there was a

1



three week trial. Also, the probation officer supervising Mr. Penney in California reported on his home visit - which was the root cause of the postponement of sentencing. There is nothing of note in the report of that visit, other than the fact that is occurred. Also, there is additional discussion of Mr. Penney's financial condition. That additional discussion simply confirms the fact that Mr. Penney's finances have continued their death spiral while he was awaiting trial and sentencing on this case.

Since the probation officer has changed nothing pertinent to the sentencing computation in her report, this pleading is not complex. Mr. Penney reasserts his previously made objections to the sentencing calculus proposed in the initial presentence report.

The central issues are:

## 1. Role in the offence/More than minimal planning:

In her new "offense conduct" statement, the prosecutor did address the people Mr. Penney spoke of in his previous objections. Incredibly, the probation officer did not address either these unindicted people, the roles they played at Best Marketing, Inc., or the lesser role that Mr. Penney played. The truth of the matter, as the Court is fully aware from trial testimony, is there was a management/supervisory/creative level of personnel at BMI. Mr. Penney clearly is a lesser player than these people. That truth, and its impact on both Mr. Penney's role assessment and the question of whether he really was engaged in any of the business planning, is simply not addressed in the PSI.

## 2. Fraud loss computation:

The probation officer repeats her "moon shot" of a fraud loss allegation. Mr. Penney and his attorney have no idea where this number comes from. It is impossible to

2

respond coherently to an incoherent allegation, but that is what we have to deal with.

**3. Criminal history computation:**

The probation officer has take a "fine or imprisonment" sentence for which Mr. Penney paid a fine and counted it as a period of incarceration. Mr. Penney presented the documents to the probation officer as well as copies of the pertinent guideline manual sections stating that on the facts of this case, the probation officer was simply wrong. She has not even acknowledged that the meeting occurred, that the documents were presented, and that the guidelines were discussed. This is nothing more that a breakdown of the system.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed postage prepaid this 5th day of September, 2002; to:

AUSA Anna Martinez          USPO Katrina R. Jenkins
99 NE 4th Street            300 NE 1st Ave, Rm 315
Miami, FL 33132            Miami, FL 33132

William M. Norris