UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HANNIBAL PENNY,

        Defendant.
_____/

## NOTICE OF HEARING

**THIS CAUSE** is hereby reset for a **Sentencing Hearing** before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida, Thursday, October 31, 2002 at 4:00 p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida, this ___ day of October, 2002.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: Annie Martinez, AUSA
          Debra Stuart, AUSA
          William Norris, Esq.
          Katrina Jenkins, USPO

