## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

DEFENDANT __Hannibal Penny__

Clerk __CLARA A. FOSTER / Joyce Williams__    JUDGE __DONALD L. GRAHAM__

DATE __10-31-02__

Reporter __BARBARA MEDINA__

AUSA __Annie Martinez__    Deft. Counsel __William Norris__

DEFENDANT FOUND GUILTY AS TO COUNTS __12, 13, 14, 17, 19, & 20__

COUNTS DISMISSED _____

____ Deft. failed to appear - warrant to issue. Bond Forfeited.

____ Sentencing cont'd until __/ /__ at _____

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 10 | 12, 13, 14, 17, 19, & 20 |

Comments __each count concurrent__

Supervised Release __12, 13, 14, 17, 19, & 20, ea. ct. conc. 3 years - pay Restitution over 36 months, standard conditions, maintain full time employment; supply documents & pay-stubs__

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments _____

Assessment $_____    Fine $_____

Restitution / Other _____

### CUSTODY

____ Remanded to U.S. Marshal    ____ Release bond pend appeal

__X__ Voluntary Surrender to (designated institution or US Marshal) on __1/3/03__ @ 2:00 PM

__X__ Commitment recommendation: __The defendant be designated to FDC, Nellis in or around Las Vegas, Nevada__

(rev. 12/91)

ADDITIONAL COMMENTS TO SENTENCING MINUTES

W-2 Forms, etc.; cannot enter into business that offers securities to the public; No telemarketing jobs; No self employment without permission; Must not establish lines of credit via credit cards; financial disclosure; pay Restitution totally $6,802.71 RE: $3539.24 pursuant to the Victims Act and $3,263.47 based upon ability to earn income
Pay $600 Assessment    Waive Fine