FILING FEE
PAID _____
In Forma
Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM    02 NOV -1 PM 12: 25

UNITED STATES OF AMERICA,

CLARENCE MADDOX
CLERK U S. DIST. CT.
S.D OF FLA - MIA

Plaintiff,

v.

HANNIBAL PENNEY,

Defendant.

_____/

NOTICE OF APPEAL

Defendant Hannibal Penney hereby gives notice of his appeal to the

Eleventh Circuit Court of Appeals from the judgment and sentence of the District

Court in the above captioned proceeding.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W.104th Street, Suite 220
Miami, FL 33156
Tel: 305-661-6118
Fax: 303-667-6161
Attorney for Hannibal Penney

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was
mailed postage prepaid this 1st day of November, 2002; to:  AUSA Anna
Martinez; 99 NE 4th Street; Miami, FL 33132.

William M. Norris