UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANNIBAL PENNEY,

        Defendant.
_____/

## MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

Defendant Hannibal Penney advises the court that' pursuant to instruction, his trial counsel has filed notice of appeal of the judgment and conviction entered by this court to the Eleventh Circuit Court of Appeals. Mr. Penney further advises the Court that he is without funds to retain private counsel to perfect this appeal. Therefore, Mr. Penney requests that the Court appoint counsel to represent him for purposes of this appeal.

No additional documentation to establish indigence is submitted in support of this application because the Court is fully advised of Mr. Penney's current financial status and has found, on October 31, 2002, that Mr. Penney is unable to pay a fine.

Wherefore, Mr. Penney requests that the Court appoint counsel to

represent him in this direct appeal of his conviction and sentence.

Respectfully submitted,

*[signature]*

William M. Norris
William M. Norris, P.A.
7685 S.W. 104th Street, Suite 220
Miami, FL 33156
Tel: 305-661-6118
Fax: 303-667-6161
Attorney for Hannibal Penney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed postage prepaid this 1st day of November, 2002; to: AUSA Anna Martinez; 99 NE 4th Street; Miami, FL 33132.

*[signature]*

William M. Norris