UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM



UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
v.                              )
                                )
HANNIBAL PENNEY,                )
                                )
            Defendant.          )
_____)

## UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence entered on the docket in this action on the 1st day of November, 2002.

REC'D by _____ D.C.
APPEAL

NOV 2 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
Suzan Hill Ponzoli
Assistant United States Attorney
Florida Bar No. 272450
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 536-9123
FAX: (305) 536-7214
Suzan.Ponzoli@USDOJ.GOV



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26thday of November, 2002, to: William M. Norris, Esq., counsel for Hannibal Penney, Suite 220- Offices of Pinecrest II, 7685 S.W. 104th Street, Miami, Florida 33156.

_____
Assistant United States Attorney