UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HANNIBAL PENNY,

        Defendant.
_____/

FILED by ___ D.C.
DEC - 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to United States Magistrate Judge **Peter R. Palermo** for a Report and Recommendation as to the appropriateness of Defense Counsel's CJA Voucher for Attorney's Fees.

**DONE AND ORDERED** in chambers, at Miami Florida this 4th day of December, 2002.

        _____
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
       William Norris, Esq.