UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

THE UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBY DUDLEY and
HANNIBAL PENNEY,

       Defendants.

MIAMI, FLORIDA

APRIL 11, 2002

FILED by _____ D.C.
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 4

APPEARANCES:

FOR THE GOVERNMENT:

    ANA MARIA MARTINEZ, A.U.S.A.
    DEBRA STUART, A.U.S.A.
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

    WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

    ALBERT Z. LEVIN, ESQ.

REPORTED BY:

    BARBARA MEDINA, RPR-CP
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-5138
    E-mail address:  barbmedina@aol.com