```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                  MIAMI DIVISION

                Case 00-6270-CR-DLG
```

**THE UNITED STATES OF AMERICA,**

        Plaintiff,

FILED by _____ D.C.
APPEALS
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

vs.

                          MIAMI, FLORIDA

**ROBY DUDLEY and**
**HANNIBAL PENNEY,**

                          APRIL 17, 2002

        Defendants.

---

```
        TRANSCRIPT OF JURY TRIAL PROCEEDINGS
      BEFORE THE HONORABLE DONALD L. GRAHAM,
            UNITED STATES DISTRICT JUDGE

                     Volume 8
```

APPEARANCES:

FOR THE GOVERNMENT:

        **ANA MARIA MARTINEZ, A.U.S.A.**
        **DEBRA STUART, A.U.S.A.**
        99 N.E. 4th Street
        Miami, FL   33132 - 305/961-9431

FOR DEFENDANT PENNEY:

        **WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

        **ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

        **BARBARA MEDINA, RPR-CP**
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL   33132 - 305/523-5138
        E-mail address:   barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**