UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBY DUDLEY and
HANNIBAL PENNEY,

MIAMI, FLORIDA

APRIL 18, 2002

Defendants.

FILED by _____ D.C.
APPEALS

DEC 1 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 9

APPEARANCES:

FOR THE GOVERNMENT:

ANA MARIA MARTINEZ, A.U.S.A.
DEBRA STUART, A.U.S.A.
99 N.E. 4th Street
Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

ALBERT Z. LEVIN, ESQ.

REPORTED BY:

BARBARA MEDINA, RPR-CP
Official Federal Court Reporter
Federal Justice Building, Ste. 1067
99 Northeast 4th Street
Miami, FL  33132 - 305/523-5138
E-mail address:  barbmedina@aol.com

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION