UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,

                              APRIL 22, 2002

        Defendants.

FILED by A. PEALS D.C.
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 11

APPEARANCES:

FOR THE GOVERNMENT:

        ANA MARIA MARTINEZ, A.U.S.A.
        DEBRA STUART, A.U.S.A.
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

        WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

        ALBERT Z. LEVIN, ESQ.

REPORTED BY:

        BARBARA MEDINA, RPR-CP
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138
        E-mail address:  barbmedina@aol.com

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION