```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION

                 Case 00-6270-CR-DLG
```

FILED by _____ D.C.
APPEALS
DEC 1 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.
                              MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,
                              APRIL 23, 2002

        Defendants.

---

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE DONALD L. GRAHAM,**
**UNITED STATES DISTRICT JUDGE**

Volume 12

APPEARANCES:

FOR THE GOVERNMENT:

    **ANA MARIA MARTINEZ, A.U.S.A.**
    **DEBRA STUART, A.U.S.A.**
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

    **WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

    **ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

    **BARBARA MEDINA, RPR-CP**
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-5138
    E-mail address: barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**