UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case **00-6270-CR-DLG**

**THE UNITED STATES OF AMERICA,**

        Plaintiff,

  vs.

**HANNIBAL PENNEY,**

        Defendant.

MIAMI, FLORIDA

OCTOBER 31, 2002

FILED by ___ D.C.
APPEALS
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

---

**TRANSCRIPT OF SENTENCING PROCEEDINGS**
**BEFORE THE HONORABLE DONALD L. GRAHAM,**
**UNITED STATES DISTRICT JUDGE**

Volume 2

APPEARANCES:

FOR THE GOVERNMENT:

    **ANA MARIA MARTINEZ, A.U.S.A.**
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

    **WILLIAM NORRIS, ESQ.**

REPORTED BY:

    **BARBARA MEDINA, RPR-CP**
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-5138
    E-mail address:  barbmedina@aol.com

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION