UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HANNIBAL PENNEY,

    Defendant.

_____/

### DEFENDANT HANNIBAL PENNEY'S MOTION FOR FOURTEEN DAY EXTENSION OF SURRENDER DATE.

COMES NOW Defendant Hannibal Penney, by counsel, and moves the Court for a two week extension to his surrender date. Mr. Penney was ordered to surrender to his designated facility on January 3, 2003, but, as of his mail delivery time on December 30, 2002, has not received notice of that designation.

The United States Marshall has given Mr. Penney what is a form of a "Plan B," directing Mr. Penney to report to the Marshall in Miami if he is not designated in a timely way by the BoP. Mr. Penney lacks the funds to travel from his home in Burbank, California to Miami, Florida. Counsel has advised Mr. Penney to contact the United States Marshall nearest his home (which is in the Los Angeles area) to advise them that he will be surrendering to them there.



By this motion, Mr. Penney seeks an extension of time to allow the Bureau of Prisons to complete their designation process so that he can report directly to his designated facility. Counsel has advised Mr. Penney that BoP policy is to designate an inmate to the least restrictive facility closest to his home. With a ten month sentence and no negative scoring factors, Mr. Penney should be scored as a "One Out" and receive a Federal Prison Camp designation.

This two week extension will allow the BoP to overcome the handicap of the holidays and lag time in the transfer of Mr. Penney's file from the Southeast Region, where he was convicted, to the Western Region, where he will serve his sentence.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Hannibal Penney

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed postage prepaid this 30th day of December, 2002; to:
AUSA Anna Martinez
99 NE 4th Street
Miami, FL 33132

William M. Norris