UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HANNIBAL PENNEY,

    Defendant.
_____/

**O R D E R**



FILED by _____ D.C.

JAN - 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** came before the Court upon Defendant Hannibal Penney's Motion for Fourteen Day Extension of Surrender Date (D.E. 257), filed December 30, 2002.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant Hannibal Penney's Motion for Fourteen Day Extension of Surrender Date is **GRANTED**. The Defendant is directed to surrender on January 17, 2003 at the institution designated by the Bureau of Prisons.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 2nd day of January, 2003.

                                _____
                                DONALD L. GRAHAM
                                UNITED STATES DISTRICT JUDGE

Copied:   Annie Martinez, AUSA
              William M. Norris, Esq.