UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6270 CR-DLG

THE UNITED STATES OF AMERICA,
        Plaintiff

VS.

HANNIBAL PENNEY,
  Defendant

- - -

MOTION HEARING HELD 3-28-02

BEFORE THE HONORABLE DONALD L. GRAHAM

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

FOR THE GOVERNMENT:

ANA MARIA MARTINEZ, A.U.S.A.
DEBRA STUART, A.U.S.A.


FOR DEFENDANT PENNEY:

WILLIAM NORRIS, ESQUIRE


FOR DEFENDANT DUDLEY:

ALBERT LEVIN, ESQUIRE


REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

*FILED by ___ D.C. JAN 1 6 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI*

*REC'D by ___ D.C. APPEAL JAN 1 7 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI*