# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS

JAN 2 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:    1/23/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    District Court No:    00-06270-CR    - DLG

        U.S.C.A. No:    02-16050-I

        Style:    USA V. HANNIBAL PENNEY

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    2    Volume(s) of pleadings

    16    Volume(s) of Transcripts

    X    Exhibits:    0    boxes;    1    folders;

        1    envelopes;    1    PSIs (sealed)

        [ ] other: _____

        [ ] other: _____

    [✓] Other:    ACC FOLDER CONTAINING DE#'s 78,79,83,85,86,88,98, 136, 152, 155

    [ ] Other: _____

Sincerely,
Clarence Maddox, Clerk of Florida

By: _____    Deputy Clerk

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
By _____
Date _____ Deputy Clerk   1/23/03

Attachment

S/F A-15

c: court file

Rev. 10/94

---

301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6270-ALL

USA v. Hexter, et al                                    Filed: 09/14/00
Dkt# in other court: None

Case Assigned to:  Judge Donald L. Graham

EDWARD HEXTER (1)
aka
David Best
     defendant
  [term  12/11/02]


Pending Counts:

   NONE


Terminated Counts:                      Disposition

18:371.F CONSPIRACY TO DEFRAUD      Dismissed
THE UNITED STATES:                  (1)
Conspiracy to commit wire
fraud.
(1)


Offense Level (disposition): 4



Complaints:

   NONE


=========================



Docket as of January 16, 2003 2:53 pm                  Page

Certified to be a true and
correct copy of the document on fil
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____
Deputy Cl
Date  1/22/03

Proceedings include all events.                                              WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

Case Assigned to:  Judge Donald L. Graham

```
MARK GOLDBERG (2)              Russell Jay Williams
aka                              [term  09/30/02]
Mike Gordon                      [COR LD NTC ret]
aka                              Miller & Williams
David Best                       400 SE 6th Street
aka                              Fort Lauderdale, FL 33301
Bill Swanson                     954-462-3668
     defendant
  [term  09/30/02]
```

Pending Counts:                         Disposition

18:371.F CONSPIRACY TO DEFRAUD      Probation for a period of 5
THE UNITED STATES:                 years.  Assessment of $100.00.
Conspiracy to commit wire          Restitution in the amount of
fraud.                             $711,547.93.
(1)                                (1)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


========================

Docket as of January 16, 2003 2:53 pm                    Page 2

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                      CLOSED APPEAL

Case Assigned to:  Judge Donald L. Graham

ROBY DUDLEY (3) , ADDRESS -          Public Defender
1317 N. Sanfernando Blvd.,            [term  05/08/02]
Burbank CA 91504                     FTS 536-4559
aka                                  305-530-7000
Ted Brown                            [COR LD NTC pda]
aka                                  Federal Public Defender's
Ed White                             Office
aka                                  150 W Flagler Street
Russ Walton                          Miami, FL 33130-1556
      defendant                      305-530-7000
  [term  05/08/02]
                                     Patrick Michael Hunt
                                      [term  05/08/02]
                                     Below Address Terminated on 10/29/02
                                     FTS 356-7556
                                     [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     1 E Broward Boulevard
                                     Suite 1100
                                     Fort Lauderdale, FL 33301
                                     954-356-7436

                                     Albert Zachary Levin
                                      [term  05/08/02]
                                     FTS 372-0052
                                     [COR LD NTC cja]
                                     Albert Z. Levin
                                     888 Brickell Avenue
                                     6th Floor
                                     Miami, FL 33131
                                     305-379-7101

Pending Counts:

    NONE


Terminated Counts:                            Disposition

18:371.F CONSPIRACY TO DEFRAUD        Acquitted
THE UNITED STATES:                    (1)
Conspiracy to commit wire
fraud.
(1)

18:1343.F FRAUD BY WIRE, RADIO,       Acquitted
OR TELEVISION                         (2 - 10)
(2 - 10)


Docket as of January 16, 2003 2:53 pm              Page 3

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                            CLOSED APPEAL

Offense Level (disposition): 4


Complaints:

    NONE


========================

Case Assigned to: Judge Donald L. Graham

CHARLIE MARTIN (4) , DOB              Harry Dohn Williams, Jr.
1/17/59; ADDRESS 1935                   [term  09/30/02]
Sherington Place, Newport             Below Address Terminated on 7/26/02
Beach, CA 92623                       FTS 372-8038
aka                                   [COR LD NTC ret]
Charlie Cole                          Hicks Anderson & Kneale
aka                                   799 Brickell Plaza
Fred Murphy                           9th Floor
aka                                   Miami, FL 33131-2513
Jerry Fried                           305-374-8171
    defendant
  [term  09/30/02]                    Richard Brian Mateer
                                        [term  09/30/02]
                                      561-488-1110
                                      Suite 309
                                      [COR LD NTC ret]
                                      21301 Powerline Road
                                      Boca Raton, FL 33433


Pending Counts:                            Disposition

18:371.F CONSPIRACY TO DEFRAUD        Probation for a period of 5
THE UNITED STATES:                    years.  Assessment of $100.
Conspiracy to commit wire            Restitution in the amount of
fraud.                                $210,524.26 at a rate of
(1)                                   $150.00 per month.
                                      (1)


Offense Level (opening): 4


Docket as of January 16, 2003 2:53 pm              Page 4

WCT
Proceedings include all events.
0:00cr6270-ALL USA v. Hexter, et al                        CLOSED APPEAL


Terminated Counts:                          Disposition

18:1343.F FRAUD BY WIRE, RADIO,    Dismissed
OR TELEVISION                       (21 - 31)
(21 - 31)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Donald L. Graham

HANNIBAL PENNY (5)                 Joel Kaplan
aka                                 [term  07/25/01]
Jim St. James                      [COR LD NTC ret]
aka                                Joel Kaplan
Lincoln Green                      100 North Biscayne Boulevard
aka                                Suite 1100
Grant Maxwell, Dr.                 Miami, FL 33132
aka                                305-374-2111
St. James, Dr.
    defendant                      William M. Norris
  [term  10/31/02]                  [term  10/31/02]
                                   FTS 667-6161
                                   [COR LD NTC cja]
                                   William Norris
                                   7685 SW 104th Street
                                   Suite 220 Offices of Pinecrest
                                   II
                                   Miami, FL 33156
                                   305-661-6118


Pending Counts:                         Disposition

18:1343.F FRAUD BY WIRE, RADIO,    Imprisoned for term of 10
OR TELEVISION                      months and 3 years of
(12 - 14)                          supervised  release as to each
                                   count to run concurrent with
                                   each other;  Assessment $600;
                                   Fine $ Restitution $3,539.24
                                   pursuant to    the VRA and $3,
                                   263.47 based upon defendant's
                                   ability to     earn income and

Docket as of January 16, 2003 2:53 pm              Page 5

Proceedings include all events.                                           WCT
0:00cr6270-ALL USA v. Hexter, et al                          CLOSED APPEAL

|  |  |
|---|---|
|  | make restitution payments over the period    of supervised release (12 - 14) |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (17) | Imprisoned for term of 10 months and 3 years of supervised   release as to each count to run concurrent with each other;  Assessment $600; Fine $ Restitution $3,539.24 pursuant to    the VRA and $3,263.47 based upon defendant's ability to    earn income and make restitution payments over the period    of supervised release (17) |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (19 - 20) | Imprisoned for term of 10 months and 3 years of supervised   release as to each count to run concurrent with each other;  Assessment $600; Fine $ Restitution $3,539.24 pursuant to    the VRA and $3,263.47 based upon defendant's ability to    earn income and make restitution payments over the period    of supervised release (19 - 20) |

Offense Level (opening): 4


Terminated Counts:                         Disposition

| | |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES: Conspiracy to commit wire fraud. (1) | Aquitted (1) |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (11) | Aquitted (11) |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (15 - 16) | Aquitted (15 - 16) |
| 18:1343.F FRAUD BY WIRE, RADIO, | Aquitted |

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                         CLOSED APPEAL

OR TELEVISION                    (18)
(18)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Donald L. Graham

OLDE STORE (6)
        Interested Party

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


U. S. Attorneys:

    Debra J. Stuart
    FTS 466-1020
    [COR LD NTC]
    United States Attorney's Office
    505 S 2nd Street
    Suite 200
    Fort Pierce, FL 34950
    772-466-0899

    Marcos Daniel Jimenez
    [COR LD NTC]
    Ana Maria Martinez
    FTS 530-6168
    305-961-9431

Proceedings include all events.                                              WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

[COR LD NTC]
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9000

Debra J. Stuart
Below Address Terminated on 1/29/01
FTS 356-7228
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard
Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                        CLOSED APPEAL

---

9/14/00   1    INDICTMENT as to Edward Hexter (1) count(s) 1, Mark
               Goldberg (2) count(s) 1, Roby Dudley (3) count(s) 1, 2-10,
               Charlie Martin (4) count(s) 1, 21-31, Hannibal Penny (5)
               count(s) 1, 11-20 (Criminal Category 4) (dd)
               [Entry date 09/15/00]                      *Begin Vol. 1*

9/14/00   --   Magistrate identification:  Magistrate Judge William C.
               Turnoff (dd) [Entry date 09/15/00]

9/14/00   2    ARREST WARRANT issued as to Hannibal Penny .    Warrant
               issued by Magistrate Judge Lurana S. Snow    Bail fixed at
               $50,000 PSB (dd) [Entry date 09/15/00]

9/14/00   3    ARREST WARRANT issued as to Charlie Martin .    Warrant
               issued by Magistrate Judge Lurana S. Snow    Bail fixed at
               $50,000 PSB (dd) [Entry date 09/15/00]

9/14/00   4    ARREST WARRANT issued as to Roby Dudley .    Warrant
               issued by Magistrate Judge Lurana S. Snow    Bail fixed at
               $50,000 PSB (dd) [Entry date 09/15/00]

9/22/00   --   ARREST of Mark Goldberg (dg) [Entry date 09/26/00]

9/22/00   5    Minutes of initial appearance held on 9/22/00  before
               Magistrate Judge Lurana S. Snow as to Mark Goldberg ;
               Court Reporter Name or Tape #: 00-050 (dg)
               [Entry date 09/26/00]

9/22/00   6    ORDER on Initial Appearance as to Mark Goldberg Bond set to
               $25,000 PSB for Mark Goldberg., ,  ( Signed by
               Magistrate Judge Lurana S. Snow  on 9/22/00)  Tape # 00-050
               CCAP (dg) [Entry date 09/26/00]

9/22/00   7    NOTICE of Appearance for Mark Goldberg by Attorney Russell
               Jay Williams (dg) [Entry date 09/26/00]

9/22/00   8    ARRAIGNMENT INFORMATION SHEET for Mark Goldberg (2)
               count(s) 1   NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (dg) [Entry date 09/26/00]

9/22/00   9    APPEARANCE BOND entered by Mark Goldberg  in  Amount $
               25,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
               Report to PTS as follows: AS DIRECTED BY PRETRIAL (dg)
               [Entry date 09/26/00]

9/27/00   10   PSB BOND entered by Roby Dudley  in  Amount $ 25,000.00
               Approved by Magistrate Barry S. Seltzer .  Surrender
               passports/travel documents;  Report to PTS as follows: as
               directed  Random urine testing;  Full-time employment; not
               marketing   Avoid victims/witnesses;  No firearms/weapons;
               Additional conditions: Travel: SDFL reside at current
               address, no illegal drugs or excessive alcohol (ls)
               [Entry date 09/28/00]

Docket as of January 16, 2003 2:53 pm                   Page 9

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                        CLOSED APPEAL

9/27/00    11    ORDER on Initial Appearance as to Roby Dudley Bond set to
                 PSB $25,000.00 for Roby Dudley., for Appointment of Public
                 Defender, ,  ( Signed by Magistrate Barry S. Seltzer
                 on 9/27/00)  CCAP (ls) [Entry date 09/28/00]

9/27/00    12    Minutes of initial appearance held on 9/27/00  before
                 Magistrate Barry S. Seltzer as to Roby Dudley ;  Court
                 Reporter Name or Tape #: 00-074 431-720 (dg)
                 [Entry date 09/29/00]

9/27/00    13    ARRAIGNMENT INFORMATION SHEET for Roby Dudley (3) count(s)
                 1, 2-10   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (dg) [Entry date 09/29/00]

9/27/00    14    STANDING DISCOVERY ORDER as to Roby Dudley   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 S. Seltzer on 9/27/00)   Tape # 00-073  CCAP (dg)
                 [Entry date 09/29/00]                    *Vol. I Cont'd*

9/27/00    15    ORDER on partial indigency for appointment of counsel &
                 distribution of available funds as to Roby Dudley set
                 status conference for 11:00 12/27/00 for Roby Dudley before
                 Duty Magistrate (Signed by Magistrate Barry S. Seltzer on
                 9/27/00) CCAP [EOD Date: 9/30/00] CCAP (dg)
                 [Entry date 09/30/00]

9/27/00    16    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Roby Dudley (Signed by Magistrate Barry S. Seltzer on
                 9/27/00) CCAP [EOD Date: 9/29/00]   CCAP (dg)
                 [Entry date 09/29/00]

9/27/00    --    ARREST of Roby Dudley (tb) [Entry date 10/04/00]

10/4/00    17     ARREST WARRANT Returned Executed as to Roby Dudley on
                 9/27/00 (tb) [Entry date 10/04/00]

10/10/00   18    RESPONSE to Standing Discovery Order by USA  as to Mark
                 Goldberg, Roby Dudley (dg) [Entry date 10/11/00]

11/7/00    19    NOTICE of Appearance for Hannibal Penny by Attorney Joel
                 Kaplan (dg) [Entry date 11/08/00]

11/7/00    20    ORDER on Initial Appearance as to Hannibal Penny Bond set
                 to $50,000 PSB for Hannibal Penny., ,  ( Signed by
                 Magistrate Barry L. Garber  on 11/7/00)  Tape # 00C-80-540
                 CCAP (dg) [Entry date 11/08/00]

11/7/00    --    ARREST of Hannibal Penny (dg) [Entry date 11/08/00]

11/7/00    21    ARRAIGNMENT INFORMATION SHEET for Hannibal Penny (5)
                 count(s) 1, 11-20   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 11/08/00]

Proceedings include all events.                                           WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

| | | |
|---|---|---|
| 11/7/00 | 22 | STANDING DISCOVERY ORDER as to Hannibal Penny   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry L. Garber on 11/7/00)  Tape # 00C-80-540  CCAP (dg) [Entry date 11/08/00] |
| 11/7/00 | 23 | APPEARANCE BOND entered by Hannibal Penny in Amount $ 50,000 PSB Approved by Magistrate Barry L. Garber . Surrender passports/travel documents;  Report to PTS as follows: 2 x wk phone, 0 x wk person;  Do not dispose real/personal property  Additional conditions: may travel to California (dg) [Entry date 11/08/00] |
| 11/7/00 | -- | ARREST of Hannibal Penny (ls) [Entry date 11/14/00] |
| 11/13/00 | 24 | ARREST WARRANT Returned Executed as to Hannibal Penny on 11/7/00 (ls) [Entry date 11/14/00] |
| 11/16/00 | 25 | Minutes of status conference held on 11/16/00  before Judge Donald L. Graham as to Edward Hexter, Mark Goldberg, Roby Dudley, Charlie Martin, Hannibal Penny ;  Court Reporter Name or Tape #: Barbara Medina (dg) [Entry date 11/20/00] |
| 11/16/00 | -- | Status conference as to Edward Hexter, Mark Goldberg, Roby Dudley, Charlie Martin, Hannibal Penny  held (dg) [Entry date 11/20/00] |
| 11/16/00 | 26 | WAIVER of Speedy Trial by Hannibal Penny (dg) [Entry date 11/20/00] |
| 11/17/00 | 27 | WAIVER of Speedy Trial by Mark Goldberg (dg) [Entry date 11/20/00] |
| 11/19/00 | -- | ARREST of Charlie Martin in C/D of California (dg) [Entry date 12/07/00] |
| 11/21/00 | 28 | RESPONSE to Standing Discovery Order by USA  as to Edward Hexter, Mark Goldberg, Roby Dudley, Charlie Martin, Hannibal Penny (ls) [Entry date 11/22/00] |
| 12/6/00 | 29 | Rule 40 Documents as to Charlie Martin received from USDC C/D of California (dg) [Entry date 12/07/00] |
| 12/6/00 | 30 | NOTICE of Appearance for Charlie Martin by Attorney Richard Brian Mateer (dg) [Entry date 12/07/00] |
| 12/6/00 | 31 | NOTICE of Appearance for Charlie Martin by Attorney Harry Dohn Williams Jr. (dg) [Entry date 12/07/00] |
| 12/6/00 | 32 | ORDER on Initial Appearance as to Charlie Martin Bond set to $100,000 PSB CO-SIGNED BY MOTHER for Charlie Martin., ,  ( Signed by Magistrate Peter R. Palermo  on 12/6/00) Tape # 00H-51-918 CCAP (dg) [Entry date 12/07/00] |

*Vol. 1 Cont'd*

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                        CLOSED APPEAL

12/6/00   33   ARRAIGNMENT INFORMATION SHEET for Charlie Martin (4)
               count(s) 1, 21-31   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (dg) [Entry date 12/07/00]

12/6/00   34   STANDING DISCOVERY ORDER as to Charlie Martin   all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order ( Signed by Magistrate Peter
               R. Palermo on 12/6/00)   Tape # 00H-51-918   CCAP (dg)
               [Entry date 12/07/00]

12/6/00   35   APPEARANCE BOND entered by Charlie Martin  in  Amount $
               100,000 PSB CO-SIGNED   Approved by Magistrate Peter R.
               Palermo .  Report to PTS as follows: 1 x wk in person (dg)
               [Entry date 12/07/00]

12/12/00  36   Minutes of status conference held on 12/12/00  before Judge
               Donald L. Graham as to Charlie Martin ;   Court Reporter
               Name or Tape #: Barbara Medina (dg) [Entry date 12/13/00]

12/12/00  --   Status conference as to Charlie Martin  held (dg)
               [Entry date 12/13/00]

12/12/00  37   Plea Agreement as to Mark Goldberg (dg)              *Vol. / Cont'd*
               [Entry date 12/13/00]

12/12/00  38   Minutes of change of plea held on 12/12/00  before Judge
               Donald L. Graham as to Mark Goldberg ; GUILTY: Mark
               Goldberg (2) count(s) 1   Court Reporter Name or Tape #:
               Barbara Medina (dg) [Entry date 12/13/00]

12/12/00  39   ORDER as to Mark Goldberg  set Sentencing for 4:00 2/26/01
               for Mark Goldberg   before Judge Donald L. Graham ( Signed
               by Judge Donald L. Graham on 12/12/00) CCAP [EOD Date:
               12/13/00] CCAP (dg) [Entry date 12/13/00]
               [Edit date 12/13/00]

12/14/00  40   ARREST WARRANT Returned Executed as to Charlie Martin on
               12/6/00 (dg) [Entry date 12/15/00]

12/18/00  41   NOTICE of filing bond signed by mother by Charlie Martin (dg)
               [Entry date 12/19/00]

12/20/00  42   RESPONSE to Standing Discovery Order by USA as to Charlie
               Martin (dg) [Entry date 12/21/00]

1/11/01   43   MOTION by Hannibal Penny to extend deadline for pre-trial
               motions (ls) [Entry date 01/12/01]

2/12/01   44   MOTION by Mark Goldberg to continue sentencing (ls)
               [Entry date 02/13/01]

2/12/01   45   AFFIDAVIT of Jonell Spedale regarding payments owed by The
               Olde Store (ls) [Entry date 02/13/01]

Docket as of January 16, 2003 2:53 pm                    Page 12

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                         CLOSED APPEAL

2/21/01   46    MOTION by Charlie Martin to extend time to finalize a
                negotiated plea (gz) [Entry date 02/22/01]

2/21/01   47    ORDER as to Mark Goldberg  granting in part, denying in
                part [44-1] motion to continue sentencing as to Mark
                Goldberg (2)  set Sentencing for 9:00 3/1/01 for Mark
                Goldberg  before Judge Donald L. Graham ( Signed by Judge
                Donald L. Graham on 2/19/01) CCAP [EOD Date: 2/23/01] CCAP※
                (sk) [Entry date 02/23/01]

2/27/01   48    MOTION by USA  as to Mark Goldberg to continue sentencing
                (sk) [Entry date 02/28/01]

                                                *Vol. 1 Cont'd*

3/2/01    49    ORDER as to Charlie Martin  granting [46-1] motion to
                extend time to finalize a negotiated plea as to Charlie
                Martin (4) ( Signed by Judge Donald L. Graham on 2/27/01)
                CCAP [EOD Date: 3/5/01] CCAP※ (ls) [Entry date 03/05/01]

3/6/01    50    NOTICE of Filing Defendant's Plea Agreement (attached) by
                Charlie Martin (ls) [Entry date 03/07/01]

3/9/01   (51)   ORDER SETTING DISCOVERY SCHEDULE as to Edward Hexter, Mark
                Goldberg, Roby Dudley, Charlie Martin, Hannibal Penny
                granting [43-1] motion to extend deadline for pre-trial
                motions as to Hannibal Penny (5) (REFER TO ORDER FOR
                FURTHER DETAILS) (Signed by Judge Donald L. Graham on
                3/9/01) CCAP [EOD Date: 3/12/01] CCAP※ (ls)
                [Entry date 03/12/01]

3/12/01   --    Status conference as to Roby Dudley, Hannibal Penny  held
                (wc) [Entry date 03/13/01]

3/12/01   52    Minutes of Status Conference held on 3/9/01  before Judge
                Donald L. Graham as to Roby Dudley, Hannibal Penny ;
                Counsel to contact the Court re: April 1st plea offers
                Court Reporter Name or Tape #: Barbara Medina (wc)
                [Entry date 03/13/01]

3/13/01   53    SCHEDULING ORDER as to Roby Dudley, Hannibal Penny  set
                Jury trial for 7/2/01 for Roby Dudley, for Hannibal Penny
                before Judge Donald L. Graham, and  set calendar call for
                3:00 6/27/01 for Roby Dudley, for Hannibal Penny before
                Judge Donald Graham ( Signed by Judge Donald L. Graham on
                3/13/01) CCAP [EOD Date: 3/15/01] CCAP※ (ls)
                [Entry date 03/15/01]

3/20/01   54    NOTICE OF HEARING as to Mark Goldberg set status hearing
                for 3:30 5/3/01 before Judge Donald L. Graham (Signed by
                Judge Donald L. Graham on 3/19/01) CCAP [EOD Date: 3/21/01]
                CCAP※ (sn) [Entry date 03/21/01]

3/27/01   55    Plea Agreement as to Charlie Martin (lk)
                [Entry date 03/29/01]

Proceedings include all events.                                                WCT
0:00cr6270-ALL USA v. Hexter, et al                                   CLOSED APPEAL



3/27/01   56      Minutes of change of plea held on 3/27/01  before Judge
                  Donald L. Graham as to Charlie Martin; GUILTY: Charlie
                  Martin (4) count(s) 1 Court Reporter Name or Tape #:
                  Barbara Medina (lk) [Entry date 03/29/01]

3/27/01   --      Change of Plea Hearing as to Charlie Martin  held (lk)
                  [Entry date 03/29/01]

3/27/01   57      ORDER as to Charlie Martin  setting Sentencing for 2:30
                  7/27/01 for Charlie Martin   before Judge Donald L.
                  Graham, setting Sentencing for 2:30 7/27/01 for Charlie
                  Martin before Judge Donald L. Graham ( Signed by Judge
                  Donald L. Graham on 3/27/01) CCAP [EOD Date: 3/29/01] CCAP
                  (lk) [Entry date 03/29/01]

5/10/01   58      MOTION by Hannibal Penny for Joel Kaplan to withdraw as
                  attorney (sn) [Entry date 05/11/01]

5/22/01   59      ORDER as to Hannibal Penny pursuant to defendant's
                  memorandum response faxed on 5/18/01; the Court will not
                  consider any pro se pleadings of any type by the defendant
                  in as much as he is represented by counsel.  All pleadings
                  must be filed by the attorney of record from the date of
                  this order (Signed by Judge Donald L. Graham on 5/22/01)
                  CCAP [EOD Date: 5/23/01] CCAP (sn) [Entry date 05/23/01]

5/22/01   60      ORDER as to Hannibal Penny denying without prejudice [58-1]
                  motion for Joel Kaplan to withdraw as attorney (Signed by
                  Judge Donald L. Graham on 5/22/01) CCAP [EOD Date: 5/23/01]
                  CCAP (sn) [Entry date 05/23/01]

5/23/01   61      RENEWED MOTION by Hannibal Penny for Joel Kaplan, Esquire
                  to withdraw as attorney (sn) [Entry date 05/24/01]

5/24/01   62      WAIVER of Speedy Trial by Roby Dudley (sn)
                  [Entry date 05/25/01]

5/24/01   63      RESPONSE by Hannibal Penny to [61-1] motion for Joel
                  Kaplan, Esquire to withdraw as attorney (sn)
                  [Entry date 05/25/01]

5/31/01   64      ORDER as to Hannibal Penny denying without prejudice [61-1]
                  motion for Joel Kaplan, Esquire to withdraw as attorney
                  (Signed by Judge Donald L. Graham on 5/31/01) CCAP [EOD
                  Date: 6/1/01] CCAP (sn) [Entry date 06/01/01]

5/31/01   65      SUPPLEMENT by Hannibal Penny to [61-1] motion for Joel
                  Kaplan, Esquire to withdraw as attorney (sn)
                  [Entry date 06/01/01]

6/5/01    66      MOTION by Hannibal Penny to vacate [64-1] order, and for
                  Court to consider "supplement to renewed motion to
                  withdraw" by Joel Kaplan (sn) [Entry date 06/06/01]

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                          CLOSED APPEAL

6/5/01    67    RESPONSE by Hannibal Penny to Joel Kaplan's [66-2] renewed
                and supplement to renewed motion to withdraw (sn)
                [Entry date 06/06/01]

6/8/01    68    ORDER as to Hannibal Penny denying [66-1] motion to vacate
                [64-1] order as to Hannibal Penny (5) ( Signed by Judge
                Donald L. Graham on 6/7/01) CCAP [EOD Date: 6/11/01] CCAP
                (dg) [Entry date 06/11/01]

6/11/01   69    RESPONSE by Hannibal Penny to defense counsel's [66-1]
                motion to vacate [64-1] order/motion for Court to consider
                "supplement to renewed motion to withdraw" (sn)
                [Entry date 06/12/01]                          *Vol. 1 Cont'd*

6/20/01   70    Minutes of status conference held on 6/20/01 before Judge
                Donald L. Graham as to Roby Dudley, Hannibal Penny; Court
                will appoint CJA; defendant to proivde the Court the last 6
                month financial transactions within 10 days; Joel Kaplan
                allowed to withdraw, time sheets must be submitted within
                10 days ex parte to the Court; Court Reporter Name or Tape
                #: Barbara Medina (sn) [Entry date 06/22/01]

6/20/01   --    Status conference as to Roby Dudley, Hannibal Penny held
                (sn) [Entry date 06/22/01]

6/20/01   --    Status conference as to Hannibal Penny held (sn)
                [Entry date 06/22/01]

6/21/01   71    Minutes of status, re: effective assistance of counsel held
                on 6/20/01 before Magistrate Judge William C. Turnoff as to
                Hannibal Penny; defendant advised he wants to have new
                counsel; Court to advise Judge Graham of same; Court
                Reporter Name or Tape #: N/A (sn) [Entry date 06/22/01]

7/3/01    72    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of
                Status Conference held 6/20/01 before Judge Donald L.
                Graham Pages: 1-28. Court Reporter: Barbara Medina (gp)
                [Entry date 07/03/01]                          *Vol. 3*

7/3/01    73    RESPONSE by Hannibal Penny to Court order of 6/20/01 in
                support of [70-1] Minute Entry (sp) [Entry date 09/09/02]

7/10/01   74    UNOPPOSED MOTION by Roby Dudley for leave to Travel
                outside the District from 8/16/01 through 8/20/01 (sn)
                [Entry date 07/11/01]                          *Vol. 1 Cont'd*

7/12/01   75    ORDER as to Roby Dudley granting [74-1] motion for leave to
                Travel outside the District from 8/16/01 through 8/20/01 to
                Key West, Florida and Cozumel, Mexico aboard the
                Imagination Cruise (Signed by Judge Donald L. Graham on
                7/11/01) [EOD Date: 7/13/01] CCAP (sn)
                [Entry date 07/13/01]

7/17/01   76    UNOPPOSED MOTION by Charlie Martin to continue sentencing

Docket as of January 16, 2003 2:53 pm                    Page 15

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

                    (sn) [Entry date 07/18/01]

7/24/01  78    SEALED DOCUMENT (sp) [Entry date 07/30/01] *See Accordian Folder
                                                          for Sealed Envelope*

7/24/01  79    NOTICE of filing financial statement by Hannibal Penny (sp)
               [Entry date 09/12/02]  *See Accordian Folder #1*

7/25/01  77    ORDER as to Hannibal Penny granting [66-2] motion for
               Court to consider "supplement to renewed motion to
               withdraw" by Joel Kaplan (Terminated: attorney Joel Kaplan
               for Hannibal Penny as to Hannibal Penny (5) for
               appointment of William Norris as counsel ( Signed by Judge
               Donald L. Graham on 7/23/01) [EOD Date: 7/26/01] CCAP※ (sk)
               [Entry date 07/26/01]           *Vol. 1 Cont'd*

7/25/01  --    Status conference as to Hannibal Penny, Roby Dudley  held
               (sk) [Entry date 08/01/01]

7/26/01  80    Minutes of status conference held on 7/25/01  before Judge
               Donald L. Graham as to Hannibal Penny, Roby Dudley ;  Court
               Reporter Name or Tape #: B. MEDINA (sk)
               [Entry date 08/01/01]

8/1/01   81    ORDER as to Hannibal Penny, Roby Dudley  continuing
               scheduling order deadlines: Jury Trial for 11/5/01 for
               Hannibal Penny, for Roby Dudley ; Calendar Call for 3:00
               10/31/01 for Hannibal Penny, for Roby Dudley ;,  set
               status conference for 3:00 8/22/01 for Hannibal Penny, for
               Roby Dudley  before Judge Donald L. Graham, to Continue
               in Interest of Justice ( Signed by Judge Shelby Highsmith
               on July (unknown day) 2001) [EOD Date: 8/3/01] CCAP※ (sk)
               [Entry date 08/03/01]

8/3/01   82    ORDER as to Charlie Martin granting [76-1] motion to
               continue sentencing resetting Sentencing for 2:30 11/30/01
               before Judge Donald L. Graham (Signed by Judge Shelby
               Highsmith on 8/2/01) [EOD Date: 8/6/01] CCAP※ (sn)
               [Entry date 08/06/01]

8/7/01   83    SEALED DOCUMENT. (sp) [Entry date 08/08/01] *See Accordian Folder #1 for Sealed Envelope*

8/22/01  84    NOTICE OF HEARING as to Mark Goldberg setting Sentencing
               for 3:00 11/30/01 before Judge Donald L. Graham (Signed by
               Judge Shelby Highsmith on 8/21/01) [EOD Date: 8/23/01]
               CCAP※ (sn) [Entry date 08/23/01]

8/27/01  85    SEALED DOCUMENT. (sp) [Entry date 08/27/01] *See Accordian Folder #1 for Sealed Envelope*

8/27/01  88    SEALED DOCUMENT. (sp) [Entry date 10/03/01] *See Accordian Folder #1 for Sealed Envelope*

9/4/01   86    SEALED DOCUMENT (sp) [Entry date 09/04/01] *See Accordian Folder for Sealed Envelope*

9/21/01  87    COUNSEL'S STATEMENT regarding September 18, 2001 Calendar
               Call by Hannibal Penny (sn) [Entry date 09/24/01]

Proceedings include all events.                                              WCT
0:00cr6270-ALL USA v. Hexter, et al                                  CLOSED APPEAL

10/4/01  (89)    EX-PARTE MOTION by Hannibal Penny for order directing
                 service of trial subpoenas (sn) [Entry date 10/05/01]

10/10/01  90     MOTION by Charlie Martin to Modify Conditions of Pretrial
                 Release (sn) [Entry date 10/11/01]

10/12/01  91     NOTICE OF CONFLICT AND REQUEST by Federal Public Defender
                 as to Roby Dudley for Hearing with respect to a potential
                 witness, Paul Oppenheimer (sn) [Entry date 10/15/01]
                                                                      *Vol. 1 Cont'd*
10/16/01  (92)   MOTION by Hannibal Penny for opportunity for counsel to
                 conduct individualized voir dire (sn) [Entry date 10/17/01]

10/17/01  93     ORDER as to Charlie Martin denying [90-1] motion to Modify
                 Conditions of Pretrial Release for failure to state the
                 position of opposing counsel as required by the Local Rules
                 (Signed by Judge Donald L. Graham on 10/16/01) [EOD Date:
                 10/18/01] CCAP❋ (sn) [Entry date 10/18/01]

10/17/01  (115)  SEALED DOCUMENT (sp) [Entry date 01/18/02]  *See accordion folder #1 for Sealed Envelope*
10/24/01  94     MEMORANDUM by Roby Dudley in support of motion to withdraw
                 (motion not found on docket) re: [91-1] motion for Hearing
                 with respect to a potential witness, Paul Oppenheimer (sn)
                 [Entry date 10/25/01]

10/26/01  95     RESPONSE by USA as to Roby Dudley Counsel's motion to
                 withdraw, re [91-1] motion for Hearing with respect to a
                 potential witness, Paul Oppenheimer (sn)
                 [Entry date 10/29/01]

10/31/01  96     MOTION by Charlie Martin to Modify Conditions of pretrial
                 Release (sn) [Entry date 11/01/01]

10/31/01  (99)   Minutes of status conference held on 10/31/01 before Judge
                 Donald L. Graham as to Hannibal Penny, Roby Dudley; FPD
                 excused as counsel; Court Reporter Name or Tape #: Barbara
                 Medina (sn) [Entry date 11/09/01]

11/6/01  (97)    EX-PARTE MOTION by Hannibal Penny for order revalidating
                 trial subpoenas (sn) [Entry date 11/06/01]

11/6/01  (98)    SEALED DOCUMENT (sp) [Entry date 11/07/01]  *See accordion folder #1 for Sealed Envelope*
11/7/01  100     ORDER as to Charlie Martin granting [96-1] motion to Modify
                 Conditions of pretrial Release; the defendant shall report
                 to Pretrial Services twice a week by phone; all other
                 conditions of bond previously set remain in effect (Signed
                 by Judge Donald L. Graham on 11/6/01) [EOD Date: 11/9/01]
                 CCAP❋ (sn) [Entry date 11/09/01]

11/8/01  --      Status conference as to Roby Dudley, Hannibal Penny  held
                 (sn) [Entry date 11/09/01]

Docket as of January 16, 2003 2:53 pm                      Page 17

Proceedings include all events.                                        WCT
0:00cr6270-ALL USA v. Hexter, et al                            CLOSED APPEAL

11/9/01   101    FIRST MOTION by Hannibal Penny in limine to exclude
                 extrinsic financial evidence (sn) [Entry date 11/13/01]

11/13/01  102    WAIVER of Speedy Trial by Roby Dudley (sn)
                 [Entry date 11/14/01]

11/14/01  103    ORDER as to Roby Dudley GRANTING defendant's ex-parte
                 motion to incur the costs of an investigator, filed 11/1/01
                 (not on docket) (Signed by Judge Donald L. Graham on
                 11/14/01) [EOD Date: 11/15/01] CCAP (sn)
                 [Entry date 11/15/01]

11/16/01  104    MOTION by Mark Goldberg to continue 11/30/01 sentencing (sk)
                 [Entry date 11/20/01]

*Vol. 1 Cont'd*

11/26/01  105    ORDER as to Mark Goldberg, Charlie Martin  granting [104-1]
                 motion to continue 11/30/01 sentencing as to Mark Goldberg
                 (2), granting [48-1] motion to continue sentencing as to
                 Mark Goldberg (2)  reset Sentencing for 3:00 5/2/02 for
                 Mark Goldberg, for Charlie Martin   before Judge Donald L.
                 Graham ( Signed by Judge Donald L. Graham on 11/22/01)
                 [EOD Date: 11/27/01] CCAP (dg) [Entry date 11/27/01]

11/27/01  106    RESPONSE by USA as to Hannibal Penny re [101-1] motion in
                 limine to exclude extrinsic financial evidence (sn)
                 [Entry date 11/28/01]

12/4/01   107    MOTION by Mark Goldberg to Travel (sk) [Entry date 12/05/01]

12/14/01  108    ORDER as to Mark Goldberg granting [107-1] motion to Travel;
                  the defendant is directed to report is itinerary to
                 Pretrial Services prior to leaving the district and upon
                 his return (Signed by Judge Donald L. Graham on 12/13/01)
                 [EOD Date: 12/17/01] CCAP (sn) [Entry date 12/17/01]

12/20/01  109    EX-PARTE MOTION by Hannibal Penny for order revalidating
                 trial subpoenas (sn) [Entry date 12/21/01]

12/31/01  110    SECOND MOTION by Hannibal Penny in limine to suppress
                 illegal wire interceptions and their fruits (sn)
                 [Entry date 01/02/02]

12/31/01  112    ORDER as to Hannibal Penny granting [109-1] motion for
                 order revalidating trial subpoenas (Signed by Judge Donald
                 L. Graham on 12/27/01) [EOD Date: 1/3/02] CCAP (sn)
                 [Entry date 01/03/02]

1/2/02    111    WAIVER of Speedy Trial by Hannibal Penny (sn)
                 [Entry date 01/03/02] [Edit date 01/03/02]

1/14/02   113    MOTION by Roby Dudley to Adopt Motion of Other Defendant
                 [110-1] motion in limine to suppress illegal wire
                 interceptions and their fruits (sn) [Entry date 01/15/02]

Docket as of January 16, 2003 2:53 pm                    Page 18

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

1/17/02  114   MOTION by USA as to Roby Dudley, Hannibal Penny for
                        enlargement of time to respond to Penny's second motion in
                        limine (sn) [Entry date 01/18/02]

1/25/02  116    ORDER as to Roby Dudley, Hannibal Penny  granting [114-1]
                        motion for enlargement of time to respond to Penny's second
                        motion in limine as to Roby Dudley (3), Hannibal Penny (5)
                        Response to motion reset to 1/25/02 for Roby Dudley, for
                        Hannibal Penny for [110-1] motion in limine to suppress
                        illegal wire interceptions and their fruits ( Signed by
                        Judge Donald L. Graham on 1/22/02) [EOD Date: 1/28/02]
                        CCAP❊ (cj) [Entry date 01/28/02]   *Vol. 1 Cont'd*

1/25/02  117    RESPONSE by USA  as to Roby Dudley, Hannibal Penny re
                        [110-1] motion in limine to suppress illegal wire
                        interceptions and their fruits (ct) [Entry date 01/28/02]

1/28/02  118    CJA 20 as to Roby Dudley : Appointment of Attorney Albert
                        Levin (Signed by Judge Donald L. Graham  on 1/25/02) (cj)
                        [Entry date 01/29/02] [Edit date 01/30/02]

1/29/02  119    SUPPLEMENT by Roby Dudley  to previously filed ex-parte
                        motion to incur the costs of an investigator (cj)
                        [Entry date 01/30/02]

1/31/02  120   NOTICE of Unavailability by Hannibal Penny  for dates of:
                        3/8/01 and 4/5/01 (wc) [Entry date 02/01/02]
                        [Edit date 02/05/02]

2/1/02   121    REPLY by Hannibal Penny  to response to [110-1] motion in
                        limine to suppress illegal wire interceptions and their
                        fruits (wc) [Entry date 02/04/02]

2/4/02   122    MOTION by Roby Dudley to Travel to Orlando from 2/15/02
                        through 2/17/02 (wc) [Entry date 02/05/02]

2/6/02   123    SPECIFIC MOTION by Hannibal Penny for disclosure of
                        exculpatory material: Ed Hexter's disclosures (wc)
                        [Entry date 02/07/02]

2/7/02   126   SEALED DOCUMENT (sp) [Entry date 02/13/02]  *See Accordion Folder #1 for Sealed Envelope*

2/8/02   124    ORDER as to Roby Dudley  granting [122-1] motion to Travel
                        to Orlando from 2/15/02 through 2/17/02 ( Signed by Judge
                        Donald L. Graham on 2/8/02) [EOD Date: 2/11/02] CCAP❊ (wc)
                        [Entry date 02/11/02]

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                        CLOSED APPEAL

2/8/02   (125)   ORDER as to Roby Dudley, Hannibal Penny  set Jury trial
                 for 4/8/02 before Judge Donald L. Graham,  set calendar
                 call for 4/3/02 before Judge Donald L. Graham,  set
                 status conference for 3:00 2/20/02 and 3/20/02 before Judge
                 Donald L. Graham, to Continue in Interest of Justice (
                 Signed by Judge Donald Graham on 2/8/02, nunc pro tunc
                 10/31/01) [EOD Date: 2/11/02] CCAP  (wc)
                 [Entry date 02/11/02]

2/15/02  (128)   SEALED DOCUMENT (sp) [Entry date 02/21/02]   *See Accordion Folders ) for Sealed Envelope*

2/20/02  (127)   REPLY by Hannibal Penny  to response to Ex Parte Motion for
                 Ruling on Preliminary Question of Attorney-Client Privilege
                 (wc) [Entry date 02/21/02]    *Vol. 1 Cont'd*

2/25/02  (129)   RESPONSE by USA  as to Roby Dudley, Hannibal Penny re
                 [123-1] motion for disclosure of exculpatory material: Ed
                 Hexter's disclosures (ls) [Entry date 02/26/02]

2/27/02  (130)   SUPPLEMENTAL MEMORANDUM of law regarding evidentiary issues
                 presented by Government's allegation that the Hector tapes
                 are legal by Hannibal Penny (wc) [Entry date 02/28/02]

3/12/02   131    ORDER as to Mark Goldberg, Charlie Martin  reset
                 Sentencing for 2:30 5/2/02 before Judge Donald L. Graham in
                 West Palm Beach ( Signed by Judge Donald L. Graham on
                 3/11/02) [EOD Date: 3/13/02] CCAP  (wc)
                 [Entry date 03/13/02]

3/14/02   132    MOTION by Roby Dudley for daily transcripts of proceedings
         (wc) [Entry date 03/15/02]

3/20/02   --     Status conference as to Roby Dudley, Hannibal Penny  held
                 before Judge Donald L. Graham (wc) [Entry date 03/27/02]

3/26/02  (133)   Minutes of Status hearing held on 3/20/02  before Judge
                 Donald L. Graham as to Roby Dudley, Hannibal Penny ;
                 Discovery compliance; Court scheduled date for all pending
                 motions 3/26/02. Court Reporter Name or Tape #: Barbara
                 Medina (wc) [Entry date 03/27/02]

3/26/02  (134)   RESPONSE by USA  as to Hannibal Penny re [123-1] motion for
                 disclosure of exculpatory material: Ed Hexter's disclosures
                 (sp) [Entry date 03/28/02]

3/26/02  (135)   MEMORANDUM by USA  as to Hannibal Penny re standing to file
                 motion to suppress taped evidence (sp) [Entry date 03/28/02]

3/26/02   --     Motion hearing on m/suppress  as to Roby Dudley, Hannibal
                 Penny before Judge Donald L. Graham (sp)
                 [Entry date 03/29/02]


Docket as of January 16, 2003 2:53 pm                    Page 20

Proceedings include all events.                                                WCT
0:00cr6270-ALL USA v. Hexter, et al                                    CLOSED APPEAL

3/27/02  138    Minutes of motion to suppress & all pending motions held on
                3/26/02 before Judge Donald L. Graham as to Roby Dudley,
                Hannibal Penny ; all witnesses, direct & cross held as to
                motion to suppress - brief argument reset; hearing re
                client privilege issues will be rescheduled. Court Reporter
                Name or Tape #: B.Medina (sp) [Entry date 03/29/02]

3/28/02  136    Minutes of Continuation of Motion hearing held on 3/28/02
                before Judge Donald L. Graham as to Roby Dudley, Hannibal
                Penny ;  Counsel for Defense presented  argument to the
                Court - Response by the Government short rebuttal - Court
                changed calendar call to 4:00pm. Court Reporter Name or
                Tape #: Pat Sanders (wc) [Entry date 03/29/02]  *Vol. 1 Cont'd*

3/28/02  137    POST-HEARING MEMORANDUM regarding Title III Issues by
                Hannibal Penny (wc) [Entry date 03/29/02]

4/1/02   139    EX-PARTE MOTION by Roby Dudley for service of subpoenas (wc)
                [Entry date 04/02/02]

4/2/02   140    ORDER as to Roby Dudley  denying without prejudice [139-1]
                motion for service of subpoenas ( Signed by Judge Donald L.
                Graham on 4/2/02) [EOD Date: 4/3/02] CCAP☒ (wc)
                [Entry date 04/03/02]

4/2/02   141    EX PARTE MOTION by Roby Dudley for service of subpoenas (wc)
                [Entry date 04/03/02]

4/3/02   142    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny  of
                Motion Proceeding held 3/26/02  before Judge Donald L.
                Graham  Pages: 1-150 (nc) [Entry date 04/04/02]  *Vol. 4*

4/3/02   155    SEALED DOCUMENT (sp) [Entry date 04/12/02]
                *See Accordion Folder #1 for Sealed Envelope*

4/4/02   143    ADDENDUM by Roby Dudley to: [141-1] motion for service of
                subpoenas, [139-1] motion for service of subpoenas (wc)
                [Entry date 04/04/02]  *Vol. 1 Cont'd*

4/5/02   144    ORDER as to Roby Dudley  granting [141-1] motion for
                service of subpoenas ( Signed by Judge Donald L. Graham on
                4/4/02) [EOD Date: 4/8/02] CCAP☒ (wc) [Entry date 04/08/02]

4/8/02   145    Witness list by Roby Dudley (wc) [Entry date 04/09/02]

4/8/02   146    Witness list (wc) [Entry date 04/09/02]

4/8/02   147    Proposed Voir Dire Questions by USA  as to Roby Dudley,
                Hannibal Penny (wc) [Entry date 04/09/02]

4/8/02   148    Requested Jury Instructions by USA  as to Roby Dudley,
                Hannibal Penny (wc) [Entry date 04/09/02]

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                            CLOSED APPEAL

4/8/02    149    ORDER as to Roby Dudley  granting [141-1] motion for
                 service of subpoenas ( Signed by Judge Donald L. Graham on
                 4/8/02) [EOD Date: 4/9/02] CCAP  (wc) [Entry date 04/09/02]

4/8/02    --     Voir dire begun as to Roby Dudley (3) count(s) 1, 2-10,
                 Hannibal Penny (5) count(s) 1, 11-20 (wc)
                 [Entry date 04/10/02]

4/8/02    --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/10/02]

4/8/02    150    Minutes of Jury Trial held on 4/8/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;   Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/10/02]                      *Vol. 1 Cont'd*

4/9/02    --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/10/02]

4/9/02    151    Minutes of Jury Trial held on 4/9/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;   Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/10/02]

4/10/02   --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/11/02]

4/10/02   152    Minutes of Jury Trial held on 4/10/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ; 3rd day jury
                 trial held.  Juror #1 M. Colon excused from jury duty.
                 Juror #Alt 1 M. Gonzalez replaces juror #11.  Court in
                 recess to 4/11/02 at 8:00am. Court Reporter Name or Tape #:
                 Barbara Medina (wc) [Entry date 04/11/02]

4/11/02   --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/12/02]

4/11/02   153    Minutes of Jury Trial held on 4/11/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;  4th day jury
                 trial held.  Court in recess to 4/12/02 at 8:00am. Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/12/02]

4/12/02   --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/12/02]

4/12/02   154    Minutes of Jury Trial held on 4/12/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;  5th day jury
                 trial held.  Court in recess to 4/15/02 at 8:00am.  Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/12/02]

4/15/02   --     Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/16/02]

Docket as of January 16, 2003 2:53 pm                    Page 22

Proceedings include all events.                                           WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

4/15/02  (156)   Minutes of Jury Trial held on 4/15/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ; 6th day jury
                 trial held.  Court in recess to 4/16/02 at 8:00am. Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/16/02]

4/16/02  --      Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/17/02]

4/16/02  (157)   Minutes of Jury Trial held on 4/16/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ; 7th day jury
                 trial held.  Court in recess to 4/17/02 at 8:00am. Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/17/02]                    *Vol. 1 Cont'd*

4/17/02  --      Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/18/02]

4/17/02  (158)   Minutes of Jury Trial held on 4/17/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ; 8th day jury
                 trial held. Court in recess to 4/18/02. Court Reporter Name
                 or Tape #: Barbara Medina (wc) [Entry date 04/18/02]

4/17/02  (161)   Minutes of status conference held on 4/17/02  before Judge
                 Donald L. Graham as to Roby Dudley, Hannibal Penny ;  Court
                 Reporter Name or Tape #: B Medina (sp) [Entry date 04/19/02]

4/17/02  --      Status conference as to Roby Dudley, Hannibal Penny  held
                 before Judge Donald L. Graham (sp) [Entry date 04/19/02]

4/18/02  (159)   Minutes of jury trial-day 9 held on 4/18/02 before Judge
                 Donald L. Graham as to Hannibal Penny, Roby Dudley ; Court
                 Reporter Name or Tape #: Barbara Medina (gz)
                 [Entry date 04/19/02]                     *End Vol. 1*

4/18/02  --      Jury trial as to Hannibal Penny, Roby Dudley  held  before
                 Judge Donald L. Graham (gz) [Entry date 04/19/02]

4/18/02  (160)   NOTICE/Waiver of right to pretrial hearings by Hannibal
                 Penny (gz) [Entry date 04/19/02]          *Begin Vol. 2*

4/19/02  (162)   Minutes of Jury Trial held on 4/19/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;  10th day
                 jury trial held.  Court in recess to 4/25/02 at 8am. Court
                 Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/23/02]

4/22/02  --      Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/23/02]

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

4/22/02  (163)    Minutes of Jury Trial held on 4/22/02  before Judge Donald
                  L. Graham as to Roby Dudley, Hannibal Penny ;  11th day
                  jury trial held.  Government rests.  Defendant Dudley
                  motion for judgment of acquittal of counts 1-10 of the
                  indictment held - Denied (Rule 29).  Defendant Penny motion
                  ofr judgment of acquittal on counts 1, 11, 15, 16, 19 of
                  the indictment held - Denied (Rule 29).  Defense (Dudley)
                  case in chief presented.  Court in recess until 4/23/02 at
                  8:00am. Court Reporter Name or Tape #: Barbara Medina (wc)
                  [Entry date 04/23/02]

4/23/02  --       Jury trial as to Roby Dudley, Hannibal Penny  held  before
                  Judge Donald L. Graham (wc) [Entry date 04/24/02]

4/23/02  (164)    Minutes of Jury Trial held on 4/23/02  before Judge Donald
                  L. Graham as to Roby Dudley, Hannibal Penny ;  12 day jury
                  trial held.  Both defendants rest.  Charge Conference
                  hearing held.  Defendant Dudley renewed motion for judgment
                  of acquittal - ruling deferred to 4/24/02.  Defendant Penny
                  renewed motion for judgment of acquittal - ruling deferred
                  to 4/24/02. Court Reporter Name or Tape #: Barbara Medina
                  (wc) [Entry date 04/24/02]

                                                    *Vol. 2 Cont'd*

4/24/02  (165)    ORDER as to Roby Dudley, Hannibal Penny  denying [110-1]
                  motion in limine to suppress illegal wire interceptions and
                  their fruits, mooting [113-1] motion to Adopt Motion of
                  Other Defendant [110-1] motion in limine to suppress
                  illegal wire interceptions and their fruits ( Signed by
                  Judge Donald L. Graham on 4/23/02) [EOD Date: 4/25/02]
                  CCAP※ (wc) [Entry date 04/25/02]

4/25/02  --       Jury trial as to Roby Dudley, Hannibal Penny  held  before
                  Judge Donald L. Graham (wc) [Entry date 04/26/02]

4/25/02  (166)    Minutes of Jury Trial held on 4/24/02  before Judge Donald
                  L. Graham as to Roby Dudley, Hannibal Penny ;  13th day
                  jury trial held.  Charge conference hearing continued.
                  Defendant's motion for judgment of aquittal is hereby
                  denied.  Closing arguments held.  Jury instructions given.
                  Jury began deliberations.  Juror back with a question.
                  Deliberations continued.  Court in recess to 4/25/02 at
                  8:30am. Court Reporter Name or Tape #: Barbara Medina (wc)
                  [Entry date 04/26/02]

4/25/02  --       Jury trial as to Roby Dudley, Hannibal Penny  held  before
                  Judge Donald L. Graham (wc) [Entry date 04/26/02]

4/25/02  (167)    Minutes of Jury Trial held on 4/25/02  before Judge Donald
                  L. Graham as to Roby Dudley, Hannibal Penny ;  14th day
                  jury trial held.  Jury continued deliberations.  Jury
                  question #1 - resolved.  Jury question #2 - resolved.  Jury
                  question #3 - resolved.  Court in recess to 4/26/02 at
                  8:00am. Court Reporter Name or Tape #: Barbara Medina (wc)
                  [Entry date 04/26/02]

Docket as of January 16, 2003 2:53 pm                    Page 24

```
Proceedings include all events.                                      WCT
0:00cr6270-ALL USA v. Hexter, et al                          CLOSED APPEAL
```

4/26/02  --      Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/29/02]

4/26/02   168   Minutes of Jury Trial held on 4/26/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;  15th Day
                 Jury Trial held.  Jury panel continues deliberations.  Jury
                 question #1 - resolved.  Court in recess to 4/29/02 at
                 8:00am. Court Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/29/02]

4/29/02  --      Jury trial as to Roby Dudley, Hannibal Penny  held  before
                 Judge Donald L. Graham (wc) [Entry date 04/30/02]

4/29/02   169   Minutes of Jury Trial held on 4/29/02  before Judge Donald
                 L. Graham as to Roby Dudley, Hannibal Penny ;  16th day
                 jury trial.  Deliberations continued.  Jurors are given the
                 Allen Charge (11th Circuit pattern).  Jury back with a
                 verdict.  Bond as to Hannibal Penny modified to:  Defendant
                 must report to pre-trial release once per week by phone and
                 once per week in person pending sentencing.  Jury back with
                 verdict. Court Reporter Name or Tape #: Barbara Medina (wc)
                 [Entry date 04/30/02] ,

                                                    *Vol. 2 Cont'd*

4/30/02  170     UNOPPOSED MOTION by Charlie Martin to continue Sentencing
                 set for 5/2/02 (wc) [Entry date 05/01/02]

4/30/02  171     JOINT MOTION  by Mark Goldberg to continue Sentencing (wc)
                 [Entry date 05/01/02]

4/30/02   172   Witness list by USA as to Roby Dudley, Hannibal Penny (wc)
                 [Entry date 05/01/02]

4/30/02   173   Exhibit and Witness List by Hannibal Penny (wc)
                 [Entry date 05/01/02]

4/30/02  174     Exhibit list by USA as to Roby Dudley, Hannibal Penny (wc)
                 [Entry date 05/01/02]

4/30/02  175     Court's Jury instructions as to Roby Dudley, Hannibal Penny
                 (wc) [Entry date 05/01/02]

4/30/02  176     JURY VERDICT as to Roby Dudley Not Guilty: Roby Dudley (3)
                 count(s) 1, 2-10 (wc) [Entry date 05/01/02]

4/30/02   177   JURY VERDICT as to Hannibal Penny Guilty: Hannibal Penny
                 (5) count(s) 12-14, 17, 19-20, Not Guilty: Hannibal Penny
                 (5) count(s) 1, 11, 15-16, 18 (wc) [Entry date 05/01/02]

4/30/02   178   ORDER as to Hannibal Penny  set Sentencing for 2:30
                 7/12/02 before Judge Donald L. Graham ( Signed by Judge
                 Donald L. Graham on 4/29/02) [EOD Date: 5/1/02] CCAP (wc)
                 [Entry date 05/01/02]

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                        CLOSED APPEAL

4/30/02   179    Exhibit and Witness List by Roby Dudley (attachment) (wc)
                 [Entry date 05/01/02]

4/30/02   180    Release of exhibits as to Roby Dudley, Hannibal Penny
                 Released to: Lawrence C. Salomon, FBI (wc)
                 [Entry date 05/01/02]

5/1/02    181    Release of exhibits as to Hannibal Penny  Released to:
                 William M. Norris (wc) [Entry date 05/02/02]

5/2/02    182    Minutes of Sentencing hearing held on 5/2/02  before Judge
                 Donald L. Graham as to Mark Goldberg ;  Court Reporter Name
                 or Tape #: Barbara Medina (wc) [Entry date 05/03/02]

5/2/02    183    MOTION by USA  as to Mark Goldberg for downward departure
                 pursuant to section 5K1.1 of the Fed. Sentecing Guidelines
                 (wc) [Entry date 05/03/02]                     *Vol. 2 Cont'd*

5/2/02    184    Minutes of Sentencing hearing held on 5/2/02  before Judge
                 Donald L. Graham as to Charlie Martin ;  Court Reporter
                 Name or Tape #: Barbara Medina (wc) [Entry date 05/03/02]

5/2/02    185    MOTION by USA  as to Charlie Martin for downward departure
                 pursuant to Section 5K1.1 of the Fed. Sentencing Guidelines
         (wc)  [Entry date 05/03/02]

5/8/02    187    JUDGMENT OF ACQUITTAL as to  Roby Dudley (3) count(s) 1, 2
                 -10 . Acquitted ( Signed by Judge Donald L. Graham on
                 5/8/02) [EOD Date: 5/9/02] CCAP (wc) [Entry date 05/09/02]

5/8/02    188    ORDER as to Mark Goldberg, Charlie Martin  granting [171-1]
                 joint motion to continue Sentencing as to Mark Goldberg
                 (2), granting [170-1] motion to continue Sentencing set for
                 5/2/02 as to Charlie Martin (4)  reset Sentencing for 3:30
                 7/12/02 for Mark Goldberg, for Charlie Martin  before
                 Judge Donald L. Graham ( Signed by Judge Donald L. Graham
                 on 5/8/02) [EOD Date: 5/9/02] CCAP (wc)
                 [Entry date 05/09/02]

5/9/02    186    TRANSCRIPT filed as to Mark Goldberg, Charlie Martin  of
                 Sentencing held May 2, 2002  before Judge Donald L. Graham
                 Pages: 1-34 (hh) [Entry date 05/09/02]

5/30/02   189    CJA 24 as to Roby Dudley  Authorization to Pay  Amount: $
                 1321.00 for Transcript  Voucher # FLST 02 3188 02 ( Signed
                 by Judge Donald L. Graham) [EOD Date: 6/4/02] (wc)
                 [Entry date 06/04/02]

5/30/02   190    CJA 24 as to Roby Dudley  Authorization to Pay  Amount: $
                 1542.67 for Transcript  Voucher # FLST 02 3188 ( Signed by
                 Judge Donald L. Graham) [EOD Date: 6/4/02] (wc)
                 [Entry date 06/04/02]

Proceedings include all events.                                          WCT
0:00cr6270-ALL USA v. Hexter, et al                               CLOSED APPEAL

| | | |
|---|---|---|
| 5/30/02 | 191 | CJA 24 as to Hannibal Penny  Authorization to Pay  Amount: $ 1321.00 for Transcript  Voucher # FLST 02 3187.02 ( Signed by Judge Donald L. Graham on 4/20/02) [EOD Date: 6/4/02] (wc) [Entry date 06/04/02] |
| 5/30/02 | 192 | CJA 24 as to Hannibal Penny  Authorization to Pay  Amount: $ 1542.67 for Transcript  Voucher # FLST 02 3187 ( Signed by Judge Donald L. Graham on ) [EOD Date: 6/4/02] (wc) [Entry date 06/04/02] |
| 6/14/02 | 193 | NOTICE To Advise the Court of Defendant's Current Medical Condition by Mark Goldberg (wc) [Entry date 06/17/02] |
| 6/26/02 | 194 | OBJECTIONS by Hannibal Penny  to Presentence Investigation Report (wc) [Entry date 06/27/02] |
| 7/1/02 | 195 | SUPPLEMENT by Hannibal Penny  to: [194-1] objections to the PSI report:  Fraud Loss Computation (wc) [Entry date 07/02/02] |
| 7/5/02 | 196 | SUPPLEMENTAL NOTICE to Advise the Court of Defendant's current medical condition by Mark Goldberg (wc) [Entry date 07/08/02] |
| 7/5/02 | 196 | MOTION by Mark Goldberg to reschedule time of sentencing (wc) [Entry date 07/08/02] |
| 7/8/02 | 197 | MOTION by Hannibal Penny to vacate [187-1] conviction for failure of the Indictment to allege a wire fraud "scheme" (wc) [Entry date 07/09/02] |
| 7/11/02 | 198 | RESPONSE to [194-1]  Objections to Presentence Investigation Report by USA as to Hannibal Penny (gz) [Entry date 07/12/02] |
| 7/11/02 | 199 | RESPONSE by USA  as to Hannibal Penny re [197-1] motion to vacate [187-1] conviction for failure of the Indictment to allege a wire fraud "scheme" (gz) [Entry date 07/12/02] |
| 7/12/02 | -- | Status conference as to Mark Goldberg, Charlie Martin  held before Judge Donald L. Graham (wc) [Entry date 07/15/02] |
| 7/12/02 | 200 | Minutes of Status held on 7/12/02  before Judge Donald L. Graham as to Mark Goldberg, Charlie Martin ; Based on the continuation of co-defendant Penney the Court continues this cause 9/17/02 at 9:00am. All parties agree. Court Reporter Name or Tape #: Barbara Medina (wc) [Entry date 07/15/02] |
| 7/12/02 | -- | Status re Sentencing as to Hannibal Penny  held  before Judge Donald L. Graham (wc) [Entry date 07/15/02] |

*Vol. 2 Cont'd*

Docket as of January 16, 2003 2:53 pm                    Page 27

Proceedings include all events.                                        WCT
0:00cr6270-ALL USA v. Hexter, et al                            CLOSED APPEAL

7/12/02  201    Minutes of Status re Sentencing held on 7/12/02  before
                  Judge Donald L. Graham as to Hannibal Penny ;  The Court
                  advises defendant and counsel of concerns with incomplete
                  PSI.  PSI to be provided 8/16/02 and any additional
                  pleadings 8/23/02.  Court directs Defendant's financial
                  documents unsealed and provided to US Probation.  Court
                  directs the Government to provide US Probation with
                  financial documents - parties to confer with each other.
                  Court Reporter Name or Tape #: Barbara Medina (wc)
                  [Entry date 07/15/02]

7/12/02  202      ORDER as to Mark Goldberg, Charlie Martin  reset
                  Sentencing for 3:00 9/17/02 before Judge Donald L. Graham
                  ( Signed by Judge Donald L. Graham on 7/12/02) [EOD Date:
                  7/15/02] CCAP☒ (wc) [Entry date 07/15/02]

7/22/02  203    SECOND RESPONSE by USA  as to Hannibal Penny re [197-1]
                  motion to vacate [187-1] conviction for failure of the
                  Indictment to allege a wire fraud "scheme" (wc)
                  [Entry date 07/23/02]

                                                    *Vol. 2 Cont'd*

7/29/02  204      RESPONSE by David B. Ross as to Mark Goldberg in opposition
                  to letter written by Michael B. Nelson, D.O. of the Bureau
                  of Prisons (attached) (wc) [Entry date 07/30/02]

8/2/02   205      UNOPPOSED MOTION by Mark Goldberg to Travel on a cruise
                  from 8/23/02 through 8/26/02 (wc) [Entry date 08/05/02]

8/6/02   206    CJA 24 as to Hannibal Penny  Authorization to Pay  Amount:
                  $ 754.00 for Transcript  Voucher # FLST023187-03 ( Signed
                  by Judge Donald L. Graham on 4/22/02) [EOD Date: 8/7/02] (wc)
                  [Entry date 08/07/02]

8/6/02   207      CJA 24 as to Roby Dudley  Authorization to Pay  Amount: $
                  754.00 for Transcript  Voucher # FLST023188-03 ( Signed by
                  Judge Donald L. Graham on 7/24/02) [EOD Date: 8/7/02] (wc)
                  [Entry date 08/07/02]

8/8/02   208      ORDER as to Mark Goldberg  granting [205-1] motion to
                  Travel on a cruise from 8/23/02 through 8/26/02 ( Signed by
                  Judge Donald L. Graham on 8/8/02) [EOD Date: 8/9/02] CCAP☒
                  (wc) [Entry date 08/09/02]

8/16/02  209    MOTION by USA  as to Hannibal Penny to Unseal financial
                  information (wc) [Entry date 08/19/02]

9/3/02   211      ORDER OF REFERENCE referring  to Magistrate Peter R.
                  Palermo as to Roby Dudley for a Report and Recommendation
                  as to the appropriateness of Defense Counsel's CJA Voucher
                  for Attorney's Fees ( Signed by Judge Donald L. Graham on
                  8/30/02) [EOD Date: 9/5/02] CCAP (wc) [Entry date 09/05/02]

Proceedings include all events.                                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                                        CLOSED APPEAL

9/3/02    (212)    ORDER as to Hannibal Penny  granting [209-1] motion to
                   Unseal financial information (DE 73) as to Hannibal Penny
                   (5) ( Signed by Judge Donald L. Graham on 9/3/02) [EOD
                   Date: 9/9/02] CCAP (sp) [Entry date 09/09/02]

9/4/02    210      RESPONSE in compliance: by Roby Dudley  with Court's
                   request for pleading in support of full payment to
                   investigator Rory McMahon (wc) [Entry date 09/05/02]

9/9/02    (213)    RENEWED OBJECTIONS by Hannibal Penny to Restructured
                   Presentence Investigation Report (wc) [Entry date 09/10/02]

9/10/02   214      SECOND SUPPLEMENTAL NOTICE To Advise the Court of Current
                   Medical Condition by Mark Goldberg (wc)
                   [Entry date 09/11/02]                          *Vol. 2 Cont'd*

9/10/02   (215)    ORDER as to Hannibal Penny  granting [209-1] motion to
                   Unseal financial information; DE 79 to be unsealed ( Signed
                   by Judge Donald L. Graham on 9/9/02) [EOD Date: 9/12/02]
                   CCAP (sp) [Entry date 09/12/02]

9/17/02   216      Minutes of Sentencing hearing held on 9/17/02  before Judge
                   Donald L. Graham as to Mark Goldberg ;  Court Reporter Name
                   or Tape #: Barbara Medina (wc) [Entry date 09/18/02]

9/17/02   217      Minutes of Sentencing hearing held on 9/17/02  before Judge
                   Donald L. Graham as to Charlie Martin ;  Court Reporter
                   Name or Tape #: Barbara Medina (wc) [Entry date 09/18/02]

9/17/02   --       Sentencing  held  before Judge Donald L. Graham  Charlie
                   Martin (4) count(s) 1 (wc) [Entry date 10/01/02]

9/17/02   --       Sentencing  held  before Judge Donald L. Graham  Mark
                   Goldberg (2) count(s) 1 (wc) [Entry date 10/01/02]

9/30/02   218      JUDGMENT as to  Charlie Martin (4) count(s) 1.  Probation
                   for a period of 5 years.  Assessment of $100. Restitution
                   in the amount of $210,524.26 at a rate of $150.00 per
                   month. , Charlie Martin (4) count(s) 21-31. Dismissed  (
                   Signed by Judge Donald L. Graham on 9/30/02) [EOD Date:
                   10/1/02]  CCAP (wc) [Entry date 10/01/02]

9/30/02   219      JUDGMENT as to  Mark Goldberg (2) count(s) 1.  Probation
                   for a period of 5 years.  Assessment of $100.00.
                   Restitution in the amount of $711,547.93.  ( Signed by
                   Judge Donald L. Graham on 9/30/02) [EOD Date: 10/1/02]
                   CCAP (wc) [Entry date 10/01/02]

10/4/02   220      Judgment Returned Executed as to Mark Goldberg on 10/4/02
                   at FDC Miami, FL (wc) [Entry date 10/07/02]

10/4/02   221      Judgment Returned Executed as to Charlie Martin on 10/4/02
                   at FDC Miami, FL (wc) [Entry date 10/07/02]

Docket as of January 16, 2003 2:53 pm                          Page 29

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                          CLOSED APPEAL

10/8/02  (222)    ORDER as to Hannibal Penny  reset Sentencing for 4:00
                  10/31/02 before Judge Donald L. Graham ( Signed by Judge
                  Donald L. Graham on 10/8/02) [EOD Date: 10/9/02] CCAP※ (wc)
                  [Entry date 10/09/02]

10/10/02 (223)    ORDER as to Roby Dudley, Hannibal Penny that if counsel
                  desires the Court to resubmit the pertinent CJA request,
                  counsel is directed to supplement its response with greater
                  particularity within 7 days of the date of this Order (
                  Signed by Judge Donald L. Graham on 10/10/02) [EOD Date:
                  10/11/02] CCAP※ (wc) [Entry date 10/11/02] *Vol. 2 Cont'd*

10/16/02 224      SUPPLEMENT TO COUNSEL'S RESPONSE by Roby Dudley to [223-1]
                  order re request for pleading in support of full payment to
                  investigator Rory McMahon (dg) [Entry date 10/17/02]

10/30/02 225      REPORT AND RECOMMENDATIONS of Magistrate Peter R. Palermo
                  as to Roby Dudley recommending that the Government
                  reimburse Mr. Levin the amount of $23,610 for his service
                  in this case. Motion no longer referred. Signed on:
                  10/29/02 Objections to R and R due by 11/12/02 CCAP (dg)
                  [Entry date 10/31/02]

10/31/02 (226)    Minutes of sentencing held on 10/31/02  before Judge Donald
                  L. Graham as to Hannibal Penny ;  Court Reporter Name or
                  Tape #: Barbara Medina (dg) [Entry date 11/01/02]

10/31/02 --       Sentencing  held  before Judge Donald L. Graham  Hannibal
                  Penny (5) count(s) 12-14, 17, 19-20 (dg)
                  [Entry date 11/01/02]

10/31/02 (227)    JUDGMENT as to  Hannibal Penny (5) count(s) 12-14, 17 , 19
                  -20 .  Imprisoned for term of 10 months and 3 years of
                  supervised release as to each count to run concurrent with
                  each other; Assessment $600; Restitution $3,539.24 pursuant
                  to the VRA and $3,263.47 based upon defendant's ability to
                  earn income and make restitution payments over the period
                  of supervised release , Hannibal Penny (5) count(s) 1, 11 ,
                  15 -16 , 18 . Aquitted ( Signed by Judge Donald L. Graham
                  on 10/31/02) [EOD Date: 11/1/02] CCAP (dg)
                  [Entry date 11/01/02]

11/1/02  (228)    NOTICE OF APPEAL by Hannibal Penny re: [227-1] judgment
                  order  EOD Date: 11/1/02; Hannibal Penny (5) count(s)
                  12-14, 17, 19-20;  Filing Fee: $ (FEE NOT REQUIRED CJA)
                  Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc)
                  [Entry date 11/01/02]

11/1/02  (229)    MOTION by Hannibal Penny for appointment of appellate
                  counsel (nc) [Entry date 11/01/02]

11/1/02  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Hannibal Penny [228-1] appeal
                  (nc) [Entry date 11/01/02]

Proceedings include all events.                                      WCT
0:00cr6270-ALL USA v. Hexter, et al                          CLOSED APPEAL

11/7/02    (230)    MEMORANDUM regarding the actual loss and restitution due on
                    count 17 by USA as to Hannibal Penny (dg)
                    [Entry date 11/08/02]

11/8/02    --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA  on 11/4/02 as to Hannibal Penny  Re: [228-1]
                    appeal  USCA Number: 02-16051-I (nc) [Entry date 11/12/02]

11/8/02    231      ORDER adopting as to Roby Dudley [225-1] report and
                    recommendations that defense counsel's CJA voucher for
                    attorney's fees be paid in the amount of $23,610.00 (Signed
                    by Judge Donald L. Graham on 11/8/02) [EOD Date: 11/12/02]
                    CCAP (dg) [Entry date 11/12/02]

11/13/02   (233)    TRANSCRIPT INFORMATION FORM as to Hannibal Penny  re:
                    [228-1] appeal  received on 11/20/02 from Court Reporter.
                    (Returned to Court Reporter Coordinator) (gf)
                    [Entry date 11/20/02]

11/18/02   232      MOTION by Charlie Martin to discharge and exonerate
                    surety (dg) [Entry date 11/19/02]

11/21/02   (234)    Acknowledgement of Transcript Information Form as to
                    Hannibal Penny re: [228-1] appeal by Hannibal Penny
                    Transcript of: Trial and Sentence. Transcript due on:
                    12/16/02 for Hannibal Penny; Court Reporter name: Barbara
                    Medina (gf) [Entry date 11/22/02]

11/26/02   (235)    NOTICE OF CROSS-APPEAL by USA as to Hannibal Penny re:
                    [227-1] judgment order EOD Date: 11/1/02; ; Copies to USCA,
                    AUSA, USM, USPO and Counsel of Record. NO FILING FEE
                    REQUIRED. (nc) [Entry date 11/27/02]

11/26/02   --       Certified copies of Notice of Appeal, Docket and Order
                    under appeal to USCA: as to Hannibal Penny [235-1] appeal
                    (nc) [Entry date 11/27/02]

12/5/02    (236)    ORDER OF REFERENCE referring defense counsel's CJA voucher
                    for attorney's fees to Magistrate Peter R. Palermo as to
                    Hannibal Penny (Signed by Judge Donald L. Graham on
                    12/4/02) [EOD Date: 12/6/02] CCAP (dg) [Entry date 12/06/02]

12/5/02    237      ORDER as to Charlie Martin  granting [232-1] motion to
                    discharge and exonerate surety as to Charlie Martin (4) (
                    Signed by Judge Donald L. Graham on 12/4/02) [EOD Date:
                    12/6/02] CCAP (dg) [Entry date 12/06/02]

12/6/02    --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA  on 12/2/02 as to Hannibal Penny  Re: [235-1]
                    appeal  USCA Number: 02-16050-I (nc) [Entry date 12/06/02]

Proceedings include all events.                                    WCT
0:00cr6270-ALL USA v. Hexter, et al                           CLOSED APPEAL

---

12/10/02 238    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/8/02 before Judge Donald L. Graham Volume #:
                1 Pages: 1-47 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 5*

---

12/10/02 239    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/9/02 before Judge Donald L. Graham Volume #:
                2 Pages: 1-164 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 6*

---

12/10/02 240    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/10/02 before Judge Donald L. Graham Volume
                #: 3 Pages: 1-173 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 7*

---

12/10/02 241    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/11/02 before Judge Donald L. Graham Volume
                #: 4 Pages: 1-185 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 8*

---

12/10/02 242    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/12/02 before Judge Donald L. Graham Volume
                #: 5 Pages: 1-143 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 9*

---

12/10/02 243    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/15/02 before Judge Donald L. Graham Volume
                #: 6 Pages: 1-115 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 11*

---

12/10/02 244    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/16/02 before Judge Donald L. Graham Volume
                #: 7 Pages: 1-92 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 12*

---

12/10/02 245    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/17/02 before Judge Donald L. Graham Volume
                #: 8 Pages: 1-202 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 13*

---

12/10/02 246    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/18/02 before Judge Donald L. Graham Volume
                #: 9 Pages: 1-104 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 14*

---

12/10/02 247    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/19/02 before Judge Donald L. Graham Volume
                #: 10 Pages: 1-97 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                          *Vol. 15*

---

12/10/02 248    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/22/02 before Judge Donald L. Graham Volume
                #: 11 Pages: 1-185 re: [235-1] appeal, [228-1] appeal .
                (nc) [Entry date 12/10/02]                     *Vol. 16*

---

Proceedings include all events.                                              WCT
0:00cr6270-ALL USA v. Hexter, et al                                   CLOSED APPEAL

---

12/10/02 249    TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury
                Trial held 4/23/02 before Judge Donald L. Graham Volume
                #: 12 Pages: 1-163 re: [235-1] appeal, [228-1] appeal .
                (nc) [Entry date 12/10/02]                    *Vol. 17*

---

12/10/02 250    TRANSCRIPT filed as to Hannibal Penny of Sentencing held
                10/31/02 before Judge Donald L. Graham Volume #: 2
                Pages: 1-77 re: [235-1] appeal, [228-1] appeal . (nc)
                [Entry date 12/10/02]                         *Vol. 18*

---

12/10/02 251    TRANSCRIPT filed as to Hannibal Penny of Telephone
                Conference held 4/12/02 before Judge Donald L. Graham
                Volume #: 1 Pages: 1-16 re: [235-1] appeal, [228-1]
                appeal . (nc) [Entry date 12/10/02]           *Vol. 10*

---

12/10/02 252    Transcript Information Form as to Hannibal Penny for
                Transcript of: Jury Trial,Sentencing and Telephone
                Conference held 4/8/02-4/12/02,4/15/02-4/19/02,4/22/02,
                4/23/02 and 10/31/02 filed re: [235-1] appeal by USA,
                [228-1] appeal by Hannibal Penny (nc) [Entry date 12/10/02]
                                                     *Vol. 2 Cont'd*

12/11/02 253    ORDER as to Edward Hexter dismissing indictment ( Signed
                by Judge Donald L. Graham on 12/10/02) [EOD Date: 12/13/02]
                CCAP☒ (dg) [Entry date 12/13/02]

12/11/02 --     DISMISSAL of Count(s) on Government Motion as to Edward
                Hexter    Terminated motions:  Counts Dismissed: Edward
                Hexter (1) count(s) 1 (dg) [Entry date 12/13/02]

12/17/02 254    Transcript Information Form re:as to Hannibal Penny [235-1]
                appeal  by USA. No transcript requested. (gf)
                [Entry date 12/18/02]

12/18/02 255    Transcript Information Form re:as to Hannibal Penny [235-1]
                appeal  by USA .  ALL NECESSARY TRANSCRIPTS ON FILE (ga)
                [Entry date 12/26/02]

12/26/02 256    MOTION by Hannibal Penny for bond pending appeal (dg)
                [Entry date 12/27/02]

12/30/02 257    MOTION by Hannibal Penny to extend surrender date (dg)
                [Entry date 12/31/02]

1/2/03   258    ORDER as to Hannibal Penny granting [257-1] motion to
                extend surrender date to 1/17/03 as to Hannibal Penny (5)
                (Signed by Judge Donald L. Graham on 1/2/03) [EOD Date:
                1/3/03] CCAP☒ (dg) [Entry date 01/03/03]

1/15/03  259    SUPPLEMENT by Hannibal Penny  to: [256-1] motion for bond
                pending appeal (dg) [Entry date 01/16/03]    *End Vol. 2*

---

# U.S.D.C. CASE # <u>00-06270-CR</u>

# U.S.C.A. CASE # <u>02-16050-I</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**HANNIBAL PENNEY**