UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**HANNIBAL PENNEY,**

    Defendant.
_____/



## ORDER

**THIS MATTER** came before the Court upon Defendant Penny's Motion for Bond Pending Appeal and Supplement [DE#256,259].

**THE COURT** having reviewed pertinent portions of the record, and noting no responsive pleading on behalf on the Government, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Surrender date is **Stayed,** until the pending motion has been fully briefed. It is Further

**ORDERED** that defendant, Hannibal Penney may continue on bond pending this Court's ruling on his Motion for Bond Pending Appeal. Should the Court deny the motion, the defendant shall surrender as ordered.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 24th day of January, 2003.

                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

Copies to: Annie Martinez, AUSA
           William Norris, Esq.
           U. S. Marshal
           Bureau of Prisons