UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS
JAN 29 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLARENCE MADDOX**
Clerk of Court

Date: 1/29/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE:   District Court No:   00-06270 CR - DLG

U.S.C.A. No:   02-16050-I

Style:   USA V. HANNIBAL PENNEY

CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

        0   Volume(s) of pleadings

        1   Volume(s) of Transcripts

    X   Exhibits:      0   boxes;          0   folders;

                       0   envelopes;      0   PSIs (sealed)

                       ☐  other: _____

                       ☐  other: _____

        ☐ Other: _____

Sincerely,
Clarence Maddox, Clerk of Court

By: /s/ Autrece L. Christian
        Deputy Clerk

Date  1/29/03

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida*

Attachment                                              S/F A-15
c: court file                                           Rev. 10/94

☒ 301 N. Miami Avenue        ☐ 299 E. Broward Boulevard     ☐ 701 Clematis Street
  Miami, Fl 33128-7788         Ft. Lauderdale, Fl 33301       West Palm Beach, Fl 33401
  305-523-5080                 954-769-5413                   561-803-3408

Proceedings include events between 1/16/03 and 1/16/03.
0:00cr6270-ALL USA v. Hexter, et al

WCT    CLOSED APPEAL
WCT    CLOSED APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6270-ALL

USA v. Hexter, et al                              Filed: 09/14/00
Dkt# in other court: None

*1st Supp*

| Date | Doc# | Entry |
|---|---|---|
| 1/16/03 | 260 | TRANSCRIPT filed as to Hannibal Penny of motion hearing held 3/28/02 before Judge Donald L. Graham Pages: 1-38 re: [235-1] appeal, [228-1] appeal . (ga) [Entry date 01/17/03] |

*Vol. 1*

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
by /s/ Alice L. Christian
Deputy Clerk
Date 1/29/03

Docket as of January 29, 2003 12:30 pm                Page 1