# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 27, 2003

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



FILED by _____ D.C.
APPEAL
JAN 3 1 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

RE: 02-16050-II    USA v. Hannibal Penny
DC DKT NO.: 00-06270 CR-DLG

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Dismissal applies to cross-appeal only.

Encl.

DIS-4 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 02-16050-II

UNITED STATES OF AMERICA,

           Plaintiff-Appellee-Cross-Appellant,

versus

HANNIBAL PENNY,
a.k.a. Jim St. James,
a.k.a. Lincoln Green,
a.k.a. Grant Maxwell, Dr.,
a.k.a. St. James, Dr.,

           Defendant-Appellant-Cross-Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

    Appellee's motion to dismiss its cross-appeal with prejudice is GRANTED. This Order shall not affect the appeal by Appellant Penny.