UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case **00-6270**-*CR*-DLG

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,

APRIL 25, 2002

Defendants.

FILED by _____ D.C.
APPEALS

FEB 0 7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

---

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE**

Volume 14

APPEARANCES:

FOR THE GOVERNMENT:

**ANA MARIA MARTINEZ, A.U.S.A.
DEBRA STUART, A.U.S.A.**
99 N.E. 4th Street
Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

**WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

**ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

**BARBARA MEDINA, RPR-CP**
Official Federal Court Reporter
Federal Justice Building, Ste. 1067
99 Northeast 4th Street
Miami, FL  33132 - 305/523-5138
E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**