UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS
FEB 1 1 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

CLARENCE MADDOX
Clerk of Court

Appeals Section

Date: 2/11/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**2nd Supplement**

IN RE:   District Court No: 00-06270-CR - DLG

U.S.C.A. No: 02-16050-I

Style: USA V. HANNIBAL PENNEY

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

__0__ Volume(s) of pleadings

__4__ Volume(s) of Transcripts

__X__ Exhibits:   __0__ boxes;   __0__ folders;

__0__ envelopes;   __0__ PSIs (sealed)

☐ other: _____

☐ other: _____

☐ Other: _____

Sincerely,
Clarence Maddox, Clerk of Court

By: /s/ Patrice L. Christian
        Deputy Clerk
Date: 2/11/03

Certified to be a true and correct copy of the document on file

Attachment
c: court file

S/F A-15
Rev. 10/94

301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

Proceedings include events between 2/7/03 and 2/7/03.                           WCT
0:00cr6270-ALL USA v. Hexter, et al                                      CLOSED APPEAL

                                                              WCT     CLOSED
                                                                      APPEAL
                         U.S. District Court
                 Southern District of Florida (FtLauderdale)

                 CRIMINAL DOCKET FOR CASE #: 00-CR-6270-ALL

USA v. Hexter, et al                                  Filed: 09/14/00
Dkt# in other court: None                             *2nd Supp*

| Date | # | Entry |
|---|---|---|
| 2/7/03 | 265 | TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury Trial held 4/24/02 before Judge Donald L. Graham Volume #: 13 Pages: 1-162 re: [228-1] appeal . (nc) [Entry date 02/07/03]  *Vol. 1* |
| 2/7/03 | 266 | TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury Trial held 4/25/02 before Judge Donald L. Graham Volume #: 14 Pages: 1-17 re: [228-1] appeal . (nc) [Entry date 02/07/03]  *Vol. 2* |
| 2/7/03 | 267 | TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury Trial held 4/26/02 before Judge Donald L. Graham Volume #: 15 Pages: 1-13 re: [228-1] appeal . (nc) [Entry date 02/07/03]  *Vol. 3* |
| 2/7/03 | 268 | TRANSCRIPT filed as to Roby Dudley, Hannibal Penny of Jury Trial held 4/29/02 before Judge Donald L. Graham Volume #: 16 Pages: 1-25 re: [228-1] appeal . (nc) [Entry date 02/07/03]  *Vol. 4* |



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By: Patrice L. Christian
Deputy Clerk
Date: 2/11/03