UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**HANNIBAL PENNEY,**

      Defendant.

_____/



# O R D E R

    **THIS MATTER** came before the Court upon Defendant's Motion for Bond Pending Appeal,(DE#256).

    **THE COURT** has conducted a <u>de novo</u> review of the entire file and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Defendant's Motion for Bond Pending Appeal is **Denied.** The defendant shall surrender to the Institution designated by the Bureau of Prisons not later than 2:00 p.m. on Monday, April 28, 2003.

    **DONE AND ORDERED**  in Chambers, at Miami, Florida this 9th day of April, 2003.

                             _____
                             DONALD L. GRAHAM
                             UNITED STATES DISTRICT JUDGE

Copies to: William Norris, Esq.
          Ana M. Martinez, AUSA
          U. S. Marshal
          Bureau of Prisons