UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

HANNIBAL PENNEY,

        Defendant.
_____/



## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Peter R. Palermo United States Magistrate Judge on December 5, 2002. A Report and Recommendation was filed on March 18, 2003, recommending payment in the amount of $35,646.13 as to voucher number FLS023728 and $7,401.98 as to voucher number FLS023728-02. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of April, 2003.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: Wiliam Norris, Esq.