UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

FILED by _____ D.C.
APPEAL
MAY - 9 2003
CLARENCE M.
CLERK, U.S.
S.D. OF FLA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| HANNIBAL PENNEY, | ) ) |
| Defendant. | ) ) / |

## UNITED STATES OF AMERICA'S NOTICE OF FILING EXHIBITS

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to the request of the Court of Appeals for the Eleventh Circuit, files this notice of filing trial exhibits in the above case.

The government is filing the original tapes of GX 12A, 13A, 14A, 17A, 19A and 20A. The government is also filing the original transcripts of these tapes: GX 12B, 13B, 14B, 17B, 19B and 20B.



The United States has informed William M. Norris, Esq., counsel for Hannibal Penney, that it is filing these exhibits and he has no objection.

Respectfully submitted,

MARCOS DANIEL JIMINEZ
UNITED STATES ATTORNEY

By: _____
Suzan Hill Ponzoli
Assistant United States Attorney
Florida Bar No. 0272450
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9123
Fax: (305) 536-7214

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of May, 2003 to: William M. Norris, Esq., counsel for Hannibal Penney, 7685 S.W. 104th Street, Suite 220, Miami, FL, 33156

_____
Suzan Hill Ponzoli
Assistant United States Attorney