# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS
MAY 1 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

CLARENCE MADDOX
Clerk of Court

Appeals Section

Date: 5/12/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**3rd Supplement**

IN RE:   District Court No:  00-06270-CR  -  DLG

U.S.C.A. No:  02-16050-I

Style:  USA V. HANNIBAL PENNEY

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- __1__ Volume(s) of pleadings
- __0__ Volume(s) of Transcripts
- __X__ Exhibits:   __1__ boxes;   __0__ folders;   __0__ envelopes;   __0__ PSIs (sealed)
  - ☐ other: _____
  - ☑ other: GOVERNMENT'S EXHIBITS
- ☐ Other: _____

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court

Sincerely,
Clarence Maddox, Clerk of Court

By: _____ Deputy Clerk
Date  5/12/03

Attachment
c: court file

S/F A-15
Rev. 10/94

| 301 N. Miami Avenue | 299 E. Broward Boulevard | 701 Clematis Street |
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

Proceedings include events between 3/13/03 and 5/9/03.                    WCT
0:00cr6270-ALL USA v. Hexter, et al                              CLOSED APPEAL

                                                            WCT     CLOSED
                                                            APPEAL

                         U.S. District Court
                Southern District of Florida (FtLauderdale)

                CRIMINAL DOCKET FOR CASE #: 00-CR-6270-ALL

USA v. Hexter, et al                                    Filed: 09/14/00
Dkt# in other court: None                      *3rd Supp*

---

| Date | Doc# | Description |
|------|------|-------------|
| 3/18/03 | 270 | REPORT AND RECOMMENDATIONS of Magistrate Peter R. Palermo as to Hannibal Penny recommending that Mr. Norris be paid the voucher (Part I) amount of $35,646.13 and that Mr. Norris be paid the voucher (Part II) amount of $7,401.98. Motions longer referred. Signed on: 3/18/03 Objections to R and R due by 3/28/03 CCAP (dg) [Entry date 03/19/03] |
| 3/26/03 | 271 | RESPONSE by USA as to Hannibal Penny re [256-1] motion for bond pending appeal (dg) [Entry date 03/27/03] *Begin Vol. 1* |
| 4/9/03 | 272 | ORDER as to Hannibal Penny denying [256-1] motion for bond pending appeal as to Hannibal Penny (5) ( Signed by Judge Donald L. Graham on 4/9/03) [EOD Date: 4/10/03] CCAP (dg) [Entry date 04/10/03] |
| 4/25/03 | 273 | ORDER adopting as to Hannibal Penny [270-1] report and recommendations of payment in the amount of $35,646.13 as to voucher #FLS023728 and $7,401.98 as to voucher #FLS023728-02 (Signed by Judge Donald L. Graham on 4/24/03) [EOD Date: 4/28/03] CCAP (dg) [Entry date 04/28/03] |
| 5/9/03 | 274 | NOTICE of Filing Exhibits by USA as to Hannibal Penny (nc) [Entry date 05/09/03] |

*End Vol. 1*

[Certified copy stamp — Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida, By Alice L. Christian, Deputy Clerk, Date 5/12/03]

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 12B | Transcript of Carey/Penney 2/16/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 12C | VHS Tape - 2/16/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 13A | Amron 3/26/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 13B | Transcript of Amron/Penney 3/26/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 13C | VHS Tape - 3/26/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 14A | Keel 3/27/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 14B | Transcript of Keel/Penney 3/27/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 14C | VHS Tape - 3/27/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 15A | Baker 3/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 15B | Transcript of Baker/Penney 3/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 15C | VHS Tape - 3/29/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 16A | Longennecker 5/2/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 16B | Transcript of Longennecker/Penney 5/2/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 16C | VHS Tape - 5/2/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 17A | Bayer 5/7/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 17B | Transcript of Bayer/Penney 5/7/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection/overruled |
| 17C | VHS Tape - 5/7/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 18A | Lindmark 5/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection/overruled |

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

**UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 18B | Transcript of Lindmark/Penney 5/28/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 18C | VHS Tape - 5/28/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 19A | Amron 5/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 19B | Transcript of Amron/Penney 5/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 20A | Nofziger 6/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 20B | Transcript of Nofziger/Penney 6/28/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | |
| 20C | VHS Tape - 6/28/96 | W. Anderson | 4/9/02 | 4/9/02 | objection - overruled |
| 20D | VHS Tape - 04/03/96 | W. Anderson | 4/9/02 | 4/9/02 | objection/overruled |
| 20E | VHS Tape - 04/09/96 | W. Anderson | 4/9/02 | 4/9/02 | objection/overruled |
| 20F | VHS Tape - 06/19/96 | W. Anderson | 4/9/02 | 4/9/02 | objection/overruled |
| 21 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | objection/overruled |
| 21A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | objection/overruled |
| 22 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 22A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23 | Hexter Office/Recorder (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24 | Penney Office (Room 9) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |