PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66125

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6270-CR-Graham</u>



### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Hannibal Penny

Name of Sentencing Judicial Officer: The Honorable Donald L. Graham, U.S. District Judge, Miami, Florida

Date of Original Sentence: October 31, 2002

| | |
|---|---|
| Original Offense: | Counts 12, 13, 14, 17, 19, and 20: Wire Fraud, in violation of Title 18 U.S.C. §1343. |
| Original Sentence: | Ten (10) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special conditions included: (1) no new credit; (2) financial disclosure; (3) maintain full-time employment; and (4) prohibited from any businesses that offer securities, investments, or business opportunities, telemarketing, direct mail, or national advertising campaigns without the permission of the U.S. Probation Officer; (4) defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self-employment; (5) defendant shall not possess or use a computer with access to any on-line computer service at any location including employment without the prior approval of the U.S. Probation Officer; (6) defendant shall not own, operate, act as the consultant, be employed in or participate in any manner in any telemarketing related concern during the period of supervision. |

Type of Supervision: Supervised Release         Date Supervision Commenced: February 26, 2004

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**"The defendant shall reside at and participate in a Community Corrections Center for a period not to exceed 180 days or until otherwise released at the direction of the U.S. Probation Officer."**

PROB 12B                                                                                          SD/FL PACTS No. 66125
(SD/FL 9/96)

## CAUSE

On January 28, 2004, Mr. Penny was released from the BOP to Dismas Charities Community Corrections Center (CCC). On February 26, 2004, he was to be released from the CCC. He intended to relocate to Sunland, California, to reconcile and reside with his wife. On February 25, 2004, Your Honor was informed that Mr. Penny's relocation plan was denied by Central District of California. It was learned that Mr. Penny's wife refused to allow the probation officer to conduct a home inspection of their residence; therefore, his relocation request was denied. As Mr. Penny would have been homeless upon his release from the CCC, Your Honor modified his supervision allowing him to remain at the facility for 120 days.

On March 24, 2004, Mr. Penny obtained full-time employment as a car salesman at Eddie Accardi Madza in Fort Lauderdale, Florida. After speaking with Mr. Penny and his case manager, all sides agree he needs additional time at the CCC. Mr. Penny still intends to relocate to California but he needs time to save money for lodging. Please find the attached Prob 49, Waiver of Hearing Form, for Your Honor's review. If your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by

U.S. Probation Officer
Phone: (954) 769-5524
Date: May 10, 2004

Reviewed by:
Jeris L. Smith, Supervising
U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

5/24/04
Date